## UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
### DISTRICT OF KANSAS



SKYLER B. O'HARA
CLERK OF COURT
E-MAIL: Skyler_OHara@ksd.uscourts.gov
(913) 735-2220

STEPHANIE MICKELSEN
CHIEF DEPUTY CLERK
E-MAIL: stephanie_mickelsen@ksd.uscourts.gov
(913) 735-2235

490 U.S.COURTHOUSE
444 SE QUINCY
TOPEKA, KS 66683

204 U.S.COURTHOUSE
401 N. MARKET
WICHITA, KS 67202

259 ROBERT J. DOLE U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KS 66101

April 14, 2025

| | |
|---|---|
| David J Lender | david.lender@weil.com |
| David R. Singh | david.singh@weil.com |
| Morgan Donoian MacBride | morgan.macbride@weil.com |
| Bradley Hamburger | bhamburger@gibsondunn.com |
| Christopher Dean Dusseault | cdusseault@gibsondunn.com |
| Joshua D. Dick | jdick@gibsondunn.com |
| Perlette Michele Jura | pjura@gibsondunn.com |
| Theodore Joseph Boutrous, Jr | tboutrous@gibsondunn.com |
| Daniel Brandon Rogers | drogers@shb.com |
| Daniel E Laytin | daniel.laytin@kirkland.com |
| Jonathan N Adair | jonathan.adair@kirkland.com |
| Nader R Boulos | nboulos@kirkland.com |
| R. Allan Pixton | allanpixton@quinnemanuel.com |
| Richard C. Godfrey | richardgodfrey@quinnemanuel.com |
| Gregory DuBoff | gduboff@mcguirewoods.com |
| Michael E Scoville | mscoville@mcguirewoods.com |
| Andrew M. Ryngaert | aryngaert@jonesday.com |
| Craig E. Stewart | cestewart@jonesday.com |
| David Kiernan | dkiernan@jonesday.com |
| Emily F. Knox | egoldbergknox@jonesday.com |
| J. Bruce McDonald | bmcdonald@jonesday.com |
| James M. Humphrey | jhumphrey@jamessobba.com |
| Nicole M. Perry | nmperry@jonesday.com |
| David Lloyd Anderson | dlanderson@sidley.com |
| David A. Goldenberg | dgoldenberg@sidley.com |
| Sheila Ag Armbrust | sarmbrust@sidley.com |
| Jeremy J. Broggi | JBroggi@wiley.law |
| Michael J. Showalter | MShowalter@wiley.law |

Re: Rodriguez et al v. Exxon Mobil Corporation et al
USDC Kansas Case Number: 25-cv-02195-TC-TJJ
USDC Western District of Missouri Case Number: 24-cv-00803-SRB

Dear Counsel of Record:

Please be advised that the above named action has been transferred to the U.S. District Court for the District of Kansas at Kansas City, Kansas. We have assigned Civil Action Number 25-cv-02195, assigned to the Honorable Judge Toby Crouse, District Judge, and to the Honorable Teresa J. James, Magistrate Judge, for pretrial proceedings.

Our local rules and information regarding admission pro hac vice can be found at www.ksd.uscourts.gov or by contacting Attorney Registration at (913) 735-2229.

Sincerely,

Skyler B. O'Hara, Clerk

By: Sarah M. Zepick
Deputy Clerk