**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

BILLIE RODRIGUEZ, et al.,                )
                                          )
          Plaintiffs,                     )
                                          )
v.                                        )    Case No. 2:25-cv-02195-TC-TJJ
                                          )
EXXON MOBIL CORPORATION, et al.,          )
                                          )
          Defendants.                     )

**ENTRY OF APPEARANCE OF HOLLY PAULING SMITH**

Holly Pauling Smith of the law firm of Shook, Hardy & Bacon L.L.P. hereby enters her appearance as attorney of record on behalf of Chevron Phillips Chemical Company LP in the above-captioned matter.

Dated: April 15, 2025

                    Respectfully submitted,

                    SHOOK, HARDY & BACON L.L.P.

                    */s/ Holly Pauling Smith*_____
                    Holly Pauling Smith (KS #19984)
                    2555 Grand Blvd.
                    Kansas City, MO 64108
                    Phone: (816) 474-6550
                    Fax:  (816) 421-5547
                    Email: hpsmith@shb.com

                    Attorney for Defendant
                    Chevron Phillips Chemical Company LP

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 15, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF parties of interest.

SHOOK, HARDY & BACON L.L.P.

*/s/ Holly Pauling Smith*
Attorney for Defendant
Chevron Phillips Chemical Company LP