IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 2:25-cv-02195-TC-TJJ |
| EXXON MOBIL CORPORATION, et al., | ) ) ) |
| Defendants. | ) ) |

## **MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I move that **Daniel B. Rogers** be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion. I have verified that the information contained in the affidavit is true and accurate.

Dated: April 15, 2025

        Respectfully submitted,

        SHOOK, HARDY & BACON L.L.P.

        */s/ Holly Pauling Smith*_____
        Holly Pauling Smith (KS #19984)
        2555 Grand Blvd.
        Kansas City, MO 64108
        Phone: (816) 474-6550; Fax: (816) 421-5547
        Email: hpsmith@shb.com
        *Attorney for Defendant*
        *Chevron Phillips Chemical Company LP*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:25-cv-02195-TC-TJJ |
| ) | |
| EXXON MOBIL CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

**<u>AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE</u>**

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is:   Daniel B. Rogers

2. I practice under the following firm name or letterhead:

    Name: Shook, Hardy & Bacon L.L.P.

    Address:  Citigroup Center, Suite 3200, 201 South Biscayne Boulevard, Miami Florida 33131

    Telephone Number: (305) 358-5171

    Fax: (305) 358-7470

    Email address: <u>drogers@shb.com</u>

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| COURT | DATE ADMITTED |
|---|---|
| **STATE ADMISSIONS**<br>Florida (Bar No. 195634) | 2000 |

| COURT | DATE ADMITTED |
|---|---|
| **FEDERAL ADMISSIONS** | |
| USDC, Southern District of Florida | 2001 |
| USDC, Middle District of Florida | 2001 |
| USDC, Northern District of Florida | 2004 |
| USDC, Middle District of Tennessee | 2023 |
| US Court of Appeals, DC Circuit | 2013 |
| US Court of Appeals for the Second Circuit | 2023 |
| US Court of Appeals for the Third Circuit | 2021 |
| US Court of Appeals for the Fourth Circuit | 2015 |
| US Court of Appeals for the Fifth Circuit | 2019 |
| US Court of Appeals for the Ninth Circuit | 2022 |
| US Court of Appeals for the Eleventh Circuit | 2001 |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

I declare under penalty of perjury of the laws of the United States of America in accordance with 28 U.S.C. § 1746 and the State of Missouri that the foregoing is true and correct.

Dated: April 15, 2025.

_____
Daniel B. Rogers

SUBSCRIBED AND SWORN to before me, a Notary Public, this 15th day of April, 2025.

_____
Notary Public

My Commission Expires:



## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 15, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF parties of interest.

                              SHOOK, HARDY & BACON L.L.P.

                              */s/ Holly Pauling Smith*
                              Attorney for Defendant
                              Chevron Phillips Chemical Company LP