## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al., | |
|     Plaintiffs, | |
| v. | Case No. 2:25-cv-02195-TC-TJJ |
| EXXON MOBIL CORPORATION, et al., | |
|     Defendants. | |

## ENTRY OF APPEARANCE

Adam T. Steinhilber of the Office of the Kansas Attorney General hereby enters his appearance as counsel of record for Defendant-Intervenor State of Kansas, *ex rel.* Kris W. Kobach, Attorney General.

**Dated:** April 15, 2025

                                                                      Respectfully submitted,

                                                                      **KRIS W. KOBACH**
                                                                      **Attorney General of Kansas**

                                                                      */s/ Adam T. Steinhilber*
                                                                      Adam T. Steinhilber, D. Kan. No. 79158
                                                                        *Assistant Solicitor General*
                                                                      **OFFICE OF ATTORNEY GENERAL**
                                                                      120 SW 10th Avenue, 2nd Floor
                                                                      Topeka, Kansas 66612
                                                                      Phone: (785) 296-3751
                                                                      Fax: (785) 291-3699
                                                                      Email: Adam.Steinhilber@ag.ks.gov

                                                                      *Attorney for State of Kansas*

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th day of April 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have entered an appearance.

                                            */s/ Adam T. Steinhilber*
                                            Adam T. Steinhilber