UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, DANIEL ERWIN, MICHAEL B. ACKERMAN, KYLE FOREMAN, DREW SCRUGGS, MARY KANE MCQUEENY, EMILY THORPE, JENNIFER TRITT, and THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF FORD, individually and on behalf of all others similarly situated, <br><br>*Plaintiffs*, <br><br>v. <br><br>EXXON MOBIL CORPORATION, CHEVRON USA INC., CHEVRON PHILLIPS CHEMICAL CORPORATION, DUPONT de NEMOURS INC., CELANESE CORPORATION, DOW INC., DOW CHEMICAL COMPANY, EASTMAN CHEMICAL COMPANY, LYONDELLBASELL INDUSTRIES, N.V., and AMERICAN CHEMISTRY COUNCIL, <br><br>*Defendants*, <br><br>And <br><br>STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General, <br><br>*Defendant-Intervenor*. | **Civil Action No. 2:25-cv-02195-TC-TJJ** |

**COMBINED INDEX OF EXHIBITS TO
NOTICE OF RELATED CASE AND REQUEST FOR TRANSFER
PURSUANT TO LOCAL RULE 40.1**

| Exhibit No. | Description |
|---|---|
| 1 | Exxon Mobil Corporation's Petition for Writ of Mandamus |
| 2 | Respondents' Opposition to Petition for Writ of Mandamus |
| 3 | Reply in Support of Petition for Writ of Mandamus |

1

| | |
|---|---|
| **4** | Judgment of the United States Court of Appeals for the Eighth Circuit |

Dated: April 15, 2025

Respectfully submitted,

By: /s/ *Richard N. Bien*

David J. Lender (Pro Hac Vice to be filed)
david.lender@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000

David R. Singh (Pro Hac Vice to be filed)
david.singh@weil.com
Morgan MacBride (Pro Hac Vice to be filed)
morgan.macbride@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065

Richard N. Bien (MO #31398)
richard.bien@lathropgpm.com
William F. Ford (MO #35116)
bill.ford@lathropgpm.com
Emma C. Halling (MO #75986)
emma.halling@lathropgpm.com
Grant A. Harse (KS #001043)
grant.harse@lathropgpm.com
Brody Sabor (MO #73421)
brody.sabor@lathropgpm.com
**LATHROP GPM LLP**
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108
Telephone: (816) 292-2000

*Attorneys for Defendant*
*Exxon Mobil Corporation*

## **CERTIFICATE OF SERVICE**

The foregoing was electronically filed with the Court this 15th day of April, 2025, and served via the Court's ECF system upon all counsel of record.

/s/ *Richard N. Bien*
An Attorney for Defendant
ExxonMobil Corporation