# Exhibit 4

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 25-1390

_____

In re: Exxon Mobil Corporation

Petitioner

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:24-cv-00803-SRB)

_____

**JUDGMENT**

Before SMITH, SHEPHERD, and GRASZ, Circuit Judges.

The motion for leave to file a reply is granted. The petition for writ of mandamus is also granted. The district court's order denying the motion to transfer is vacated and the district court is directed to transfer the case to the United States District Court for the District of Kansas. Mandate shall issue forthwith.

April 01, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　　/s/ Susan E. Bindler