IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, DANIEL ERWIN, MICHAEL B. ACKERMAN, and KYLE FOREMAN, individually and on behalf of all others similarly situated,,<br><br>Petitioner,<br>vs.<br><br>EXXON MOBIL CORPORATION, CHEVRON USA INC., CHEVRON PHILLIPS CHEMICAL CORPORATION, DUPONT de NEMOURS, INC., DUPONT CORPORATION, CELANESE CORPORATIONM, DOW INC., DOW CHEMICAL COMPANY, EASTMAN CHEMICAL COMPANY, LYONDELLBASELL INDUSTRIES N.V., and AMERICAN CHEMISTRY COUNCIL,<br><br>Defendants. | Case No. 2:25-CV-02195 |

## **ENTRY OF APPEARANCE**

Brian M. Nye, of the law firm of ARMSTRONG TEASDALE LLP, enters his appearance on behalf of Defendant Eastman Chemical Company, in the above-captioned case.

ARMSTRONG TEASDALE LLP


By: */s/ Brian M. Nye*_____
    Karrie J. Clinkinbeard      #19583
    Brian M. Nye                #24094
    2345 Grand Boulevard, Suite 1500
    Kansas City, Missouri 64108-2617
    816.221.3420
    816.221.0786 (Facsimile)
    kclinkinbeard@atllp.com
    bnye@atllp.com

    R. Trent Taylor (pro hac vice forthcoming)
    Gregory J. DuBoff (pro hac vice forthcoming)
    McGuire Woods LLP
    800 E. Canal Street
    Richmond, Virginia 23219
    (804) 775-1000
    rtaylor@mcguirewoods.com
    gduboff@mcguirewoods.com

    Michael E Scoville (pro hac vice forthcoming)
    McGuire Woods LLP
    888 16th Street NW
    Washington, D.C. 20006
    (202) 857-1700
    mscoville@mcguirewoods.com


ATTORNEYS FOR DEFENDANT
EASTMAN CHEMICAL COMPANY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 17, 2025, a true and accurate copy of the above and foregoing was e-filed with the Court which sent notification to all parties entitled to service.

*/s/ Brian M. Nye*