IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al.<br>        Plaintiffs,<br><br>v.<br><br>EXXON MOBIL CORPORATION, et al.<br>        Defendants,<br><br>*and*<br><br>STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General<br><br>        Defendant-Intervenor. | No. 2:25-cv-02195-TC-TJJ |

**PLAINTIFFS' RESPONSE TO DEFENDANT EXXON MOBIL'S NOTICE**

Plaintiffs respond to Defendant Exxon Mobil Corporation's Notice of Related Case and Request to Transfer under Local Rule 40.1.[1] Doc. 170. Plaintiffs take no position as to whether their case should be heard before Your Honor or the Honorable Kathryn H. Vratil, but must respond to the incendiary and misleading "Notice" put in the record by Exxon. Context matters and the procedural background is relevant to the case's current position.

The first case filed in this judicial district by Plaintiffs' Counsel, *Ford County, Kansas v. Exxon Mobil Corp. et al.,* Case No. 2:24-cv-02547 was given a random judge assignment, Honorable Kathryn H. Vratil. Plaintiffs' Counsel also filed a case with no overlapping causes of action or Plaintiffs in the Western District of Missouri, where the case was also randomly assigned to the judge. *Rodriguez et al. v. Exxon Mobil Corp., et al.*, Case No. 4:24-cv-00803. Then, after: (1) Exxon raised with the *Rodriguez* Court the issue of the cases having the same factual allegations

---

[1] Plaintiffs do not understand why Exxon, as a party seeking relief from the Court, styles its Motion as a Notice and Request. But because Exxon made a *per se* motion and is seeking relief (the transfer of this case to another judge in the Court), Plaintiffs are entitled to respond.

and sought transfer back to the District of Kansas, (2) for judicial efficiencies, *Ford County* was closed and the docket terminated, for consolidation with *Rodriguez* in the Western District of Missouri, where more Plaintiffs were at home; and (3) a subsequent mandate by the Court of Appeals for the Eighth Circuit "to transfer the case to the United States District Court for the District of Kansas", *In re Exxon Mobil Corp.*, No. 25-1390 (8th Cir. April 1, 2025), it found itself back in this District with another random judge assignment to this Court. Exxon does not cite any and Plaintiffs are unaware of any case law requiring the District of Kansas to re-open a terminated docket following a transfer by Court order.

  Plaintiffs do not take issue with whomever the Court deems the appropriate judge to handle this matter. As Exxon so aptly points out, the Court should not reward parties' "deliberate effort to circumvent this court's random selection process." Doc. 170 at 4 (quoting *Murray v. Sevier*, 145 F.R.D. 563, 564 (D. Kan. 1993)). But apparently Exxon doesn't practice what it preaches. Exxon has gone to great lengths to avoid the random selection process in the Western District of Missouri and now here in the District of Kansas. There is no cause to disturb the random judicial assignment—whether that means Your Honor or Judge Vratil.

  Plaintiffs do note that Defendants have already previewed that they will contest personal jurisdiction in the District of Kansas, no matter who the judge selection is, so if their jurisdictional defenses are as compelling as they purport them to be, this is all much ado about nothing. Plaintiffs look forward to proceeding with their meritorious class action in whatever Court is deemed the rightful overseer of the case.

Dated: April 21, 2025.                              Respectfully submitted,

*/s/ Rex A. Sharp*
Rex A. Sharp, KS #12350
Isaac L. Diel, KS #14376
W. Greg Wright, KS #18352
Sarah T. Bradshaw, KS #26551
Hammons P. Hepner, KS #29138
SHARP LAW, LLP
4820 W. 75th Street
Prairie Village, KS 66208
(913) 901-0505
(913) 261-7564 Fax
rsharp@midwest-law.com
idiel@midwest-law.com
gwright@midwest-law.com
sbradshaw@midwest-law.com
hhepner@midwest-law.com

--and--

Dave Rebein, KS #10476
REBEIN BROTHERS, PA
1715 Central Ave.
Dodge City, KS 67801
Tel: (620) 227-08126

--and--

Glenn I. Kerbs, KS #09754
Samantha F. Sweley, KS #26833
KERBS LAW OFFICE, LLC
1715 Central Ave.
Dodge City, KS 67801
Tel: (620) 255-0238
gkerbs@kerbslaw.com
ssweley@kerbslaw.com

*Attorneys for Plaintiffs
and the Proposed Class*

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on April 21, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                 */s/ Rex A. Sharp*
                 Rex A. Sharp