# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 2:25-cv-02195 |
| | ) |
| EXXON MOBIL CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Zachary Parker of the law firm Sidley Austin LLP hereby enters his appearance as attorney of record for Defendant American Chemistry Council, Inc. in the above-captioned matter.

Date: April 22, 2025

Respectfully submitted,

/s/ *Zachary J. Parker*
Zachary Parker (SBN 79250)
zparker@sidley.com
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

David L. Anderson (*pro hac vice forthcoming*)
dlanderson@sidley.com
Sheila A.G. Armbrust (*pro hac vice forthcoming*)
sarmbrust@sidley.com
David A. Goldenberg (*pro hac vice forthcoming*)
dgoldenberg@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200

**ATTORNEYS FOR DEFENDANT
AMERICAN CHEMISTRY COUNCIL, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was filed with the Clerk of the Court using the CM/ECF system on this 22nd day of April 2025, which will send notification of the same to all counsel of record.

/s/ *Zachary J. Parker*
Zachary Parker