IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> EXXON MOBIL CORPORATION, *et al.* <br><br> Defendants. | Case No. 2:25-cv-02195-TC-TJJ |

## ENTRY OF APPEARANCE

James M. Humphrey IV of James Sobba, LLC, hereby enters his appearance as an additional counsel of record for Defendant LyondellBasell Industries, N.V. in the above-captioned matter.

Dated: April 24, 2025

Respectfully submitted,

JAMES SOBBA LLC

*/s/ James M. Humphrey IV*

| | |
|---|---|
| G. EDGAR JAMES | KS#22407 |
| James M. Humphrey IV | KS#29652 |

4435 Main Street, Suite 910
Kansas City, MO 64111
Telephone:   +1.816.623.0544
Telephone:   +1.816.631.0669
ejames@jamessobba.com
jhumphrey@jamessobba.com

David C. Kiernan (*pro hac vice forthcoming*)
Craig E. Stewart (*pro hac vice forthcoming*)
Emily F. Knox (*pro hac vice forthcoming*)
JONES DAY
555 California Street, 26th Flr.
San Francisco, CA 94104
Telephone:   +1.415.626.3939
Facsimile:   +1.415.875.5700
dkiernan@jonesday.com
cestewart@jonesday.com
egoldbergkknox@jonesday.com

Nicole M. Perry (*pro hac vice forthcoming*)
J. Bruce McDonald (*pro hac vice forthcoming*)
Andrew M. Ryngaert (*pro hac vice forthcoming*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002.2712
Telephone:   +1.832.239.3939
Facsimile:   +1.832.239.3600
nmperry@jonesday.com
bmcdonald@jonesday.com
aryngaert@jonesday.com

*Attorneys for Defendant LyondellBasell Industries, N.V.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 24, 2025, the foregoing document was filed with the Court's e-filing system, which serves notice on all parties of record.

                                                  */s/ James M. Humphrey IV*
                                                  Attorney for Defendant LyondellBasell Industries N.V.