# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

BILLIE RODRIGUEZ, et al.,

          Plaintiffs,

    vs.

EXXON MOBIL CORPORATION, et al.,

          Defendants.

Case No.  2:25-cv-02195-TC-TJJ

## NOTICE OF APPEARANCE

F. James Robinson, Jr. of Hite, Fanning & Honeyman L.L.P. hereby enters his appearance on behalf of Defendant Celanese Corporation in the above-captioned matter.

Respectfully submitted,

/s/ F. James Robinson, Jr.
F. James Robinson, Jr., #11589
HITE, FANNING & HONEYMAN L.L.P.
100 N. Broadway, Ste. 950
Wichita, KS 67202-2209
Telephone: (316) 265-7741
Facsimile: (316) 267-7803
E-mail: robinson@hitefanning.com
*Attorneys for Defendant Celanese Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of April, 2025, I electronically filed the foregoing Notice with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ F. James Robinson, Jr.
F. James Robinson, Jr.