## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

BILLIE RODRIGUEZ, et al.

                    Plaintiffs,

        vs.                                            Case No. 2:25-cv-02195-TC-TJJ

EXXON MOBIL CORPORATION, et al.

                    Defendants,

### MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to District of Kansas Rule 83.5.4, I move that **Christopher D. Dusseault** be

admitted to practice in the United States District Court for the District of Kansas, for purposes of

this case only.

I certify that I am a member in good standing of the Bar of this Court and that in

compliance with District of Kansas Rule 83.5.4(c), I will sign all pleadings and other papers

which are signed and filed by said attorney.  I also agree that I will participate meaningfully in

the preparation and trial of this case, to the extent required by the Court.

Pursuant to District of Kansas Rule 83.5.4 (a), I have attached the required declaration in

support of this Motion.  I have verified that the information contained in the affidavit is true and

accurate.

1

Dated:  April 30, 2025

Respectfully submitted,

**BERKOWITZ OLIVER LLP**

By: /s/ *Thomas P. Schult*
    Thomas P. Schult, MO Bar # 29986
    Jeffrey D. Morris, MO Bar # 45243
    Lauren Tallent, MO Bar # 72304
    Courtney A. Kroeger, MO Bar # 77213
    2600 Grand Boulevard, Suite 1200
    Kansas City, Missouri 64108
    Telephone:  (816) 561-7007
    Facsimile:  (816) 561-1888
    tschult@berkowitzoliver.com
    jmorris@berkowitzoliver.com
    ltallent@berkowitzoliver.com
    ckroeger@berkowitzoliver.com

*ATTORNEYS FOR DEFENDANT*
*CHEVRON U.S.A. INC.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

BILLIE RODRIGUEZ, et al.

              Plaintiffs,

    vs.

EXXON MOBIL CORPORATION, et al.

              Defendants,

Case No. 2:25-cv-02195-TC-TJJ

<u>**AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**</u>

Pursuant to District of Kansas Rule 83.5.4, I declare that the following facts are true to the best of my knowledge, information and belief:

1. My full name is: Christopher D. Dusseault

2. I practice under the following firm name or letterhead:

    Gibson, Dunn & Crutcher LLP
    333 South Grand Avenue
    Los Angeles, California 90071
    Telephone: (213) 229-7855
    Email: cdusseault@gibsondunn.com

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Admission Date | Court |
|---|---|
| January 22, 2013 | U.S. Supreme Court |
| September 27, 2011 | U.S. Court of Appeals, Fourth Circuit |
| September 13, 2013 | U.S. Court of Appeals, Seventh Circuit |
| March 5, 1997 | U.S. Court of Appeals, Ninth Circuit |
| November 2, 2007 | U.S. Court of Appeals, Federal Circuit |
| December 11, 1995 | U.S. District Court, Central District of California |

3

| January 19, 1999 | U.S. District Court, Southern District of California |
| May 21, 2009 | U.S. District Court, Northern District of California |
| June 4, 1999 | U.S. District Court, Eastern District of California |
| August 12, 1995 | California Supreme Court |

4.   I have reviewed District of Kansas Rule 83.5.4.  Pursuant to that Rule, I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5.   I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6.   I am in good standing in all bars of which I am a member.

7.   No disciplinary or grievance proceedings have been previously filed against me.

8.   No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9.   I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit.  I understand I will receive System-generated notices of electronic filing.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 24, 2025

_____

Christopher D. Dusseault

4

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Thomas P. Schult*
**ATTORNEYS FOR DEFENDANT**
**CHEVRON U.S.A. INC.**