### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

BILLIE RODRIGUEZ, et al.

                Plaintiffs,

vs.

EXXON MOBIL CORPORATION, et al.

                Defendants,

Case No. 2:25-cv-02195-TC-TJJ

### MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to District of Kansas Rule 83.5.4, I move that **Theodore J. Boutrous, Jr.** be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with District of Kansas Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to District of Kansas Rule 83.5.4 (a), I have attached the required declaration in support of this Motion. I have verified that the information contained in the affidavit is true and accurate.

1

Dated:  April 30, 2025                                     Respectfully submitted,

                                              **BERKOWITZ OLIVER LLP**

                                              By: /s/ *Thomas P. Schult*
                                                  Thomas P. Schult, MO Bar # 29986
                                                  Jeffrey D. Morris, MO Bar # 45243
                                                  Lauren Tallent, MO Bar # 72304
                                                  Courtney A. Kroeger, MO Bar # 77213
                                                  2600 Grand Boulevard, Suite 1200
                                                  Kansas City, Missouri 64108
                                                  Telephone:  (816) 561-7007
                                                  Facsimile:   (816) 561-1888
                                                  tschult@berkowitzoliver.com
                                                  jmorris@berkowitzoliver.com
                                                  ltallent@berkowitzoliver.com
                                                  ckroeger@berkowitzoliver.com

                                            ***ATTORNEYS FOR DEFENDANT***
                                            ***CHEVRON U.S.A. INC.***

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

BILLIE RODRIGUEZ, et al.

                Plaintiffs,

vs.

EXXON MOBIL CORPORATION, et al.

                Defendants,

Case No. 2:25-cv-02195-TC-TJJ

## **AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to District of Kansas Rule 83.5.4, I declare that the following facts are true to the best of my knowledge, information and belief:

1. My full name is: Theodore J. Boutrous, Jr.

2. I practice under the following firm name or letterhead:

    Gibson, Dunn & Crutcher LLP
    333 South Grand Avenue
    Los Angeles, California 90071
    Telephone: (213) 229-7000
    Email: tboutrous@gibsondunn.com

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| ADMISSION DATE | COURT |
| --- | --- |
| January 14, 1991 | U.S. Supreme Court |
| July 14, 2016 | U.S. Court of Appeals, First Circuit; No. 1175757 |
| July 18, 2013 | U.S. Court of Appeals, Second Circuit |
| June 20, 2007 | U.S. Court of Appeals, Third Circuit |
| September 11, 1997 | U.S. Court of Appeals, Fourth Circuit |

3

| | |
|---|---|
| May 9, 1991 | U.S. Court of Appeals, Fifth Circuit |
| June 13, 1994 | U.S. Court of Appeals, Sixth Circuit |
| May 28, 2010 | U.S. Court of Appeals, Seventh Circuit |
| December 18, 1992 | U.S. Court of Appeals, Eighth Circuit |
| October 15, 1992 | U.S. Court of Appeals, Ninth Circuit |
| January 29, 1993 | U.S. Court of Appeals, Tenth Circuit |
| March 23, 2009 | U.S. Court of Appeals, Eleventh Circuit |
| February 18, 1991 | U.S. Court of Appeals, D.C. Circuit; No. 40595 |
| June 29, 1999 | U.S. Court of Appeals, Federal Circuit |
| October 4, 1989 | Court of Appeals, District of Columbia |
| October 5, 2000 | U.S. District Court, C.D. California |
| December 19, 2005 | U.S. District Court, N.D. California |
| July 11, 2011 | U.S. District Court, E.D. California |
| October 27, 2014 | U.S. District Court, S.D. California |
| October 9, 2018 | U.S. District Court, S.D. New York |
| May 18, 2021 | U.S. District Court, E.D. New York |
| January 19, 1990 | U.S. District Court, D.D.C. |
| **State Bar Admissions** | |
| December 15, 1987 | California State; Bar No. 132099 |
| October 4, 1989 | District of Columbia; Bar No. 420440 |
| July 1, 2017 | New York State; Bar No. 5518550 |

4. I have reviewed District of Kansas Rule 83.5.4. Pursuant to that Rule, I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 24, 2025

_____
Theodore J. Boutrous, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

_/s/ Thomas P. Schult_____
***ATTORNEYS FOR DEFENDANT
CHEVRON U.S.A. INC.***