IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, DANIEL ERWIN, MICHAEL B. ACKERMAN, KYLE FOREMAN, DREW SCHRUGGS, MARY JANE MCQUEENY, EMILY THORPE, JENNIFER TRITT and THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF FORD, individually and on behalf of all others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>EXXON MOBIL CORPORATION, CHEVRON USA INC., CHEVRON PHILLIPS CHEMICAL CORPORATION, DUBPONT de NEMOURS, INC., DUPONT CORPORATION, DOW INC., DOW CHEMICAL COMPANY, EASTMAN CHEMICAL COMPANY, LYONDELLBASELL INDUSTRIES N.V., and AMERICAN CHEMISTRY COUNCIL,<br><br>**Defendants,**<br><br>and<br><br>STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General,<br><br>**Defendant-Intervenor.** | Case No. 25-cv-02195-TC-TJJ |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that J. Bruce McDonald be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed

by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion. I have verified that the information contained in the affidavit is true and accurate.

Dated this 1st day of May, 2025.

Respectfully submitted,

*/s/ G. Edgar James*
G. EDGAR JAMES             KS#22407
James M. Humphrey IV       KS#29652
4435 Main Street, Suite 910
Kansas City, MO 64111
Telephone:   +1.816.623.0544
Telephone:   +1.816.631.0669
ejames@jamessobba.com
jhumphrey@jamessobba.com

 *Attorneys for Defendant LyondellBasell Industries, N.V.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 1, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                      */s/ G. Edgar James*
                                      G. Edgar James

                                      *Attorney for Defendant LyondellBasell Industries, N.V.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, DANIEL ERWIN, MICHAEL B. ACKERMAN, KYLE FOREMAN, DREW SCHRUGGS, MARY JANE MCQUEENY, EMILY THORPE, JENNIFER TRITT and THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF FORD, individually and on behalf of all others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>EXXON MOBIL CORPORATION, CHEVRON USA INC., CHEVRON PHILLIPS CHEMICAL CORPORATION, DUBPONT de NEMOURS, INC., DUPONT CORPORATION, DOW INC., DOW CHEMICAL COMPANY, EASTMAN CHEMICAL COMPANY, LYONDELLBASELL INDUSTRIES N.V., and AMERICAN CHEMISTRY COUNCIL,<br><br>**Defendants,**<br><br>and<br><br>STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General,<br><br>**Defendant-Intervenor.** | **Case No. 25-cv-02195-TC-TJJ** |

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: J. Bruce McDonald

2. I practice under the following firm name or letterhead:

        Jones Day

        717 Texas, Suite 3300

        Houston, TX 77002

        Telephone Number: (832) 239-3822

        Fax: (832) 239-3600

        bmcdonald@jonesday.com

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| Texas | 11/10/1988 | 11549075 |
| District of Columbia | 12/13/1989 | 421763 |
| U.S. Supreme Court | 12/11/2007 | 262569 |
| U.S. District Court S.D. Tex. | 06/18/1992 | 11549075 |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

I declare under penalty of perjury of the laws of the United States of America in accordance with 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: April 29, 2025

Respectfully submitted,

/s/ J. Bruce McDonald

J. Bruce McDonald
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002.2712
Telephone:  +1.832.239.3939
Facsimile:  +1.832.239.3600
bmcdonald@jonesday.com