IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al. | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) CASE NO. 2:25-cv-02195-TC-TJJ |
| v. | ) |
| | ) |
| EXXON MOBIL CORPORATION, et al., | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Richard C. Godfrey be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion. I have verified that the information contained in the affidavit is true and accurate.

Dated this 2nd day of May, 2025.

Respectfully submitted,

/s/ F. James Robinson, Jr.
F. James Robinson, Jr., #11589
HITE, FANNING & HONEYMAN L.L.P.
100 N. Broadway, Ste. 950
Wichita, KS 67202-2209
Telephone: (316) 265-7741
Facsimile: (316) 267-7803
E-mail: robinson@hitefanning.com
*Attorneys for Defendant Celanese Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May, 2025, I electronically filed the foregoing

Motion to Appear Pro Hac Vice with the clerk of the court by using the CM/ECF system which

will send a notice of electronic filing to all counsel of record.

/s/ F. James Robinson, Jr.
F. James Robinson, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| BILLIE RODRIGUEZ, et al. | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | CASE NO. 2:25-cv-02195-TC-TJJ |
| | ) | |
| v. | ) | |
| | ) | |
| EXXON MOBIL CORPORATION, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

**AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1.     My full name is:   Richard C. Godfrey

2.     I practice under the following firm name or letterhead:

Name:  Quinn Emanuel Urquhart & Sullivan, LLP

Address:   191 N. Wacker Dr., Ste. 2700
Chicago, IL  60606

Telephone Number:  (312) 705-7463

Fax:  (312) 705-7401

Email address:  richardgodfrey@quinnemanuel.com

3.    I have been admitted to practice in the following courts (here list the dates and places

of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| The State Bar of Illinois | 11/5/1979 | 3124358 |
| US District Court, DCO | 9/20/2002 | None Assigned |
| US District Court, NDIL, TRIAL BAR | 2/13/1987 | None Assigned |
| US District Court, NDIL | 12/13/1979 | 3124358 |
| US District Court, CDIL | 9/7/1988 | None Assigned |
| US District Court, NDIN | 7/16/1999 | None Assigned |
| US District Court, WDMI | 8/9/1990 | None Assigned |
| US District Court, EDMI | 11/3/2005 | None Assigned |
| US Court of Appeals, First Circuit | 5/22/2003 | 91376 |
| US Court of Appeals, Second Circuit | 8/14/2002 | None Assigned |
| US Court of Appeals, Third Circuit | 5/27/2003 | None Assigned |
| US Court of Appeals, Fourth Circuit | 3/10/2005 | None Assigned |
| US Court of Appeals, Fifth Circuit | 4/27/1999 | None Assigned |
| US Court of Appeals, Sixth Circuit | 8/10/1988 | None Assigned |
| US Court of Appeals, Seventh Circuit | 5/13/1983 | None Assigned |
| US Court of Appeals, Eighth Circuit | 10/18/1994 | 94-0679 |
| US Court of Appeals, Ninth Circuit | 11/9/1999 | None Assigned |
| US Court of Appeals, Tenth Circuit | 8/12/1996 | None Assigned |
| US Court of Appeals, Eleventh Circuit | 12/22/1997 | None Assigned |
| US Court of Appeals, DC Circuit | 6/15/2010 | 52918 |
| US Tax Court | 9/25/2006 | GR0771 |
| US Court of Federal Claims | 6/7/1990 | None Assigned |
| US Supreme Court | 3/27/2000 | 232809 |

4.    I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel

to assist in the representation in this case, and I agree that local counsel will sign all

pleadings or other papers and participate meaningfully in the preparation and trial of

the case or proceedings to the extent required by the Court.

5.    I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that

occurs during the progress of this case.

6.    I am in good standing in all bars of which I am a member.

7.    No disciplinary or grievance proceedings have been previously filed against me.

8.     No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9.     I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10.     I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

[NOTE: To the extent that the applicant cannot truthfully affirm the statements contained in paragraphs 6 through 9, the applicant shall attach additional pages which state all relevant facts in connection with that matter. At a minimum, if disciplinary or grievance proceedings have been filed, or criminal proceedings have been commenced, the applicant shall identify the court, case name, docket number and disposition.]

I declare under penalty of perjury in accordance with 28 U.S.C. § 1746 that the foregoing is true and correct.

April **>o** , 2025

Richard C. Godfrey