## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

BILLIE RODRIGUEZ, et al.

                        Plaintiffs,

    vs.                                                                 Case No. 2:25-cv-02195-TC-TJJ

EXXON MOBIL CORPORATION, et al.

                        Defendants,

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to District of Kansas Rule 83.5.4, I move that **Perlette Michèle Jura** be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with District of Kansas Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to District of Kansas Rule 83.5.4 (a), I have attached the required declaration in support of this Motion. I have verified that the information contained in the affidavit is true and accurate.

Dated: May 5, 2025

Respectfully submitted,

**BERKOWITZ OLIVER LLP**

By: /s/ *Thomas P. Schult*
    Thomas P. Schult, MO Bar # 29986
    Jeffrey D. Morris, MO Bar # 45243
    Lauren Tallent, MO Bar # 72304
    Courtney A. Kroeger, MO Bar # 77213
    2600 Grand Boulevard, Suite 1200
    Kansas City, Missouri 64108
    Telephone:  (816) 561-7007
    Facsimile:  (816) 561-1888
    tschult@berkowitzoliver.com
    jmorris@berkowitzoliver.com
    ltallent@berkowitzoliver.com
    ckroeger@berkowitzoliver.com

*ATTORNEYS FOR DEFENDANT*
*CHEVRON U.S.A. INC.*

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

BILLIE RODRIGUEZ, et al.

                Plaintiffs,

vs.

EXXON MOBIL CORPORATION, et al.

                Defendants,

Case No. 2:25-cv-02195-TC-TJJ

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to District of Kansas Rule 83.5.4, I declare that the following facts are true to the best of my knowledge, information and belief:

1. My full name is: Perlette Michèle Jura

2. I practice under the following firm name or letterhead:

   Gibson, Dunn & Crutcher LLP
   333 South Grand Avenue
   Los Angeles, California 90071
   Telephone: (213) 229-7000
   Email: pjura@gibsondunn.com

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| *NAME* | *STATE* | *BAR NUMBER* | *ADMITTED* |
|---|---|---|---|
| California Supreme Court | California | 242332 | May 30, 2006 |

3

| NAME | STATE | BAR NUMBER | ADMITTED |
|---|---|---|---|
| New York State Supreme Court Appellate Division, Third Judicial Department | New York | 5804166 | September 29, 2020 |
| U.S. Court of Appeals District of Columbia | District of Columbia | 1028959 | November 6, 2015 |
| United States Court of Appeals District of Columbia Circuit | Washington, DC | 242332 | June 22, 2022 |
| U.S. Court of Appeals Second Circuit | New York | 242332 | June 7, 2016 |
| U.S. Court of Appeals Fifth Circuit | Louisiana | 242332 | August 17, 2010 |
| U.S. Court of Appeals Seventh Circuit | Illinois | 242332 | January 15, 2016 |
| U.S. Court of Appeals Eighth Circuit | Illinois | 24-0423 | September 17, 2024 |
| U.S. Court of Appeals Ninth Circuit | California | 242332 | April 26, 2007 |
| U.S. Court of Appeals Tenth Circuit | Colorado | 242332 | August 17, 2010 |
| U.S. Court of Appeals Eleventh Circuit | Georgia | 242332 | August 10, 2010 |
| U.S. District Court Central District of California | California | 242332 | March 16, 2016 |
| U.S. District Court for the District of Columbia | District of Columbia | 1028959 | December 7, 2020 |
| U.S. District Court Northern District of California | California | 242332 | July 10, 2006 |
| U.S. District Court Northern District of Illinois | Illinois | 242332 | January 6, 2017 |
| U.S. District Court Southern District of California | California | 242332 | May 2, 2019 |
| U.S. District Court Southern District of New York | New York | 5804166 | December 7, 2021 |
| U.S. Supreme Court | District of Columbia | 291275 | June 2, 2014 |

4.  I have reviewed District of Kansas Rule 83.5.4.  Pursuant to that Rule, I have retained

local counsel to assist in the representation in this case, and I agree that local counsel will sign all

4

pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

   5.   I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

   6.   I am in good standing in all bars of which I am a member.

   7.   No disciplinary or grievance proceedings have been previoU.S.ly filed against me.

   8.   No disciplinary or grievance proceedings are pending against me in any jurisdiction.

   9.   I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

   10.  I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

   Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 30, 2025

_____
Perlette Michele Jura


## CERTIFICATE OF SERVICE

   I hereby certify that on May 5, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

           _/s/ Thomas P. Schult_
           **ATTORNEYS FOR DEFENDANT**
           **CHEVRON U.S.A. INC.**