IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al.<br><br>      Plaintiffs,<br><br>vs.<br><br>EXXON MOBIL CORPORATION, et al.<br><br>      Defendants, | Case No. 2:25-cv-02195-TC-TJJ |

**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

  Pursuant to District of Kansas Rule 83.5.4, I move that **Bradley J. Hamburger** be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

  I certify that I am a member in good standing of the Bar of this Court and that in compliance with District of Kansas Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

///

///

///

///

///

///

///

1

Pursuant to District of Kansas Rule 83.5.4 (a), I have attached the required declaration in support of this Motion. I have verified that the information contained in the affidavit is true and accurate.

Dated: May 5, 2025

Respectfully submitted,

**BERKOWITZ OLIVER LLP**

By: /s/ *Thomas P. Schult*
Thomas P. Schult, MO Bar # 29986
Jeffrey D. Morris, MO Bar # 45243
Lauren Tallent, MO Bar # 72304
Courtney A. Kroeger, MO Bar # 77213
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888
tschult@berkowitzoliver.com
jmorris@berkowitzoliver.com
ltallent@berkowitzoliver.com
ckroeger@berkowitzoliver.com

***ATTORNEYS FOR DEFENDANT CHEVRON U.S.A. INC.***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BILLIE RODRIGUEZ, et al.

                     Plaintiffs,

vs.

EXXON MOBIL CORPORATION, et al.

                     Defendants,

Case No. 2:25-cv-02195-TC-TJJ

**<u>AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE</u>**

Pursuant to District of Kansas Rule 83.5.4, I declare that the following facts are true to the best of my knowledge, information and belief:

1. My full name is: Bradley J. Hamburger

2. I practice under the following firm name or letterhead:

   Gibson, Dunn & Crutcher LLP
   333 South Grand Avenue
   Los Angeles, California 90071
   Telephone: (213) 229-7000
   Email: bhamburger@gibsondunn.com

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| ADMISSION DATE | COURT |
|---|---|
| December 2, 2009 | Supreme Court of California |
| November 13, 2019 | Supreme Court of the United States |
| July 1, 2021 | U.S. Court of Appeals for the First Circuit (No.1168667) |
| June 23, 2017 | U.S. Court of Appeals for the Second Circuit |
| April 8, 2025 | U.S. Court of Appeals for the Third Circuit |
| November 12, 2020 | U.S. Court of Appeals for the Fourth Circuit |
| February 7, 2025 | U.S. Court of Appeals for the Sixth Circuit |

| ADMISSION DATE | COURT |
|---|---|
| March 3, 2017 | U.S. Court of Appeals for the Seventh Circuit |
| September 13, 2024 | U.S. Court of Appeals for the Eighth Circuit |
| April 10, 2012 | U.S. Court of Appeals for the Ninth Circuit |
| August 21, 2017 | U.S. Court of Appeals for the Tenth Circuit |
| March 21, 2017 | U.S. Court of Appeals for the Federal Circuit |
| December 13, 2010 | U.S. District Court, Central District of California |
| July 6, 2012 | U.S. District Court, Northern District of California |
| October 18, 2017 | U.S. District Court, Southern District of California |
| May 17, 2018 | U.S. District Court, Eastern District of California |
| February 20, 2025 | U.S. District Court, District of Colorado |
| March 31, 2023 | U.S. District Court, Eastern District of Michigan |

4. I have reviewed District of Kansas Rule 83.5.4. Pursuant to that Rule, I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 5, 2025

_____
Bradley J. Hamburger

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 5, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                */s/ Thomas P. Schult*
                                                ***ATTORNEYS FOR DEFENDANT***
                                                ***CHEVRON U.S.A. INC.***