### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

BILLIE RODRIGUEZ, et al.

                    Plaintiffs,

vs.

EXXON MOBIL CORPORATION, et al.

                    Defendants,

Case No. 2:25-cv-02195-TC-TJJ

### MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to District of Kansas Rule 83.5.4, I move that **Joshua D. Dick** be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with District of Kansas Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to District of Kansas Rule 83.5.4 (a), I have attached the required declaration in support of this Motion. I have verified that the information contained in the affidavit is true and accurate.

1

Dated:  May 6, 2025                                    Respectfully submitted,

                                                       **BERKOWITZ OLIVER LLP**

                                                       By: /s/ *Thomas P. Schult*
                                                           Thomas P. Schult, MO Bar # 29986
                                                           Jeffrey D. Morris, MO Bar # 45243
                                                           Lauren Tallent, MO Bar # 72304
                                                           Courtney A. Kroeger, MO Bar # 77213
                                                           2600 Grand Boulevard, Suite 1200
                                                           Kansas City, Missouri 64108
                                                           Telephone:  (816) 561-7007
                                                           Facsimile:   (816) 561-1888
                                                           tschult@berkowitzoliver.com
                                                           jmorris@berkowitzoliver.com
                                                           ltallent@berkowitzoliver.com
                                                           ckroeger@berkowitzoliver.com

                                                       ***ATTORNEYS FOR DEFENDANT
                                                       CHEVRON U.S.A. INC.***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BILLIE RODRIGUEZ, et al.

                Plaintiffs,

vs.

EXXON MOBIL CORPORATION, et al.

                Defendants,

Case No. 2:25-cv-02195-TC-TJJ

**AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to District of Kansas Rule 83.5.4, I declare that the following facts are true to the best of my knowledge, information and belief:

1. My full name is: Joshua D. Dick

2. I practice under the following firm name or letterhead:

    Gibson, Dunn & Crutcher LLP
    One Embarcadero Center, Suite 2600
    San Francisco, California 94111
    Telephone: (415) 393-8200
    Email: jdick@gibsondunn.com

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Admission Date | Court |
|---|---|
| January 22, 2010 | Supreme Court of California |
| May 28, 2015 | Northern District of California |
| December 17, 2019 | Central District of California |
| May 22, 2017 | Northern District of Illinois |
| January 19, 2017 | Eastern District of Michigan |
| August 10, 2017 | US Court of Appeals, 9th Cir. |

3

| March 31, 2022 | US Court of Appeals, 3rd Cir. |

4. I have reviewed District of Kansas Rule 83.5.4. Pursuant to that Rule, I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 6, 2025

_____
Joshua D. Dick

## CERTIFICATE OF SERVICE

      I hereby certify that on May 6, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

      */s/ Thomas P. Schult*
***ATTORNEYS FOR DEFENDANT***
***CHEVRON U.S.A. INC.***