UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, DANIEL ERWIN, MICHAEL B. ACKERMAN, KYLE FOREMAN, DREW SCRUGGS, MARY KANE MCQUEENY, EMILY THORPE, JENNIFER TRITT, and THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF FORD, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> EXXON MOBIL CORPORATION, CHEVRON USA INC., CHEVRON PHILLIPS CHEMICAL CORPORATION, DUPONT de NEMOURS INC., CELANESE CORPORATION, DOW INC., DOW CHEMICAL COMPANY, EASTMAN CHEMICAL COMPANY, LYONDELLBASELL INDUSTRIES, N.V., and AMERICAN CHEMISTRY COUNCIL, <br><br> *Defendants*, <br><br> And <br><br> STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General, <br><br> *Defendant-Intervenor*. | **Civil Action No. 2:25-cv-02195-TC-TJJ** |

## ENTRY OF APPEARANCE

Brody Sabor of Lathrop GPM LLP hereby enters his appearance in these proceedings as additional counsel of record on behalf of Defendant Exxon Mobil

Corporation. Please forward a copy of all future correspondence and filings for this proceeding to the undersigned attorney.

Dated: May 6, 2025

Respectfully submitted,

**LATHROP GPM LLP**

By: */s/ Brody Sabor*
　　Brody Sabor　　　(KS #79098)
　　2345 Grand Boulevard, Suite 2200
　　Kansas City, Missouri 64108
　　Telephone: (816) 292-2000
　　Telecopier: (816) 292-2001
　　brody.sabor@lathropgpm.com

*Attorneys for Exxon Mobil Corporation*

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 6, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*/s/ Brody Sabor*
Brody Sabor
*An Attorney for Exxon Mobil Corporation*

30621814v.1