## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, DANIEL ERWIN, MICHAEL B. ACKERMAN, KYLE FOREMAN, DREW SCRUGGS, MARY KANE MCQUEENY, EMILY THORPE, JENNIFER TRITT, and THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF FORD, individually and on behalf of all others similarly situated, <br><br>*Plaintiffs*, <br><br> v. <br><br>EXXON MOBIL CORPORATION, CHEVRON USA INC., CHEVRON PHILLIPS CHEMICAL CORPORATION, DUPONT de NEMOURS INC., CELANESE CORPORATION, DOW INC., DOW CHEMICAL COMPANY, EASTMAN CHEMICAL COMPANY, LYONDELLBASELL INDUSTRIES, N.V., and AMERICAN CHEMISTRY COUNCIL, <br><br>*Defendants*, <br><br>And <br><br>STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General, <br><br>*Defendant-Intervenor*. | **Civil Action No. 2:25-cv-02195-TC-TJJ** |

## **ENTRY OF APPEARANCE**

William F. Ford of Lathrop GPM LLP hereby enters his appearance in these proceedings as additional counsel of record on behalf of Defendant Exxon Mobil

30621814v.1

Corporation. Please forward a copy of all future correspondence and filings for this proceeding to the undersigned attorney.

Dated: May 6, 2025

Respectfully submitted,

**LATHROP GPM LLP**

By: */s/ William F. Ford*
    William F. Ford    (KS #70021)
    2345 Grand Boulevard, Suite 2200
    Kansas City, Missouri 64108
    Telephone: (816) 292-2000
    Telecopier: (816) 292-2001
    bill.ford@lathropgpm.com

*Attorneys for Exxon Mobil Corporation*

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 6, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

    */s/ William F. Ford*
William F. Ford
*An Attorney for Exxon Mobil Corporation*