## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## AT KANSAS CITY

| | |
|---|---|
| BILLIE RODRIGUEZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>EXXON MOBIL CORPORATION, *et al.*,<br><br>Defendants,<br><br>And<br><br>STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General,<br><br>Defendant-Intervenor. | Case No. 2:25-cv-02195-TC-TJJ |

### **MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I move that David R. Singh be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion. I have verified that the information contained in the affidavit is true and accurate.

80196847v1

Dated: May 7, 2025

Respectfully submitted,

LATHROP GPM LLP

By: /s/ *Richard N. Bien*
    Richard N. Bien (D. Kan. #70101)
    William F. Ford (KS #70021)
    Grant Harse (KS #24666)
    Emma C. Halling (KS #27924)
    Brody Sabor (KS #79098)
    2345 Grand Boulevard, Suite 2200
    Kansas City, Missouri 64108
    Telephone: (816) 292-2000
    Telecopier: (816) 292-2001
    richard.bien@lathropgpm.com
    bill.ford@lathropgpm.com
    grant.harse@lathropgpm.com
    emma.halling@lathropgpm.com
    brody.sabor@lathropgpm.com

ATTORNEYS FOR DEFENDANT
*Exxon Mobil Corporation*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 7, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Richard N. Bien*
Richard N. Bien
*Attorney for Defendant*
*Exxon Mobil Corporation*