UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, DANIEL ERWIN, MICHAEL B. ACKERMAN, KYLE FOREMAN, DREW SCRUGGS, MARY JANE MCQUEENY, EMILY THORPE, JENNIFER TRITT and THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF FORD, individually and on behalf of all others similarly situated,<br><br>                  Plaintiffs,<br><br>  v.<br><br>EXXON MOBIL CORPORATION, CHEVRON USA INC., CHEVRON PHILLIPS CHEMICAL CORPORATION, DUPONT de NEMOURS, INC., DUPONT CORPORATION, DOW INC., DOW CHEMICAL COMPANY, EASTMAN CHEMICAL COMPANY, LYONDELLBASELL INDUSTRIES N.V., and AMERICAN CHEMISTRY COUNCIL,<br><br>                  Defendants,<br><br>  and<br><br>STATE OF KANSAS, ex rel.<br>KRIS W. KOBACH, Attorney General,<br><br>                  Defendant-Intervenor. | Civil Action No. 25-cv-02195-TC-TJJ |

**AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

       Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

       1.      My full name is: David R. Singh

1

2. I practice under the following firm name or letterhead:

Weil, Gotshal & Manges LLP

201 Redwood Shores Parkway, 4th Floor

Redwood Shores, CA 94065

Telephone Number: (650) 802-3000

Facsimile Number: (650) 802-3100

3. I have been admitted to practice in the following courts:

| TITLE OF COURT | DATE OF ADMISSION | BAR NUMBER |
| --- | --- | --- |
| New York State Supreme Court | 07/26/2004 | 4252094 |
| U.S. District Court – Southern District of New York | 03/08/2005 | DS3853 |
| U.S. District Court – Western District of Michigan | 03/27/2007 | |
| Supreme Court of California | 12/04/2014 | 300840 |
| U.S. District Court – Central District of California | 12/15/2014 | |
| U.S. District Court – Northern District of California | 12/16/2014 | |
| U.S. District Court – Southern District of California | 06/12/2015 | |
| U.S. Court of Appeals for the Tenth Circuit | 10/09/2015 | |
| U.S. Court of Appeals for the Ninth Circuit | 12/05/2016 | |
| U.S. District Court – Eastern District of California | 07/27/2017 | |
| U.S. District Court – Eastern District of New York | 05/01/2019 | |
| U.S. Court of Appeals for the Second Circuit | 12/14/2020 | |
| U.S. District Court – District of New Mexico | 03/16/2022 | |
| U.S. District Court – Northern District of Illinois | 04/24/2024 | |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

I declare under penalty of perjury of the laws of the United States of America in accordance with 28 U.S.C. § 1746 that the foregoing is true and correct.

May 5, 2025

*David R. Singh* (signature)

David R. Singh