IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BILLIE RODRIGUEZ, et al.

**Plaintiffs,**

v.

EXXON MOBIL CORPORATION, et al.

**Defendants,**

and

STATE OF KANSAS, *ex rel.*
KRIS W. KOBACH, Attorney General,

**Defendant-Intervenor.**

Case No. 2:25-cv-02195-TC-TJJ

**PLAINTIFFS' UNOPPOSED RULE 15(c)(1)(C) MOTION TO SUBSTITUTE EQUISTAR AND SUGGESTIONS IN SUPPORT**

Pursuant to Fed. R. Civ. P. 15(c)(1)(C), Plaintiffs move the Court to substitute Defendant LyondellBasell Industries N.V. for the proper party: Equistar Chemicals, L.P. ("Equistar"). In support of this Motion, Plaintiffs state:

1. On January 17, 2025, Plaintiffs filed their First Amended Class Action Complaint naming LyondellBasell Industries N.V. as a Defendant. Doc. #48 at ¶¶ 32, 218, 233. LyondellBasell Industries, N.V. was deemed served with the complaint on February 4, 2025.

2. Counsel for LyondellBasell Industries N.V. notified Plaintiffs of their potential naming of an improper party.

3. Pursuant to Fed. R. Civ. P. 15(c)(1)(C), Plaintiffs request to substitute LyondellBasell Industries N.V. for Equistar.

4. Rule 15(c)(1)(C) allows for the change of the name of a party if the change (1) "asserts a claim or defense that arose out of the conduct, transaction, or occurrence set out" from the original complaint and (2) within the proper time for service of summons, the party whose

name is to be changed (i) received notice of the action and is not prejudiced in defending it and (ii) "knew or should have known that the action would have been brought against it, but for a mistake concerning the proper party's identity."

5. The law regarding amendment of pleadings thoroughly supports Plaintiffs' position that they should be permitted to correct the misnomer in their Complaint particularly because Equistar will suffer no prejudice. *See Roberts v. Michaels*, 219 F.3d 775, 778 (8th Cir. 2000); *see also Sokolski v. Trans Union Corp.*, 178 F.R.D. 393, 399 (E.D.N.Y. 1998) ("Where a plaintiff mislabels the proper defendant . . . courts generally grant the plaintiff leave to correct the mistake.") (citation omitted).

6. Plaintiffs request that the Court order that Plaintiffs' First Amended Complaint is amended by interlineation to name Equistar Chemicals, L.P. in place of LyondellBasell Industries N.V. in the caption, Doc. #48 at 1, and change the name of Defendant LyondellBasell Industries N.V. (or Lyondell) to Equistar in the body, *id.* at ¶¶ 32, 33, 218, 233. Because the proposed substitution affects only four paragraphs of the 520-paragraph and 93-page complaint, filing an additional amended complaint to effectuate these minor corrections is not necessary.

7. Plaintiffs further request that the Court order that these amendments by interlineation are effective immediately upon the Court granting Plaintiffs' Motion and entering any such Order.

8. Equistar does not oppose this Motion.[1]

---

[1] The Parties agree that this unopposed Motion does not operate as an admission by Equistar of any factual allegation or legal conclusion in the FAC and is submitted subject to, and without waiver of, any right, defense, affirmative defense, claim, or objection, including lack of personal or subject matter jurisdiction.

Dated:  July 3, 2025

Respectfully submitted,

*/s/ Rex A. Sharp*
Rex A. Sharp, KS #12350
Isaac L. Diel, KS #14376
W. Greg Wright, KS #18352
Sarah T. Bradshaw, KS #26551
Hammons P. Hepner, KS #29138
SHARP LAW, LLP
4820 W. 75th Street
Prairie Village, KS 66208
(913) 901-0505
(913) 261-7564 Fax
rsharp@midwest-law.com
idiel@midwest-law.com
gwright@midwest-law.com
sbradshaw@midwest-law.com
hhepner@midwest-law.com

--and--

Dave Rebein, KS #10476
REBEIN BROTHERS, PA
1715 Central Ave.
Dodge City, KS 67801
Tel: (620) 227-08126

--and--

Glenn I. Kerbs, KS #09754
Samantha F. Sweley, KS #26833
KERBS LAW OFFICE, LLC
1715 Central Ave.
Dodge City, KS 67801
Tel: (620) 255-0238
gkerbs@kerbslaw.com
ssweley@kerbslaw.com

*Attorneys for Plaintiffs*
*and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 3, 2025, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Rex A. Sharp*
Rex A. Sharp
