# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, DANIEL ERWIN, MICHAEL B. ACKERMAN, and KYLE FOREMAN, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br> v.<br><br>EXXON MOBIL CORPORATION, CHEVRON USA INC., CHEVRON PHILLIPS CHEMICAL CORPORATION, DUPONT de NEMOURS, INC., DUPONT CORPORATION, CELANESE CORPORATION, DOW INC., DOW CHEMICAL COMPANY, EASTMAN CHEMICAL COMPANY, LYONDELLBASELL INDUSTRIES N.V., and AMERICAN CHEMISTRY COUNCIL,<br><br>     Defendants. | Case No.: 2:25-CV-02195-TC-TJJ |

## ENTRY OF APPEARANCE

  Michael S. Montoya hereby enters his appearance as counsel of record for Defendants Dow, Inc. and Dow Chemical Company.

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

/s/ *Michael S. Montoya*
Robert M. Thompson KS# 14673
Robert J. Hoffman KS# 16453
Grace E. Martinez KS# 29120
Michael S. Montoya KS #29379
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO  64105-2122
Telephone: (816) 374-3229
Telecopier: (816) 855-3300
robert.thompson@bclplaw.com
bob.hoffman@bclplaw.com
grace.martinez@bclplaw.com
michael.montoya@bclplaw.com

*Attorneys for the Dow Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 11th day of July 2025, the foregoing was filed with the Court's electronic filing system, which will send electronic notice of this filing to all counsel of record.

/s/ *Michael S. Montoya*
Michael S. Montoya
Attorney for the Dow Defendants