## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

BILLIE RODRIGUEZ, et al.

     Plaintiffs,

     v.                    Case No. 2:25-cv-02195-TC-TJJ

EXXON MOBIL CORPORATION, et al.

     Defendants,

and

STATE OF KANSAS, *ex rel.*
KRIS W. KOBACH, Attorney General,

     Defendant-Intervenor

### PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME OF RULE 26 DEADLINES AND RESET OF RULE 16 SCHEDULING/STATUS CONFERENCE

Plaintiffs move the Court, under Fed. R. Civ. P. 16 and Local Rules 6.1(a) and 7.1(b), for an order that extends the deadlines set forth in the Order Regarding Planning and Scheduling (ECF No. 222) and reset of the Rule 16 scheduling/status conference. In support of this Motion, Plaintiffs state:

1.     On July 7, 2025, the Court entered the Order Regarding Planning and Scheduling, which set the deadlines for the Rule 16 scheduling and status conference and competition of conference and submissions under Rule 26. ECF No. 222. Specifically, the Order directed the Parties to confer as required by Rule 26(f) by July 24, 2025, for the Parties to submit a Proposed Scheduling Order and Rule 26(f)(2) Report by July 31, 2025, for the Parties to serve Rule 26(a)(1)(A) initial disclosures by July 31, 2025, and set the Rule 16 scheduling/status conference on August 7, 2025 at 11:00 a.m. via Zoom. *Id.*

2.      Plaintiffs request that the Court extend these deadlines and reset the Rule 16 scheduling/status conference to the following dates:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Completion of Rule 26(f) Conferences | July 24, 2025 | August 29, 2025 |
| Submission of Proposed Scheduling Order and Rule 26(f)(2) Report | July 24, 2025 | September 12, 2025 |
| Rule 26(a)(1)(A) initial disclosures | July 31, 2025 | September 12, 2025 |
| Rule 16 Scheduling/Status Conference | August 7, 2025 at 11:00 a.m. via Zoom | September 18, 2025 at 11:00 a.m. via Zoom |

3.      As of the filing of this motion, the Parties are working diligently to meet the deadlines set forth in the Order, including scheduling many conferences across individual parties and joint calls to discuss arranging for Fed. R. Civ. P. 26(a)(1) disclosures; any issues about preserving discoverable information; developing a discovery plan; discovery of electronically stored information (ESI); and a proposed scheduling order, as well as the agenda items set out in Fed. R. Civ. P. 16(c)(2)(A)-(P) and Fed. R. Civ. P. 26(f)(3)(A)-(F).

4.      Coordination of these conferences across ten defendants as well as the State of Kansas as Defendant-Intervenor requires additional time than currently allotted for multiple conferences to discuss an appropriate discovery plan and ESI considerations.

5.      The Parties have conferred and agreed that an extension of the existing deadlines is sufficient for the Parties to satisfy their obligations under Rules 16(c)(2) and 26(f). Defendants and Intervenor-Defendant do not oppose the Motion.

6.      No prior extension of these deadlines has been sought or granted. The requested modification of the schedule will allow the Parties adequate time to confer on the schedule and discovery plan and will affect only the Rule 16 scheduling/status conference.

7.     Good cause exists for the requested extension. In light of the complex nature of the claims, the time period for relevant and discoverable information, and the number of parties involved, the additional time will allow the Parties to satisfy their obligations under Rules 16(c)(2) and 26(f) and this Court's Local Rules, and to further meet and confer to prepare a jointly proposed schedule for this case.

WHEREFORE, Plaintiffs request that the Court enter an order extending the Parties' deadlines set forth in the Order Regarding Planning and Scheduling (ECF No. 222) and reset of the Rule 16 scheduling/status conference to the dates proposed above, and for such other relief as the Court deems just.

Dated: July 15, 2025.                      Respectfully submitted,

*/s/ Rex A. Sharp*
Rex A. Sharp, KS #12350
Isaac L. Diel, KS #14376
W. Greg Wright, KS #18352
Sarah T. Bradshaw, KS #26551
Hammons P. Hepner, KS #29138
**SHARP LAW, LLP**
4820 W. 75th Street
Prairie Village, KS 66208
(913) 901-0505
(913) 261-7564 Fax
rsharp@midwest-law.com
idiel@midwest-law.com
gwright@midwest-law.com
sbradshaw@midwest-law.com
hhepner@midwest-law.com

--and--

Dave Rebein, KS #10476
**REBEIN BROTHERS, PA**
1715 Central Ave.
Dodge City, KS 67801
Tel: (620) 227-08126

--and--

Glenn I. Kerbs, KS #09754
Samantha F. Sweley, KS #26833
**KERBS LAW OFFICE, LLC**
1715 Central Ave.
Dodge City, KS 67801
Tel: (620) 255-0238 gkerbs@kerbslaw.com
ssweley@kerbslaw.com

*Attorneys for Plaintiffs*
*and the Proposed Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on July 15, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Rex A. Sharp*
Rex A. Sharp