## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al., | ) |
|     Plaintiffs, | ) |
| v. | ) |
| EXXON MOBILE, et al., | ) Case No. 25-CV2195-TC-TJJ |
|     Defendants | ) |
| and | ) |
| STATE OF KANSAS, ex rel.<br>KRIS KOBACH, Attorney-General, | ) |
|     Defendant-Intervenor | ) |

### MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to D. Kan. Rule 83.5.4., I move that Daniel E. Laytin be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion. I have verified that the information contained in the affidavit is true and accurate. I have also attached the required *Pro Hac Vice* Electronic Filing Registration Form.

Dated: July 15th, 2025

Respectfully submitted,

 /s/  *Kara T. Stubbs*
Kara T. Stubbs                    KS # 15805
BAKER STERCHI COWDEN & RICE LLC
2400 Pershing Road, Suite 500
Kansas City, MO  64108
Telephone:     (816) 471-2121
Facsimile:     (816) 472-0288
stubbs@bakersterchi.com

**ATTORNEY FOR DEFENDANT**
**DUPONT DE NEMOURS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was filed with the Clerk of the court using the CM/ECF system on this 15th day of July, 2025, which will send notification of the same to all counsel of record.

 /s/  *Kara T. Stubbs*