IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| EXXON MOBILE, et al., | ) |
| | ) Case No. 25-CV2195-TC-TJJ |
| Defendants | ) |
| | ) |
| and | ) |
| | ) |
| STATE OF KANSAS, ex rel. | ) |
| KRIS KOBACH, Attorney-General, | ) |
| | ) |
| Defendant-Intervenor | ) |

**AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE
TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Daniel E. Laytin

2. I practice under the following firm name or letterhead:

    Name:      Kirkland & Ellis LLP
    Address:   333 West Wolf Point Plaza
               Chicago, IL 60654
    Telephone: 312-862-2000
    Facsimile: 312-862-2200
    Email address: Daniel.laytin@kirkland.com

3.  I have been admitted to practice in the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| **Illinois State Court** | 11/05/1998 | 6257119 |
| **US District Court, WDMI** | 03/03/2023 | |
| **US District Court, NDIL** | 12/30/1999 | |
| **US District Court, CDIL** | 11/02/2005 | |
| **US District Court, DCO** | 10/09/2020 | |
| **US Supreme Court** | 09/02/2005 | |
| **US Court of Appeals, Third Circuit** | 01/16/2008 | |
| **US Court of Appeals, Sixth Circuit** | 10/01/2015 | |
| **US Court of Appeals, Seventh Circuit** | 04/03/2009 | |
| **US Court of Appeals, Second Circuit** | 02/28/2024 | |
| **US Court of Appeals, Ninth Circuit** | 06/27/2023 | |
| **US Court of Appeals, First Circuit** | 03/28/2006 | |
| **US Court of Appeals, Fifth Circuit** | 05/19/2004 | |

4.  I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5.  I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6.  I am in good standing in all bars of which I am a member.

7.  No disciplinary or grievance proceedings have been previously filed against me.

8.  No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9.  I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing. I understand I will receive System-generated notices of electronic filing.

FURTHER AFFIANT SAYETH NOT:

*[signature: Dan Laytin]*

Daniel E. Laytin
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: 312-862-2000
Facsimile: 312-862-2200
daniel.laytin@kirkland.com
**ATTORNEY FOR DEFENDANT DUPONT DE NEMOURS, INC.**

State of Illinois    )
                     ) ss:
County of Cook       )

SWORN TO and SUBSCRIBED before me this 14 day of July, 2025 by Daniel E. Laytin.

*[signature]*
Notary Public

My Commission Expires:

_____

"OFFICIAL SEAL"
ERIN WINNIE DILLON
Notary Public, State Of Illinois
Commission No. 0979248
My Commission Expires October 6, 2027

3