IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| EXXON MOBILE, et al., | ) Case No. 25-CV2195-TC-TJJ |
| Defendants | ) |
| and | ) |
| STATE OF KANSAS, ex rel.<br>KRIS KOBACH, Attorney-General, | ) |
| Defendant-Intervenor | ) |

**MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

Pursuant to D. Kan. Rule 83.5.4., I move that Daniel E. Laytin be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion. I have verified that the information contained in the affidavit is true and accurate. I have also attached the required *Pro Hac Vice* Electronic Filing Registration Form.

Dated: August 1, 2025

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

<u>/s/ *Grace E. Martinez*</u>
Robert M. Thompson KS# 14673
Robert J. Hoffman KS# 16453
Grace E. Martinez KS# 29120
Michael S. Montoya KS# 29379
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105-2122
Telephone: (816) 374-3229
Telecopier: (816) 855-3300
robert.thompson@bclplaw.com
bob.hoffman@bclplaw.com
grace.martinez@bclplaw.com
michael.montoya@bclplaw.com

***Attorneys for Dow, Inc. and Dow Chemical Company***

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was filed with the Clerk of the court using the CM/ECF system on this 1st day of August 2025, which will send notification of the same to all counsel of record.

<u>/s/ *Grace E. Martinez*</u>
Grace E. Martinez
*Attorney for Dow, Inc. and Dow Chemical Company*