UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| EXXON MOBIL CORPORATION, et al., | ) |
| | ) Case No. 2:25-cv-02195-TC-TJJ |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| STATE OF KANSAS, ex rel. | ) |
| KRIS W. KOBACH, Attorney General, | ) |
| | ) |
| Defendant-Intervenor. | ) |
| | ) |

**JOINT MOTION AND [PROPOSED] CONSENT ORDER REGARDING
MOTIONS, BRIEFING SCHEDULES AND PAGE LIMITS**

**WHEREAS**, on January 17, 2025, Plaintiffs filed a 98-page First Amended Class Action Complaint, in the Western District of Missouri, which case has now been transferred to this Court;

**WHEREAS**, Defendants intend to respond to the First Amended Class Action Complaint by filing dispositive Rule 12(b) motions, including, but not necessarily limited to, motions to dismiss for lack of subject matter jurisdiction and motions to dismiss for failure to state a claim (collectively, "Motions to Dismiss");

**WHEREAS**, the Parties respectfully submit that the interests of justice and efficient consideration by this Court can best be achieved by setting a briefing schedule for Defendants' forthcoming Motions to Dismiss, Plaintiffs' Oppositions, and Defendants' Replies (hereinafter "Consent Motion");

1

**WHEREAS,** this Consent Motion does not operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any right, defense, affirmative defense, claim, or objection, including lack of personal or subject matter jurisdiction; and

**WHEREAS,** the Parties through their undersigned counsel have conferred and consented to the entry of this Consent Motion, and good cause has been shown;

**IT IS HEREBY AGREED, SUBJECT TO THE APPROVAL OF THE COURT, THAT:**

1. Defendants' Motions to Dismiss shall be filed by no later than **August 29, 2025**. This is expected to include the following motions: (1) Defendants' Joint Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim; and (2) any Individual Defendant Motion to Dismiss, which will cover grounds for dismissal that are unique to that Defendant.

2. Plaintiffs' Oppositions to Defendants' Motions to Dismiss shall be filed by **October 29, 2025**.

3. Defendants' Replies to Plaintiffs' Oppositions to Defendants' Motions to Dismiss shall be filed by **December 10, 2025**.

4. The page limits for the briefing on Defendants' Motions to Dismiss shall be as follows:

    a. **<u>Joint Motion to Dismiss</u>**: Defendants shall coordinate their efforts to file a consolidated brief in support of their Joint Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim, which shall not exceed **50 pages**, exclusive of exhibits and other supporting materials. Plaintiffs' Opposition to this Motion to Dismiss shall not exceed **50 pages**.

2

Defendants' consolidated Reply shall not exceed **25 pages**.

b. **Individual Rule 12 Motions:** If any individual Defendant believes it is necessary to file an additional individual Motion to Dismiss based on grounds unique to that Defendant, it may do so, and its brief in support of that individual Motion shall not exceed **10 pages**, exclusive of exhibits and other supporting materials. Plaintiffs' Opposition to any individual Motion to Dismiss shall not exceed **10 pages**. Any Defendant's individual Reply shall not exceed **5 pages**.

5. The parties agree that the above deadlines apply only to Defendants' Motions to Dismiss and the briefing for those Motions to Dismiss, and do not apply to any other motions or briefs that may be submitted by any party in this action.

Dated: August 7, 2025

                Respectfully submitted,

                */s/ Rex A. Sharp*
                Rex A. Sharp, KS #12350
                Isaac L. Diel, KS #14376
                W. Greg Wright, KS #18352
                Sarah T. Bradshaw, KS #26551
                Hammons P. Hepner, KS #29138
                **SHARP LAW, LLP**
                4820 W. 75th Street
                Prairie Village, KS 66208
                (913) 901-0505
                (913) 261-7564 Fax
                rsharp@midwest-law.com
                idiel@midwest-law.com
                gwright@midwest-law.com
                sbradshaw@midwest-law.com
                hhepner@midwest-law.com

                --and--

                Dave Rebein, KS #10476
                **REBEIN BROTHERS, PA**
                1715 Central Ave.

