### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BILLIE RODRIGUEZ, et al.,** | ) |
| **Plaintiffs,** | ) |
| v. | ) CASE NO.   2:25-cv-02195-TC-TJJ |
| **EXXON MOBIL CORPORATION, et al.** | ) |
| **Defendants,** | ) |
| *and* | ) |
| **STATE OF KANSAS,** *ex rel.* **KRIS W. KOBACH, Attorney General** | ) |
| **Defendant-Intervenor.** | ) |

### MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Michael E. Scoville be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion. I have verified that the information contained in the affidavit is true and accurate.

Dated this 13th day of August, 2025.

        ARMSTRONG TEASDALE LLP

By: */s/ Karrie J. Clinkinbeard*
    Karrie J. Clinkinbeard    #19583
    Brian M. Nye    #24094
    2345 Grand Boulevard, Suite 1500
    Kansas City, Missouri 64108-2617
    816.221.3420
    816.221.0786 (Facsimile)
    kclinkinbeard@atllp.com
    bnye@atllp.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 13, 2025, a true and accurate copy of the above and foregoing was e-filed with the Court which sent notification to all parties entitled to service.

*/s/ Karrie J. Clinkinbeard*

3