**NOTE: The motion and affidavit shall be accompanied by payment of a registration fee in the sum of $50.00. Payment of this fee will be accomplished by credit card payment during the filing of the motion in CM/ECF utilizing the pay.gov system. Attorneys employed by any department or agency of the United States government shall not be required to pay a pro hac vice registration fee.**

**Each attorney requesting admission pro hac vice must complete and sign an Electronic Filing Registration Form. It must be filed as an attachment to the motion. The CM/ECF Electronic Filing Registration Form is available on the Court's website at [www.ksd.uscourts.gov](www.ksd.uscourts.gov) under Forms.**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **BILLIE RODRIGUEZ, et al.,** | ) |
| **Plaintiffs,** | ) |
| | ) CASE NO.  2:25-cv-02195-TC-TJJ |
| v. | ) |
| **EXXON MOBIL CORPORATION, et al.** | ) |
| **Defendants,** | ) |
| *and* | ) |
| **STATE OF KANSAS,** *ex rel.* **KRIS W. KOBACH, Attorney General** | ) |
| **Defendant-Intervenor.** | ) |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that <u>Michael E. Scoville</u> be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney.  I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion.   I have verified that the information contained in the affidavit is true and accurate.

2

Dated this 15th day of August, 2025.

                    ARMSTRONG TEASDALE LLP

                    By: */s/ Karrie J. Clinkinbeard*
                        Karrie J. Clinkinbeard   #19583
                        Brian M. Nye   #24094
                        2345 Grand Boulevard, Suite 1500 Kansas City, Missouri 64108-2617 816.221.3420
                        816.221.0786 (Facsimile)
                        kclinkinbeard@atllp.com
                        bnye@atllp.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 15, 2025, a true and accurate copy of the above and foregoing was e-filed with the Court which sent notification to all parties entitled to service.

                    */s/ Karrie J. Clinkinbeard*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **BILLIE RODRIGUEZ, et al.,** | ) |
| **Plaintiffs,** | ) |
| v. | ) CASE NO.  2:25-cv-02195-TC-TJJ |
| **EXXON MOBIL CORPORATION, et al.** | ) |
| **Defendants,** | ) |
| *and* | ) |
| **STATE OF KANSAS,** *ex rel.* **KRIS W. KOBACH, Attorney General** | ) |
| **Defendant-Intervenor.** | ) |

**AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is:  Michael E. Scoville

2. I practice under the following firm name or letterhead:

   Name: McGuire Woods LLP
   Address:   188 16th Street, Suite 500
                    Black Lives Matter Plaza
                    Washington, DC  20006
   Telephone Number: 202.828.2812
   Email address: mscoville@mcguirewoods.com

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| Washington State | 06/18/2012 | 44913 |

4

| | | |
|---|---|---|
| Washington DC | 05/11/2007 | 974476 |
| US Court of Appeals, Ninth Circuit | 09/22/2008 | |
| United States District Court for the Western District of Washington | 08/29/2012 | |
| United States District Court for the Northern District of Illinois | 02/23/2012 | |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

_____
Michael E. Scoville

_____
Michael E. Scoville