**In the United States District Court
for the District of Kansas**

---

Case No. 25-cv-02195-TC-TJJ

---

BILLIE RODRIGUEZ, ET AL.,

*Plaintiffs*

v.

EXXON MOBIL CORPORATION, ET AL.,

*Defendants*

and

STATE OF KANSAS, EX REL.,
KRIS W. KOBACH, ATTORNEY GENERAL,

*Defendant-Intervenor,*

---

**ORDER**

    This is a complex civil case concerning antitrust and related claims arising from the viability of plastic recycling. Doc. 48. Plaintiffs and Defendants jointly seek leave from the local rules concerning the length of briefs that may be filed relative to an impending motion (or motions) to dismiss, and they propose a briefing schedule for the filing of these pleadings. Doc. 237. Their participation in and coordination following a hearing on this request was helpful to this process. Doc. 240 (minute sheet from hearing).

    The parties' motion is granted in part and denied in part. At the outset, the parties' proposed briefing solution is laudable and appears motivated by a desire to expeditiously and efficiently address the multitude of issues that can be expected around a lawsuit concerning this level of complexity and this number of defendants. *Cf.* Fed. R. Civ. P. 1 (encouraging administration of rules to promote just, speedy, and

1

inexpensive determination of matter); 10th Cir. R. 31.3(A) (requiring submission of a consolidated brief where practicable). At the same time, having multiple motions and varying page limits applicable to them and the corresponding number of responses and replies is likely to become difficult to administer. As a result, Defendants—consistent with their post-hearing communication—shall collectively file a single, consolidated memorandum in support that contains all of their dispositive arguments and does not exceed 90 pages. Plaintiffs shall then file a single response in opposition that does not exceed 90 pages. The Defendants may then file a single, consolidated reply that does not exceed 45 pages. It is anticipated that this will allow the parties to streamline their arguments, avoid numerous briefs that seem likely to be interrelated, and help all involved with focusing on the dispositive issues in a limited set of pleadings.

Coordination, especially among multiple parties, is likely to take more time than the parties initially proposed. As a result, the Defendants' motion to dismiss and memorandum in support shall be filed by September 8, 2025, the Plaintiffs' response in opposition shall be filed by November 5, and the Defendants' reply shall be filed before December 17, 2025.

It is so ordered.

Date: August 21, 2025         s/ Toby Crouse
                              Toby Crouse
                              United States District Judge