# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 2:25-cv-02195-TC-TJJ |
| v. | ) |
| | ) |
| EXXON MOBIL CORPORATION, et al. | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| STATE OF KANSAS, *ex rel*. | ) |
| KRIS W. KOBACH, Attorney General, | ) |
| | ) |
| Defendant-Intervenor | ) |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME OF RULE 26 DEADLINES AND RESET OF RULE 16 SCHEDULING/STATUS CONFERENCE

Defendants hereby move the Court, under Fed. R. Civ. P. 16 and Local Rules 6.1(a) and 7.1(b), for an order resetting the September 22, 2025 Rule 16 scheduling/status conference and related deadlines set forth in the Amended Order Regarding Planning and Scheduling (Dkt. 232, the "Amended Order") to October 20, 2025, or as soon thereafter as convenient for the Court. In support of this Motion, Defendants respectfully state:

1. On July 16, 2025, the Court issued the Amended Order, which set the following deadlines and conferences:

- **August 29, 2025** deadline for the Parties to meet and confer as required by Fed. R. Civ. P. 26 (f);

- **September 12, 2025** deadline to submit a joint proposed scheduling order or competing proposed scheduling orders; and

- **September 12, 2025** deadline for parties to serve their Rule 26(a)(1)(A) initial disclosures.

- **September 22, 2025, at 11:00 a.m.** Fed. R. Civ. P. 15 Scheduling/Status conference;

2. On August 7, 2025, the Parties filed a Joint Motion Regarding Motions, Briefing Schedules and Page Limits (Dkt. 237, the "Joint Motion to Amend Scheduling Order") because Defendants intend to respond to the Plaintiffs' First Amended Class Action Complaint by filing a dispositive Rule 12(b) motion, including, but not necessarily limited to, a motion to dismiss for lack of subject matter jurisdiction and for failure to state a claim (the "Motion to Dismiss").

3. On August 21, 2025, the Honorable Toby Crouse entered an order granting in part and denying in part the Parties' Joint Motion to Amend Scheduling Order. Dkt. 244. Pursuant to Judge Crouse's Order, Defendants and Defendant-Intervenor State of Kansas, *ex. rel.* Kris W. Kobach, Attorney General, will file on September 8, 2025, "a single, consolidated memorandum in support that contains all of their dispositive arguments and does not exceed 90 pages." *Id.* at 2. Plaintiffs' opposition will then be filed on November 5, and Defendants' and Defendant-Intervenor's consolidated reply will be filed by December 17, 2025. *Id.* The consolidated motion to dismiss is expected to address "the multitude of issues that can be expected around a lawsuit concerning this level of complexity and this number of defendants." *Id.* at 1. This will "allow the parties to streamline their arguments, avoid numerous briefs that seem likely to be interrelated, and help all involved with focusing on the dispositive issues in a limited set of pleadings." *Id.*

4. One prior unopposed motion to extend the scheduling and initial disclosure deadlines was filed by Plaintiffs on July 15, 2025 and granted by the Court on July 16, 2025.

5. Good cause exists for the requested extension. Defendants respectfully submit that in light of the Defendants' and Defendant-Intervenor State of Kansas's anticipated consolidated motion to dismiss, for which the multiple Defendants, with differing interests, as well as the Defendant-Intervenor State of Kansas, must coordinate in order to submit the single, consolidated brief, that the interests of justice and efficiency can best be achieved by resetting the September 22, 2025 Rule 16 Scheduling and Status Conference and associated deadlines to after the anticipated motions are filed. As Judge Crouse recognized, "[t]his is a complex civil case concerning antitrust and related claims arising from the viability of plastic recycling," and "[c]oordination, especially among multiple parties, is likely to take more time than the parties initially proposed." *Id.* at 1-2.

