UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> EXXON MOBIL CORPORATION, et al., <br><br> *Defendants*, <br><br> and <br><br> STATE OF KANSAS, *ex rel.*, KRIS W. KOBACH, Attorney General, <br><br> *Defendant-Intervenor*. | **Civil Action No. 2:25-cv-02195-TC-TJJ** <br><br><br> **ORAL ARGUMENT REQUESTED** |

**DEFENDANTS' AND DEFENDANT-INTERVENOR'S
MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**

Defendants Exxon Mobil Corporation, Chevron Phillips Chemical Company LP, Chevron U.S.A. Inc., DuPont de Nemours, Inc., Celanese Corporation, Dow Inc., The Dow Chemical Company, Eastman Chemical Company, Equistar Chemicals LP, and American Chemistry Council (the "**Defendants**") jointly move the Court to dismiss Plaintiffs' First Amended Class Action Complaint (Dkt. No. 48) (the "**Complaint**") in its entirety pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) (the "**Joint Motion**").[1]

Chevron U.S.A. Inc. submits individual arguments in support of the Joint Motion pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "**Chevron Arguments**").

---

[1] Defendant-Intervenor State of Kansas, *ex rel.*, Kris W. Kobach, Attorney General, ("**Defendant-Intervenor State of Kansas**") does not join the Joint Motion. Defendant-Intervenor State of Kansas consolidates its motion herein at the direction of the Court. *See* Dkt. No. 244.

Eastman Chemical Company submits individual arguments in support of the Joint Motion pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "**Eastman Arguments**").

American Chemistry Council, Inc. submits individual arguments in support of the Joint Motion pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "**ACC Arguments**").

Dow Inc. and DuPont De Nemours, Inc. jointly submit individual arguments in support of the Joint Motion pursuant to Federal Rule of Civil Procedure 12(b)(1) and Dow Inc. individually submits an individual argument in support of the Joint Motion pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "**DPNI Arguments**") (together with the Chevron Arguments, the Eastman Arguments, and the ACC Arguments, the "**Individual Defendants' Arguments**").[2]

Defendant-Intervenor State of Kansas moves to dismiss the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) (the "**Defendant-Intervenor Motion**") (together with the Joint Motion, including the Individual Defendants' Arguments, the "**Omnibus Motion**").

In support of the Omnibus Motion, the Defendants and Defendant-Intervenor State of Kansas incorporate herein and rely upon their respective Memorandum in Support filed contemporaneously with this Motion.

WHEREFORE, Defendants and Defendant-Intervenor State of Kansas respectfully request that this Court dismiss Plaintiffs' First Amended Class Action Complaint in its entirety.

---

[2] Defendant-Intervenor State of Kansas does not join the Individual Defendants' Arguments.

Dated: September 8, 2025

Respectfully submitted,

By: *Richard N. Bien*

Thomas P. Schult, D. Kan. No. 70463
Jeffrey D. Morris, KS Bar No. 16123
Lauren Tallent, KS Bar No. 28490
Courtney A. Kroeger, KS Bar No. 29324
**BERKOWITZ OLIVER LLP**
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888
tschult@berkowitzoliver.com
jmorris@berkowitzoliver.com
ltallent@berkowitzoliver.com
ckroeger@berkowitzoliver.com

Joshua D. Dick (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 393-8200
jdick@gibsondunn.com

Theodore J. Boutrous Jr. (admitted *pro hac vice*)
Christopher D. Dusseault (admitted *pro hac vice*)
Perlette Michèle Jura (admitted *pro hac vice*)
Bradley J. Hamburger (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
tboutrous@gibsondunn.com
cdusseault@gibsondunn.com
pjura@gibsondunn.com
bhamburger@gibsondunn.com

***Attorneys for Defendant, Chevron U.S.A. Inc.***

Kara T. Stubbs (KS #15805)
**BAKER STERCHI COWDEN & RICE, LLC**
2400 Pershing Road, Suite 500

Richard N. Bien (D. Kan. #70101)
William F. Ford (D. Kan. #70021)
Emma C. Halling (KS #27924)
Grant A. Harse (KS #24666)
Brody Sabor (D. Kan. #79098)
**LATHROP GPM LLP**
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108
Telephone: (816) 292-2000
Telecopier: (816) 292-2000
richard.bien@lathropgpm.com
bill.ford@lathropgpm.com
emma.halling@lathropgpm.com
grant.harse@lathropgpm.com
brody.sabor@lathropgpm.com

David J. Lender (Pro Hac Vice)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Telecopier: (212) 310-8007
david.lender@weil.com

David R. Singh (Pro Hac Vice)
Morgan D. MacBride (Pro Hac Vice)
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Telecopier: (650) 802-3100
david.singh@weil.com
morgan.macbride@weil.com

***Attorneys for Defendant, ExxonMobil Corporation***

Robert J. Hoffman (KS #16453)
Robert M. Thompson (KS #14673)
Grace E. Martinez (KS #29120)
**BRYAN CAVE LEIGHTON PAISNER**
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105-2122

Kansas City, MO 64108
Telephone: 816- 471-2121
Facsimile: 816- 472-0288
stubbs@bakersterchi.com

