UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> EXXON MOBIL CORPORATION, et al., <br><br> *Defendants*, <br><br> and <br><br> STATE OF KANSAS, *ex rel.*, KRIS W. KOBACH, Attorney General, <br><br> *Defendant-Intervenor*. | Civil Action No. 2:25-cv-02195-TC-TJJ <br><br><br> **ORAL ARGUMENT REQUESTED** |

INDEX OF EXHIBITS TO
MEMORANDUM IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED
CLASS ACTION COMPLAINT PURSUANT TO RULES 12(B)(1) AND 12(B)(6)

| Exhibit No. | Description |
|---|---|
| 1 | Summary of Motion to Dismiss Claims Chart |
| 2 | State-by-State Authority on Application of AGC Factors |
| 3 | Statute of Limitations by State and Cause of Action |
| 4 | Declaration of Shandell Massey for Dow Inc. in Support of its Motion to Dismiss Pursuant to Rule 12(b)(2) |
| 5 | Declaration of Allison A. Schaper for DuPont De Nemours, Inc. in Support of its Motion to Dismiss Pursuant to Rule 12(b)(2) |