# Exhibit 1

| | Consumer Fraud Claims (CF) | Antitrust Claims (AT) | Bases for Dismissal | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | No Article III Standing | Pleading Standard Not Met | Statute of Limitations | No Named Plaintiff with Standing | No Statutory Standing | No Actionable Deception (CP) | No Actionable Omission (CP) | No Antitrust Standing | No Anti-Competitive Conduct (AT) | No Notice Provided to State AG (AT) |
| Federal | | Count 1 | • | • | • | | | | | • | • | |
| Arizona | | Count 18 | • | • | • | • | | | | • | • | • |
| Arkansas | Count 3 | | • | • | • | • | • | • | • | | | |
| California | Count 4 | Count 19 | • | • | • | | • (CF only) | • | • | • | • | |
| Colorado | | Count 20 | • | • | • | • | • | | | • | • | • |
| Connecticut | | Count 21 | • | • | • | • | • | | | • | • | • |
| Florida | Count 6 | | • | • | • | | | • | • | | | |
| Hawaii | | Count 23 | • | • | • | • | | | | • | • | • |
| Illinois | | Count 24 | • | • | • | • | • | | | • | • | |
| Iowa | | Count 25 | • | • | • | • | | | | • | • | |
| Kansas | | Count 26 | • | • | • | | | | | • | • | |
| Maine | | Count 27 | • | • | • | • | | | | • | • | |
| Maryland | | Count 28 | • | • | • | • | • | | | • | • | |
| Massachusetts | Count 7 | | • | • | • | • | • | • | | | | |
| Michigan | | Count 29 | • | • | • | • | | | | • | • | |
| Minnesota | | Count 30 | • | • | • | • | | | | • | • | • |
| Mississippi | | Count 31 | • | • | • | • | | | | • | • | |
| Missouri | Count 8 | | • | • | • | | | • | • | | | |
| Montana | Count 9 | | • | • | • | • | • | • | | | | |
| Nebraska | Count 10 | Count 32 | • | • | • | • | • (AT only) | • | | • | • | |
| Nevada | Count 11 | Count 33 | • | • | • | • | • (AT only) | • | | • | • | • |
| New Hampshire | Count 12 | Count 34 | • | • | • | • | • (AT only) | • | | • | • | |
| New Mexico | Count 13 | Count 35 | • | • | • | • | | • | | • | • | |
| New York | | Count 36 | • | • | • | | • | | | • | • | • |
| North Carolina | Count 14 | Count 37 | • | • | • | • | • (CF only) | • | | • | • | |
| North Dakota | | Count 38 | • | • | • | • | • | | | • | • | |
| Oregon | | Count 39 | • | • | • | • | • | | | • | • | • |
| Rhode Island | Count 15 | Count 40 | • | • | • | • | • | • | | • | • | • |
| South Carolina | Count 16 | | • | • | • | • | • | • | | | | |
| South Dakota | | Count 41 | • | • | • | • | | | | • | • | |
| Tennessee | | Count 42 | • | • | • | | • | | | • | • | |
| Utah | | Count 43 | • | • | • | • | • | | | • | • | • |
| Vermont | Count 17 | | • | • | • | • | | • | | | | |
| Washington, D.C | Count 5 | Count 22 | • | • | • | • | | • | | • | • | |
| West Virginia | | Count 44 | • | • | • | • | | | | • | • | |
| Wisconsin | | Count 45 | • | • | • | • | | | | • | • | |

| Common Law Claims | | Bases for Dismissal | | | | |
|---|---|---|---|---|---|---|
| | | No Article III Standing | No Standing to Represent Class | Elements Insufficiently Pled | Economic Loss Doctrine | Statute of Limitations |
| Public Nuisance | Count 2 | • | • | • | | • |
| Unjust Enrichment | Count 46 | • | • | • | • | • |