# Exhibit 3

| Count | State/Cause of Action | Limitations Period | When Cause of Action Accrues |
|---|---|---|---|
| 1 | Violation of 15 U.S.C. § 1 | Four Years. 15 U.S.C. § 15b. | When defendant commits act injuring plaintiff. *Zenith Radio Corp. v. Hazeltine Research, Inc.*, 401 U.S. 321, 338 (1971). |
| 2 | Public Nuisance | Two Years. *See* Kan. Stat. Ann. § 60-513(a); *Kent v. S. Star Central Gas Pipeline, Inc.*, 2009 WL 10689384, at *6 (D. Kan. Oct. 8, 2009). | When defendant first causes injury or when injury becomes reasonably ascertainable. Kan. Stat. Ann. § 60-513(b). In no event can action be brought more than 10 years after act giving rise to claim. *Id.* |
| 3 | Violations of the Arkansas Deceptive Trade Practices Act (Ark. Code Ann. § 4-88-101, *et seq.*) | Five Years. *See* Ark. Code § 4-88-115. | On occurrence of the violation or date upon which cause of action arises. Ark. Code § 4-88-115. Fraud will only toll the limitations period until the plaintiff discovers the fraud or should have discovered it by exercise of reasonable diligence. *Bank of Am., N.A. v. JB Hanna, LLC*, 766 F.3d 841, 855 (8th Cir. 2014). |
| 4 | Violations of the California Unfair Competition Law (Cal. Bus. & Prof. Code § 17200, *et seq.*) | Four Years. *See* Cal. Bus. & Prof. Code § 16750.1. | When "the plaintiff discovers, or has reason to discover, the cause of action." *Fox v. Ethicon Endo-Surgery, Inc.*, 110 P.3d 914, 920 (Cal. 2005). |

| Count | State/Cause of Action | Limitations Period | When Cause of Action Accrues |
|---|---|---|---|
| 5 | Violations of the District of Columbia Consumer Protection Procedures (D.C. Code § 28-3901, *et seq.*) | Three Years. *See* Kan. Stat. Ann. § 60-512; *Garcia v. Int'l Elevator Co.*, 358 F.3d 777, 779 (10th Cir. 2004) (apply Kansas statute of limitation unless action based on foreign statute with specific limitations period or borrowing statute applies). | When misrepresentation is made. *Culp v. Timothy M. Sifers, M.D., P.A.*, 533 F. Supp. 2d 1119, 1127 (D. Kan. 2007); s*ee also e.g.*, *Hemmen v. Terminix Intern. Co.*, 1993 WL 302255, at *3 (D. Kan. July 14, 1993) ("A cause of action accrues under the KCPA on the date of the alleged deceptive act or practice regardless of when the alleged deception is discovered."). |
| 6 | Violations of Florida's Unfair & Deceptive Trade Practices Act (Fla. Stat. § 501.201, *et seq.*) | Three Years. *See* Kan. Stat. Ann. § 60-512; *Garcia*, 358 F.3d at 779. | When misrepresentation is made. *Culp*, 533 F. Supp. 2d at 1127. |
| 7 | Violation of the Massachusetts Consumer Protection Act (Mass. Gen. Laws Ch. 93a, § 1, *et seq.*) | Four Years. *See* Mass. Gen. Laws 260, § 5A. | When "a plaintiff knows, or reasonably should have known that she has been harmed or may have been harmed by the defendant's conduct." *Evans v. Lorillard Tobacco Co.*, 990 N.E.2d 997, 1028 (Mass. 2013). |
| 8 | Violation of the Missouri Merchandising Practices Act (Mo. Ann. Stat. § 407-010, *et seq.*) | Three Years. *See* Kan. Stat. Ann. § 60-512; *Garcia*, 358 F.3d at 779. | When misrepresentation is made. *Culp*, 533 F. Supp. 2d at 1127. |

