# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BILLIE RODRIGUEZ, DANIEL ERWIN,
MICHAEL B. ACKERMAN, KYLE
FOREMAN, DREW SCRUGGS, MARY
KANE MCQUEENY, EMILY THORPE,
JENNIFER TRITT, AND THE BOARD OF
COUNTY COMMISSIONERS OF THE
COUNTY OF FORD, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,

              *Plaintiffs,*

v.

EXXON MOBIL CORPORATION,
CHEVRON USA INC., CHEVRON
PHILLIPS CHEMICAL CORPORATION
DUPONT de NEMOURS INC.,
CELANESCORPORATION, DOW INC.,
DOW CHEMICAL COMPANY, EASTMAN
CHEMICAL COMPANY,
LYONDELLBASELL INDUSTRIES, N.V.,
and AMERICAN CHEMISTRY COUNCIL,

              *Defendants.*

And

STATE OF KANSAS, *ex rel.* KRIS W.
KOBACH, Attorney General,

              *Defendant-Intervenor.*

Case No. 2:25-CV-02195-TC-TJJ

## DECLARATION OF SHANDELL MASSEY FOR DOW INC. IN SUPPORT OF ITS MOTION TO DISMISS PURSUANT TO RULE 12(B)(2)

I, Shandell Massey, declare as follows:

1.    I am Director of the Office of the Corporate Secretary and Assistant Secretary of Dow Inc. In my role, I have access to and knowledge of the corporate structure and purpose of Dow Inc.

2.    Based on my position, experience, and review of relevant corporate records and information, I have personal knowledge of the facts set forth below, which I believe to be truthful and accurate.

3.    Dow Inc. is a Delaware corporation with a principal place of business in Midland, Michigan.

4.    Dow Inc. was incorporated in Delaware in August 2018.

5.    Dow Inc. serves as a holding company for The Dow Chemical Company.

6.    Dow Inc. has no employees, operations, or property in Kansas.

7.    Dow Inc. is not registered to do business in Kansas.

8.    Dow Inc. has no corporate filings on record with the State of Kansas.

9.    Dow Inc. has not designated an agent for service of process in Kansas.

10.   Dow Inc. does not now conduct and has never conducted any business operations in Kansas:

2

(a)     Dow Inc. does not lease, own, rent, use, or operate any facility in the State of Kansas;

(b)     Dow Inc. does not have any addresses, phone numbers, offices, or real estate in Kansas;

(c)     Dow Inc. does not have any bank accounts or post office boxes in Kansas;

(d)     Dow Inc. does not file sales and use tax returns, nor does it owe any sales and use taxes in Kansas;

(e)     Dow Inc. has no directors, officers, agents, or employees in Kansas;

(f)     Dow Inc. does not test, design, manufacture, or label any products in Kansas;

(g)     Dow Inc. does not distribute, supply, market, advertise, sell, or manufacture any products in Kansas;

(h)     Dow Inc. does not target Kansas residents for business solicitation, promotion, or advertising;

(i)     Dow Inc. does not contract with entities based in Kansas related to any product.

11.     I declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 14th day of August, 2025, in _Midland_, Michigan.


_____
Shandell Massey

4