Dodge City, KS 67801
Tel: (620) 227-08126

--and--

Glenn I. Kerbs, KS #09754
Samantha F. Sweley, KS #26833
**KERBS LAW OFFICE, LLC**
1715 Central Ave.
Dodge City, KS 67801
Tel: (620) 255-0238 gkerbs@kerbslaw.com
ssweley@kerbslaw.com

*Attorneys for Plaintiffs*
*and the Proposed Classes*


/s/ *Tristan L. Duncan*
Tristan L. Duncan (MO 39525; KS #70481)
Holly Pauling Smith (KS #19984)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Tel: 816-474-6550
Fax: 816-421-5547
Email: tlduncan@shb.com
Email: hpsmith@shb.com

Daniel B. Rogers (FL #0195634)
SHOOK, HARDY & BACON L.L.P.
Citigroup Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Tel: 305-358-5171
Fax: 305-358-7470
Email: drogers@shb.com

*Attorneys for Defendant, Chevron Phillips Chemical Company LP*

/s/ *Richard N. Bien*
Richard N. Bien (D. Kan. #70101)
William F. Ford (D. Kan. #70021)
Emma C. Halling (KS #27924)
Grant A. Harse (KS #24666)
Brody Sabor (D. Kan. #79098)
**LATHROP GPM LLP**
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108
Telephone: (816) 292-2000
Telecopier: (816) 292-2000
richard.bien@lathropgpm.com
bill.ford@lathropgpm.com
emma.halling@lathropgpm.com
grant.harse@lathropgpm.com
brody.sabor@lathropgpm.com

David J. Lender (Pro Hac Vice)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Telecopier: (212) 310-8007
david.lender@weil.com

David R. Singh (Pro Hac Vice)
Morgan D. MacBride (Pro Hac Vice)
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Telecopier: (650) 802-3100
david.singh@weil.com
morgan.macbride@weil.com
***Attorneys for Defendant, ExxonMobil Corporation***

/s/ *Thomas P. Schult*
Thomas P. Schult, D. Kan. No. 70463
Jeffrey D. Morris, KS Bar No. 16123
Lauren Tallent, KS Bar No. 28490
Courtney A. Kroeger, KS Bar No. 29324
**BERKOWITZ OLIVER LLP**
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888

tschult@berkowitzoliver.com
jmorris@berkowitzoliver.com
ltallent@berkowitzoliver.com
ckroeger@berkowitzoliver.com

Joshua D. Dick (admitted *pro hac vice* )
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 393-8200
jdick@gibsondunn.com

Theodore J. Boutrous Jr. (admitted *pro hac vice* )
Christopher D. Dusseault (admitted *pro hac vice* )
Perlette Michèle Jura (admitted *pro hac vice* )
Bradley J. Hamburger (admitted *pro hac vice* )
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
tboutrous@gibsondunn.com
cdusseault@gibsondunn.com
pjura@gibsondunn.com
bhamburger@gibsondunn.com

***Attorneys for Defendant, Chevron U.S.A. Inc.***

*/s/ Kara T. Stubbs*
Kara Trouslot Stubbs (KS #15805)
**Baker Sterchi Cowden & Rice, LLC**
2400 Pershing Road, Suite 500
Kansas City, MO 64108
Telephone: 816- 471-2121
Facsimile: 816- 472-0288
stubbs@bakersterchi.com

Nader R. Boulos, P.C. (admitted *pro hac vice*)
Daniel E. Laytin, P.C. (admitted *pro hac vice*)
Jonathan Adair (admitted *pro hac vice*)
**Kirkland & Ellis LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: 312-862-2198
Facsimile: 312-862-2000
Nader.boulos@kirkland.com

6

Daniel.laytin@kirkland.com
Jonathan.adair@kirkland.com

***Attorneys for Defendant, DuPont de Nemours, Inc.***

*/s/ Forrest James Robinson, Jr.*
Forrest James Robinson, Jr. (KS # 11589)
**HITE, FANNING & HONEYMAN, LLP**
100 N. Broadway, Suite 950
Wichita, KS  67202-2209
Tel:  (316) 265-7741
FaxL  (316) 267-7803
robinson@hitefanning.com