6. The Court has the inherent authority to order the requested relief. *See, e.g.*, *McKinzy v. Kansas City Power and Light Co.*, 2009 WL 1788418, at *1 (D. Kan. June 23, 2009) (Murguia, J.) ("Magistrate judges have broad discretion to manage the pretrial docket and control discovery."), citing *First Sav. Bank, F.S.B. v. First Bank Sys., Inc.,* 902 F.Supp. 1356, 1365–66 (D. Kan. 1995).

7. Defendants have met and conferred with Plaintiffs and Defendant-Intervenor, and they do not oppose the requested relief herein.

WHEREFORE, Defendants respectfully request that the Court enter an order continuing the September 22, 2025 Rule 16 scheduling/status conference to October 20, 2025 or as soon thereafter that is convenient for the Court and resetting the deadlines associated therewith accordingly.

Dated this 22nd day of August, 2025		Respectfully submitted,

/s/ F. James Robinson, Jr.

F. James Robinson, Jr., #11589
**HITE, FANNING & HONEYMAN, LLP**
100 N. Broadway, Suite 950
Wichita, KS  67202-2209
Tel:  (316) 265-7741
Fax:  (316) 267-7803
robinson@hitefanning.com

Richard C. Godfrey (*pro hac vice*)
R. Allan Pixton (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
191 N. Wacker Dr., Suite 2700
Chicago, IL 60606
Tel:  (312) 705-7400
Fax:  (312) 705-7401
richardgodfrey@quinnemanuel.com
allanpixton@quinnemanuel.com

*Attorneys for Celanese Corporation*

William F. Ford, Jr.
Richard N. Bien
Emma C. Halling
Grant A. Harse (KS #001043)
Brody Sabor
**LATHROP GPM LLP**
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108
Tel:  (816) 292-2000
Fax:  (816) 292-2001
bill.ford@lathropgpm.com
richard.bien@lathropgpm.com
emma.halling@lathropgpm.com
grant.harse@lathropgpm.com
brody.sabor@lathropgpm.com

David J. Lender (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
david.lender@weil.com

David R. Singh (*pro hac vice*)
Morgan D. MacBride (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065
Tel: (650) 802-3000
Fax: (650) 802-3100
david.singh@weil.com
morgan.macbride@weil.com

***Attorneys for Defendant Exxon Mobil Corporation***

Thomas P. Schult
Jeffrey D. Morris
Lauren Tallent
Courtney A. Kroeger
**BERKOWITZ OLIVER LLP**
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Tel: (816) 561-7007
Fax: (816) 561-1888
tschult@berkowitzoliver.com
jmorris@berkowitzoliver.com
ltallent@berkowitzoliver.com
ckroeger@berkowitzoliver.com

Joshua D. Dick (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Tel: (415) 393-8200
jdick@gibsondunn.com

Theodore J. Boutrous Jr. (*pro hac vice*)
Christopher D. Dusseault (*pro hac vice*)
Perlette Michèle Jura (*pro hac vice*)
Bradley J. Hamburger (*pro hac vice*)

        **GIBSON, DUNN & CRUTCHER LLP**
        333 South Grand Avenue
        Los Angeles, California 90071
        Tel: (213) 229-7000
        tboutrous@gibsondunn.com
        cdusseault@gibsondunn.com
        pjura@gibsondunn.com
        bhamburger@gibsondunn.com

        *Attorneys for Defendant Chevron U.S.A. Inc.*

        Tristan L. Duncan
        Holly P. Smith
        **SHOOK, HARDY & BACON L.L.P.**
        2555 Grand Blvd.
        Kansas City, MO 64108
        Tel: 816-474-6550
        Fax: 816-421-5547
        tlduncan@shb.com
        hpsmith@shb.com

        Daniel B. Rogers (*pro hac vice*)
        **SHOOK, HARDY & BACON L.L.P.**
        201 South Biscayne Blvd., Suite 3200
        Miami, Florida 33131
        Tel: 305-358-5171
        Fax: 305-358-7470
        drogers@shb.com