Nader R. Boulos, P.C. (admitted *pro hac vice*)
Daniel E. Laytin, P.C. (admitted *pro hac vice*)
Jonathan Adair (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: 312-862-2198
Facsimile: 312-862-2000
Nader.boulos@kirkland.com
Daniel.laytin@kirkland.com
Jonathan.adair@kirkland.com

*Attorneys for Defendant, DuPont de Nemours, Inc.*

David L. Anderson (pro hac vice)
Sheila A.G. Armbrust (pro hac vice)
David A. Goldenberg (pro hac vice)
**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
dlanderson@sidley.com
sarmbrust@sidley.com
dgoldenberg@sidley.com

Zachary Parker (SBN 79250)
**SIDLEY AUSTIN LLP**
One S. Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
zparker@sidley.com

*Attorneys for Defendant, American Chemistry Council, Inc.*

Karrie J. Clinkinbeard (KS #19583)
Brian M. Nye (KS #24094)
**ARMSTRONG TEASDALE LLP**
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108-2617

Telephone:(816)-374-3229
Telecopier:(816)-374-3300
bob.hoffman@bclplaw.com
rmthompson@bclplaw.com
grace.martinez@bclplaw.com

Nader R. Boulos, P.C. (admitted *pro hac vice*)
Daniel E. Laytin, P.C. (admitted *pro hac vice*)
Jonathan Adair (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: 312-862-2198
Facsimile: 312-862-2000
Nader.boulos@kirkland.com
Daniel.laytin@kirkland.com
Jonathan.adair@kirkland.com

*Attorneys for the Dow Defendants*

Tristan L. Duncan  (MO 39525; KS #70481)
Holly Pauling Smith (KS #19984)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Tel: 816-474-6550
Fax: 816-421-5547
Email: tlduncan@shb.com
Email: hpsmith@shb.com

Daniel B. Rogers (FL #0195634)
**SHOOK, HARDY & BACON L.L.P.**
Citigroup Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Tel: 305-358-5171
Fax: 305-358-7470
Email: drogers@shb.com

*Attorneys for Defendant, Chevron Phillips Chemical Company LP*

David C. Kiernan (admitted pro hac vice)
Craig E. Stewart (admitted pro hac vice)
Emily F. Knox (admitted pro hac vice)
**JONES DAY**
555 California Street, 26th Floor
San Francisco, CA 94104-1500

| | |
|---|---|
| 816.221.3420<br>816.221.0786 (Facsimile)<br>kclinkinbeard@atllp.com<br>bnye@atllp.com | Telephone: (415) 875-5700<br>cstewart@jonesday.com<br>dkiernan@jonesday.com<br>egoldbergknox@jonesday.com |

Gregory J. DuBoff (admitted pro hac vice)
**MCGUIREWOODS LLP**
800 E. Canal Street
Richmond, Virginia 23219
(804) 775-1000
gduboff@mcguirewoods.com

Michael E. Scoville (admitted pro hac vice)
**MCGUIREWOODS LLP**
888 16th Street NW
Washington, D.C. 20006
(202) 857-1700
mscoville@mcguirewoods.com

*Attorneys for Defendant, Eastman Chemical Company*

**KRIS W. KOBACH**
**Attorney General of Kansas**

Melanie S. Jack, Kan. Bar No. 13213
  *First Assistant Attorney General*
Nicholas C. Smith, Kan. Bar No. 29742
  *Assistant Attorney General*
Adam T. Steinhilber, Kan. Bar No. 30468
  *Assistant Solicitor General*
**OFFICE OF ATTORNEY GENERAL**
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Phone: (785) 296-3751
Fax:    (785) 291-3699
Email: Melanie.Jack@ag.ks.gov
          Nicholas.Smith@ag.ks.gov
          Adam.Steinhilber@ag.ks.gov

*Attorneys for State of Kansas*

Andrew M. Ryngaert (admitted pro hac vice)
J. Bruce McDonald (admitted pro hac vice)
Nicole M. Perry (admitted pro hac vice)
**JONES DAY**
717 Texas, Suite #3300
Houston, TX 77002
Telephone: (832) 239-3855
aryngaert@jonesday.com
bmcdonald@jonesday.com
nmperry@jonesday.com

G. Edgar James (KS #22407)
James M. Humphrey, IV (KS #29652)
**JAMES SOBBA, LLC**
4435 Main Street, Suite 910
Kansas City, MO 64111
Telephone: (816) 623-0544
ejames@jamessobba.com
jhumphrey@jamessobba.com

*Attorneys for Equistar Chemicals, LP*

Forrest James Robinson, Jr. (KS # 11589)
**HITE, FANNING & HONEYMAN, LLP**
100 N. Broadway, Suite 950
Wichita, KS  67202-2209
Tel:  (316) 265-7741
Fax:  (316) 267-7803
robinson@hitefanning.com

Richard C. Godfrey (admitted *pro hac vice*)
R. Allan Pixton (admitted *pro hac* vice)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
191 N. Wacker Dr., Ste. 2700
Chicago, IL 60606
P: 312 705 7400
F: 312 705 7401
richardgodfrey@quinnemanuel.com
allanpixton@quinnemanuel.com

*Attorneys for Defendant, Celanese Corporation*

5

**CERTIFICATE OF SERVICE**

The foregoing was electronically filed with the Court this 8th day of September, 2025, and served via the Court's ECF system upon all counsel of record.

*/s/ Richard N. Bien*
An Attorney for Defendant ExxonMobil Corporation