| Count | State/Cause of Action | Limitations Period | When Cause of Action Accrues |
|---|---|---|---|
| 9 | Violation of the Montana Unfair Trade Practices and Consumer Protection Act of 1970 (Mont. Code Ann. § 30-14-103, *et seq.* and § 30-14-201, *et seq.*) | Three Years. *See* Kan. Stat. Ann. § 60-512; *Garcia*, 358 F.3d at 779. | When misrepresentation is made. *Culp*, 533 F. Supp. 2d at 1127. |
| 10 | Violation of the Nebraska Consumer Protection Act (Neb. Rev. Stat. § 59-1602, *et seq.*) | Four Years. *See* Neb. Rev. Stat. § 59-1612. | When misrepresentation is made. *See Siegel v. Deutsche Bank Nat'l Tr. Co.*, 2009 WL 3254491, at *3 (D. Neb. Oct. 8, 2009). |
| 11 | Violations of the Nevada Deceptive Trade Practices Act (Nev. Rev. Stat. § 598.0903, *et seq.*) | Three Years. *See* Kan. Stat. Ann. § 60-512; *Garcia*, 358 F.3d at 779. | When misrepresentation is made. *Culp*, 533 F. Supp. 2d at 1127. |
| 12 | Violations of New Hampshire Consumer Protection Act (N.H. Rev. Stat. Ann. § 358-a:1, *et seq.*) | Three Years. *See* Kan. Stat. Ann. § 60-512; *Garcia*, 358 F.3d at 779. | When misrepresentation is made. *Culp*, 533 F. Supp. 2d at 1127. |
| 13 | Violations of the New Mexico Unfair Trade Practices Act (N.M. Stat. Ann. § 57-12-1, *et seq.*) | Three Years. *See* Kan. Stat. Ann. § 60-512; *Garcia*, 358 F.3d at 779. | When misrepresentation is made. *Culp*, 533 F. Supp. 2d at 1127. |

| Count | State/Cause of Action | Limitations Period | When Cause of Action Accrues |
|---|---|---|---|
| 14 | Violations of the North Carolina Unfair and Deceptive Trade Practices Act (N.C. Gen. Stat. § 75-1.1, *et seq.*) | Four Years. *See* N.C. Gen. Stat. § 75-16.2. | "[A]t the time that the fraud is discovered or should have been discovered with the exercise of reasonable diligence." *Dreamstreet Invs., Inc. v. MidCountry Bank*, 842 F.3d 825, 830 (4th Cir. 2016). |
| 15 | Violations of the Rhode Island Deceptive Trade Practices Act (R. I. Gen. Laws § 6-13-1.1, *et seq.*) | Three Years. *See* Kan. Stat. Ann. § 60-512; *Garcia*, 358 F.3d at 779. | When misrepresentation is made. *Culp*, 533 F. Supp. 2d at 1127. |
| 16 | Violations of the South Carolina Unfair Trade Practices Act (S.C. Code Ann. § 39-5-10, *et seq.*) | Three Years. *See* S.C. Code Ann. § 39-5-150. | When plaintiff knew or should have known of the potential SCUTPA violation. *See* S.C. Code Ann. § 39-5-150; *State ex rel. Wilson v. Ortho-McNeil-Janssen Pharms., Inc.*, 777 S.E.2d 176, 198 (S.C. 2015). |
| 17 | Violations of Vermont Consumer Protection Act (Vt. Stat. Ann. Tit. 9, § 2451 *et seq.*) | Three Years. *See* Kan. Stat. Ann. § 60-512; *Garcia*, 358 F.3d at 779. | When misrepresentation is made. *Culp*, 533 F. Supp. 2d at 1127. |
| 18 | Violation of Arizona's Uniform State Antitrust Act (Ariz. Rev. Stat. § 44-401, *et seq.*) | Four Years. *See* Ariz. Rev. Stat. § 44-1410. | When defendant commits act injuring plaintiff. *Zenith Radio Corp.*, 401 U.S. at 338; *Bunker's Glass Co. v. Pilkington plc*, 47 P.3d 1119, 1126 (Ariz. Ct. App. 2002) ("Arizona appellate courts typically follow[] federal case law in antitrust matters."). |