Richard C. Godfrey (admitted *pro hac vice*)
R. Allan Pixton (admitted *pro hac* vice)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
191 N. Wacker Dr., Ste. 2700
Chicago, IL 60606
P: 312 705 7400
F: 312 705 7401
richardgodfrey@quinnemanuel.com
allanpixton@quinnemanuel.com

***Attorneys for Defendant, Celanese Corporation***

*/s/ Robert J. Hoffman*
Robert J. Hoffman (KS #16453)
Robert M. Thompson (KS #14673)
Grace E. Martinez (KS #29120)
**BRYAN CAVE LEIGHTON PAISNER**
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105-2122
Telephone:(816)-374-3229
Telecopier:(816)-374-3300
bob.hoffman@bclplaw.com
rmthompson@bclplaw.com
grace.martinez@bclplaw.com

Nader R. Boulos, P.C. (admitted *pro hac vice*)
Daniel E. Laytin, P.C. (admitted *pro hac vice*)
Jonathan Adair (admitted *pro hac vice*)
**Kirkland & Ellis LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: 312-862-2198

7

Facsimile: 312-862-2000
Nader.boulos@kirkland.com
Daniel.laytin@kirkland.com
Jonathan.adair@kirkland.com

***Attorneys for the Dow Defendants***

/s/ *Karrie J. Clinkinbeard*
Karrie J. Clinkinbeard (KS #19583)
Brian M. Nye (KS #24094)
ARMSTRONG TEASDALE LLP
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108-2617
816.221.3420
816.221.0786 (Facsimile)
kclinkinbeard@atllp.com
bnye@atllp.com

Gregory J. DuBoff (admitted pro hac vice)
MCGUIREWOODS LLP
800 E. Canal Street
Richmond, Virginia 23219
(804) 775-1000
gduboff@mcguirewoods.com

Michael E. Scoville (pro hac vice forthcoming)
MCGUIREWOODS LLP
888 16th Street NW
Washington, D.C. 20006
(202) 857-1700
mscoville@mcguirewoods.com

***Attorneys for Defendant, Eastman Chemical Company***

/s/ *David L. Anderson*
David L. Anderson (pro hac vice)
Sheila A.G. Armbrust (pro hac vice)
David A. Goldenberg (pro hac vice)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
dlanderson@sidley.com
sarmbrust@sidley.com
dgoldenberg@sidley.com

      Zachary Parker (SBN 79250)
      SIDLEY AUSTIN LLP
      One S. Dearborn Street
      Chicago, IL 60603
      Telephone: (312) 853-7000
      zparker@sidley.com

      **Attorneys for Defendant, American Chemistry Council, Inc.**


      /s/ *David C. Kiernan*
      David C. Kiernan (admitted pro hac vice)
      Craig E. Stewart (admitted pro hac vice)
      Emily F. Knox (admitted pro hac vice)
      JONES DAY
      555 California Street, 26th Floor
      San Francisco, CA 94104-1500
      Telephone: (415) 875-5700
      cstewart@jonesday.com
      dkiernan@jonesday.com
      egoldbergknox@jonesday.com

      Andrew M. Ryngaert (admitted pro hac vice)
      J. Bruce McDonald (admitted pro hac vice)
      Nicole M. Perry (admitted pro hac vice)
      JONES DAY
      717 Texas, Suite #3300
      Houston, TX 77002
      Telephone: (832) 239-3855
      aryngaert@jonesday.com
      bmcdonald@jonesday.com
      nmperry@jonesday.com

      G. Edgar James (KS #22407)
      James M. Humphrey, IV (KS #29652)
      JAMES SOBBA, LLC
      4435 Main Street, Suite 910
      Kansas City, MO 64111
      Telephone: (816) 623-0544
      ejames@jamessobba.com
      jhumphrey@jamessobba.com

      ***Attorneys for Equistar Chemicals, LP***

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 7, 2025, a copy of the above pleading was served via the District Court ECM/ECF system on all counsel of record.

                                           /s/ *Tristan L. Duncan*
                                           Attorney for Defendant
                                           *Chevron Phillips Chemical Company LP*