        *Attorneys for Defendant Chevron Phillips Chemical Company LP*

        Kara T. Stubbs
        **BAKER STERCHI COWDEN & RIC LLC**
        2400 Pershing Road, Suite 500
        Kansas City, MO 64108
        Tel: 816-471-2121
        Fax: 816-472-0288
        stubbs@bakersterchi.com

        Nader R. Boulos, P.C. (*pro hac vice*)
        Daniel E. Laytin, P.C. (*pro hac vice*)
        Jonathan N. Adair (*pro hac vice*)
        **KIRKLAND & ELLIS LLP**
        333 West Wolf Point Plaza
        Chicago, IL 60654

Tel: 312-862-2000
Fax: 312-862-2200
Nader.boulos@kirkland.com
Daniel.laytin@kirkland.com
Jonathan.adair@kirkland.com

***Attorneys for Defendant DuPont de Nemours, Inc.***

Robert J. Hoffman
Robert M. Thompson
Grace E. Martinez
Michael S. Montoya
**BRYAN CAVE LEIGHTON PAISNER, LLP**
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105
Tel: (816) 374-3229
Fax: (816) 374-330
Bob.hoffman@bclplaw.com
Rmthompson@bclplaw.com
Grace.martinez@bclplaw.com
Michael.montoya@bclplaw.com

Nader R. Boulos, P.C. (*pro hac vice*)
Daniel E. Laytin, P.C. (*pro hac vice*)
Jonathan N. Adair (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
Nader.boulos@kirkland.com
Daniel.laytin@kirkland.com
Jonathan.adair@kirkland.com

***Attorneys for Defendants Dow Inc. and The Dow Chemical Company Inc.***

7

Gregory J. DuBoff (*pro hac vice*)
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Tel:  (804) 775-1154
Fax:  (804) 775-2054
gduboff@mcguirewoods.com

Karrie J. Clinkinbeard
Brian M. Nye
**ARMSTRONG TEASDALE LLP**
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 54108-2617
Tel:  (816) 221-3420
Fax:  (816) 221-0786
kclinkbinbeard@atllp.com
bnye@atllp.com

*Attorneys for Defendant Eastman Chemical Company*

G. Edgar James
James M. Humphrey, IV
**JAMES SOBA, LLC**
4435 Main Street, Suite 910
Kansas City, MO 64111
Tel: (816) 623-0544
Fax: (816) 623- 0508
ejames@jamessobba.com
jhumphrey@jamessobba.com

David C. Kiernan (*pro hac vice*)
Craig E. Stewart (*pro hac vice*)
Emily F. Knox (*pro hac vice*)
**JONES DAY**
555 California Street, 26th Flr.
San Francisco, CA 94104
Tel: (415) 626-3939
Fax: (415) 875-5700
dkiernan@jonesday.com
cestewart@jonesday.com
egoldbergknox@jonesday.com

8

Nicole M. Perry (*pro hac vice*)
J. Bruce McDonald (*pro hac vice*)
Andrew M. Ryngaert (*pro hac vice*)
**JONES DAY**
717 Texas, Suite 3300
Houston, TX 77002
Tel: (832) 239-3939
Fax: (832) 239-3600
nmperry@jonesday.com
bmcdonald@jonesday.com
aryngaert@jonesday.com

*Attorneys for Equistar Chemicals, L.P.*

David L. Anderson (*pro hac vice*)
Sheila A.G. Armbrust (*pro hac vice*)
David A. Goldenberg (*pro hac vice*)
**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, CA 94104
Tel:  (415) 772-1200
Fax:  (415) 772-7400
dlanderson@sidley.com
sarmbrust@sidley.com
dgoldenberg@sidley.com

Zachary J. Parker
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, IL 60603
Tel:  (312) 853-7000
zparker@sidley.com

*Attorneys for Defendant American Chemistry Council, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 22nd day of August, 2025, I electronically filed the foregoing Defendants' Unopposed Motion For Extension Of Time Of Rule 26 Deadlines And Reset Of Rule 16 Scheduling/Status Conference with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

    /s/ F. James Robinson, Jr.
    F. James Robinson, Jr.