4

| Count | State/Cause of Action | Limitations Period | When Cause of Action Accrues |
|---|---|---|---|
| 19 | Violation of California's Cartwright Act (Cal. Bus. & Prof. Code § 16700 *et seq.*) | Four Years. *See* Cal. Bus. & Prof. Code § 16750.1. | When the last element for the cause of action is met. *See Aryeh v. Canon Bus. Sols., Inc.*, 292 P.3d 871, 878 (Cal. 2013). |
| 20 | Violation of the Colorado Antitrust Act (Colo. Rev. Stat. Ann. § 6-4-101, *et seq.*) | Four Years. *See* Colo. Rev. Stat. Ann. § 6-4-119. | After the "circumstances giving rise to the cause of action are discovered or should have been discovered in the exercise of reasonable diligence" or when "the last in a series of acts or practices in violation of" the act occurs. Colo. Rev. Stat. Ann. § 6-4-119. |
| 21 | Violation of the Connecticut Antitrust Act (Conn. Gen. Stat. Ann § 35-24, *et seq.*) | Four Years. *See* Conn. Gen. Stat. § 35-40. | When defendant commits act injuring plaintiff. *Zenith Radio Corp.*, 401 U.S. at 338; Conn. Gen. Stat. Ann. § 35-44b (construing statutory scheme to harmonize with federal antitrust law). |
| 22 | Violation of District of Columbia Antitrust Act (D.C. Code § 28-4501, *et seq.*) | Four Years. D.C. Code § 28-4511(b). | When defendant commits act injuring plaintiff. *Zenith Radio Corp.*, 401 U.S. at 338; D.C. Code § 28-4515 (construing statutory scheme to harmonize with federal antitrust law). |
| 23 | Violation of Hawaii Antitrust Act (Haw. Rev. Stat. Ann § 480-1, *et seq.*) | Four Years. *See* Haw. Rev. Stat. Ann. § 480-24. | When the violation occurs. *Chung v. U.S. Bank, N.A.*, 250 F. Supp. 3d 658, 671 (D. Haw. 2017). |

| Count | State/Cause of Action | Limitations Period | When Cause of Action Accrues |
|---|---|---|---|
| 24 | Violation of Illinois Antitrust Act (740 Ill. Comp. Stat. Ann. 10/3(1), *et seq.*) | Four Years. *See* 740 Ill. Comp. Stat. 10/7 (2). | "The act which produced the injury is the focal point in determining when the period of limitations starts to run." *Austin v. House of Vision, Inc.*, 101 Ill.App.2d 251, 255 (1st Dist. 1968). |
| 25 | Violation of Iowa Competition Law (Iowa Code § 553.1, *et seq.*) | Four Years. *See* Iowa Code § 553.16. | When defendant commits act injuring plaintiff. *Zenith Radio Corp.*, 401 U.S. at 338; Iowa Code § 553.2 (construing statutory scheme to harmonize with federal antitrust law). |
| 26 | Violation of Kansas Restraint of Trade Act (Kan. Stat. Ann. § 50-101, *et seq.*) | Three Years. *See* Kan. Stat. Ann. § 60-512; *Four B Corp. v. Daicel Chem. Indus., Ltd.*, 253 F. Supp. 2d 1147, 1155 (D. Kan. 2003). | When the plaintiff "reasonably could have learned of their potential cause of action." *In re Linerboard Antitr. Litig.*, 223 F.R.D. 335, 343 (E.D. Pa. 2004) (interpreting Kansas law). |
| 27 | Violation of Maine's Antitrust Statute (Me. Rev. Stat. Ann. tit. 10 § 1101, *et seq.*) | Three Years. *See* Kan. Stat. Ann. § 60-512; *Garcia*, 358 F.3d at 779. | When the plaintiff "reasonably could have learned of their potential cause of action." *In re Linerboard*, 223 F.R.D. at 343. |
| 28 | Violation of Maryland's Antitrust Statute (Md. Code Ann., Com. Law § 11-201, *et seq.*) | Four Years. *See* Md. Code Ann., Com. Law § 11-209. | When plaintiff "knows, or through the exercise of reasonable diligence should know, of the wrong." *In re Linerboard*, 223 F.R.D. at 352 (quoting *Murphy v. Merzbacher*, 697 A.2d 861, 865 (Md. 1997)). |

| Count | State/Cause of Action | Limitations Period | When Cause of Action Accrues |
|---|---|---|---|
| 29 | Violation of the Michigan Antitrust Reform Act (Mich. Comp. Laws § 445.771, *et seq.*) | Four Years. *See* Mich. Comp. Laws § 445.781. | When defendant commits act injuring plaintiff. *Zenith Radio Corp.*, 401 U.S. at 338; *Little Caesar Enters., Inc. v. Smith*, 895 F. Supp. 884, 898 (E.D. Mich. 1995) (interpreting Michigan antitrust law in line with federal law). |
| 30 | Violation of the Minnesota Antitrust Law (Minn. Stat. §§ 325D.49 *et seq.* & 325D.57 *et seq.*) | Four Years. *See* Minn. Stat. Ann. § 325D.64. | When defendant commits act injuring plaintiff. *Zenith Radio Corp.*, 401 U.S. at 338; *State by Humphrey v. Alpine Air Prods., Inc.*, 490 N.W.2d 888, 894 (Minn. Ct. App. 1992) (interpreting Minnesota antitrust law in line with federal law). |
| 31 | Violation of the Mississippi Antitrust Statute (Miss. Code Ann. § 75-21-1, *et seq.*) | Three Years. *See* Kan. Stat. Ann. § 60-512; *Garcia*, 358 F.3d at 779. | When the plaintiff "reasonably could have learned of their potential cause of action." *In re Linerboard*, 223 F.R.D. at 343. |
| 32 | Violation of the Nebraska Junkin Act (Neb. Rev. Stat. § 59-801, *et seq.*) | Three Years. *See* Kan. Stat. Ann. § 60-512; *Garcia*, 358 F.3d at 779. | When the plaintiff "reasonably could have learned of their potential cause of action." *In re Linerboard*, 223 F.R.D. at 343. |
| 33 | Violation of the Nevada Unfair Trade Practices Act (Nev. Rev. Stat. § 598A.010, *et seq.*) | Four Years. *See* Nev. Rev. Stat. § 598A.220. | After "the plaintiff discovered, or by the exercise of reasonable diligence, should have discovered the facts relied upon for proof of the conspiracy." Nev. Rev. Stat. § 598A.220. |

| Count | State/Cause of Action | Limitations Period | When Cause of Action Accrues |
|---|---|---|---|
| 34 | Violation of New Hampshire's Antitrust Statute (N.H. Rev. Stat. Ann. tit. XXXI, § 356:1, *et seq.*) | Four Years. *See* N.H. Rev. Stat. § 356:12. | When defendant commits act injuring plaintiff. *Zenith Radio Corp.*, 401 U.S. at 338; N.H. Rev. Stat. Ann. Tit. XXXI § 356:14 (using federal antitrust law to guide interpretation of N.H. antitrust law). |
| 35 | Violation of the New Mexico Antitrust Act (N.M. Stat. Ann. § 57-1-1, *et seq.*) | Four Years. *See* N.M. Stat. Ann. § 57-1-12. | After the plaintiff "discovered, or by the exercise of reasonable diligence should have discovered, the facts relied upon for proof of the cause of action." N.M. Stat. Ann. § 57-1-12. |
| 36 | Violation of Section 340 of the New York General Business Law (N.Y. Gen. Bus. Law § 340, *et seq.*) | Four Years. *See* N.Y. Gen. Bus. Law § 340. | When defendant commits act injuring plaintiff. *See Thome v. Alexander & Louisa Calder Found.*, 70 A.D.3d 88, 112 (N.Y. App. Div. 2009); *SL-x IP S.a.r.l. v. Merrill Lynch, Pierce, Fenner & Smith*, 2023 WL 2620041, at *2 (2d Cir. Mar. 24, 2023). |
| 37 | Violation of the North Carolina General Statutes (N.C. Gen. Stat. § 75-1, *et seq.*) | Four Years. *See* N.C. Gen. Stat. § 75-16.2. | "[A]t the time the fraud is discovered or should have been discovered with the exercise of reasonable diligence." *Dreamstreet Invs.*, 842 F.3d at 830. |
| 38 | Violation of the North Dakota Uniform State Antitrust Act (N.D. Cent. Code § 51-08.1-01, *et seq.*) | Four Years. *See* N.D. Cent. Code § 51-08.1-10. | When defendant commits act injuring plaintiff. *Zenith Radio Corp.*, 401 U.S. at 338; *In re Pre-Filled Propane Tank Antitr. Litig.*, 2019 WL 4796528, at *15 (W.D. Mo. Aug. 21, 2019) (interpreting N.D. antitrust law to follow federal law). |

| Count | State/Cause of Action | Limitations Period | When Cause of Action Accrues |
|---|---|---|---|
| 39 | Violation of the Oregon Antitrust Law (Or. Rev. Stat. § 646.705, *et seq.*) | Four Years. *See* Or. Rev. Stat. § 646.800. | When defendant commits act injuring plaintiff. *Zenith Radio Corp.*, 401 U.S. at 338; Or. Rev. Stat. § 646.715 (stating federal law is persuasive authority on Oregon antitrust law). |
| 40 | Violation of the Rhode Island Antitrust Act (6 R.I. Gen. Laws § 6-36-1, *et seq.*) | Four Years. *See* R.I. Gen. Laws § 6-36-23. | When "the plaintiff discovered, or by the exercise of reasonable diligence should have discovered, the facts relied upon for proof of the conspiracy." R.I. Gen. Laws § 6-36-23. |
| 41 | Violation of the South Dakota Antitrust Statute (S.D. Codified Laws § 37-1-3.1, *et seq.*) | Four Years. *See* S.D. Codified Laws § 37-1-14.4. | When defendant commits act injuring plaintiff. *Zenith Radio Corp.*, 401 U.S. at 338; S.D. Codified Laws § 37-1-22 (using federal antitrust law as guide when interpreting S.D. antitrust law). |
| 42 | Violation of the Tennessee Trade Practices Act (Tenn. Code § 47-25-101, *et seq.*) | Three Years. *See* Tenn. Code §§ 47-25-104, 28-3-105. | When defendant commits act injuring plaintiff. *Zenith Radio Corp.*, 401 U.S. at 338; *Rockholt Furniture, Inc. v. Kincaid Furniture Co.*, 1998 WL 1661384, at *7 (E.D. Tenn. July 6, 1998) (using federal antitrust law as persuasive authority). |
| 43 | Violation of the Utah Antitrust Act (Utah Code Ann. § 76-10-3101, *et seq.*) | Four Years. *See* Utah Code § 76-10-3117. | When defendant commits act injuring plaintiff. *Zenith Radio Corp.*, 401 U.S. at 338; Utah Code § 76-16-502 (using federal antitrust law for interpreting Utah antitrust law). |

| Count | State/Cause of Action | Limitations Period | When Cause of Action Accrues |
|---|---|---|---|
| 44 | Violation of the West Virginia Antitrust Act (W. Va. Code § 47-18-1, *et seq.*) | Four Years. *See* W. Va. Code § 47-18-11. | When "the plaintiff discovered, by the exercise of reasonable diligence should have discovered the facts relied upon for proof of the conspiracy." W. Va. Code § 47-18-11. |
| 45 | Violation of the Wisconsin Antitrust Act (Wis. Stat. § 133.01, *et seq.*) | Six Years. *See* Wis. Stat. § 133.18. | When the plaintiff discovers or with reasonable diligence should have discovered actual damage caused by the defendants. Wis. Stat. § 133.18; *Pritzlaff v. Archdiocese of Milwaukee*, 533 N.W.2d 780, 785 (Wis. 1995). |
| 46 | Unjust Enrichment | Three Years. *See* Kan. Stat. Ann. § 60-512. | When all elements for an unjust enrichment claim are met. *Estate of Draper v. Bank of Am., N.A.*, 205 P.3d 698, 715 (Kan. 2009). |