# Exhibit 5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, DANIEL ERWIN, MICHAEL B. ACKERMAN, KYLE FOREMAN, DREW SCRUGGS, MARY KANE MCQUEENY, EMILY THORPE, JENNIFER TRITT, AND THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF FORD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> *Plaintiffs,* <br><br> v. <br><br> EXXON MOBIL CORPORATION, CHEVRON USA INC., CHEVRON PHILLIPS CHEMICAL CORPORATION DUPONT de NEMOURS INC., CELANESCORPORATION, DOW INC., DOW CHEMICAL COMPANY, EASTMAN CHEMICAL COMPANY, LYONDELLBASELL INDUSTRIES, N.V., and AMERICAN CHEMISTRY COUNCIL, <br><br> *Defendants.* <br><br> And <br><br> STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General, <br><br> *Defendant-Intervenor.* | **Case No. 2:25-CV-02195-TC-TJJ** |

**DECLARATION OF ALLISON A. SCHAPER FOR DUPONT DE NEMOURS, INC. IN SUPPORT OF ITS MOTION TO DISMISS PURSUANT TO RULE 12(B)(2)**

2

I, Allison A. Schaper, declare as follows:

1. I am Allison A. Schaper, Chief Litigation Counsel of DuPont de Nemours, Inc. In my role, I have access to and knowledge of the corporate structure and purpose of DuPont de Nemours, Inc.

2. To the best of my knowledge based on a reasonable investigation, I have personal knowledge of the facts set forth below, which I believe to be truthful and accurate.

3. DuPont de Nemours, Inc. is a corporation organized under the laws of the State of Delaware.

4. DuPont de Nemours, Inc. maintains its principal place of business in Wilmington, Delaware.

5. DuPont de Nemours, Inc. was formed in December 2015 under the name Diamond-Orion Holdco, Inc. and became known as DowDuPont Inc. in February 2016. DowDuPont Inc. changed its name to DuPont de Nemours, Inc. on June 1, 2019.

6. DuPont de Nemours, Inc. is a holding company for various subsidiary operating companies.

7. DuPont de Nemours, Inc. has zero employees.

8. DuPont de Nemours, Inc. is not registered to do business in Kansas.

9. Since its incorporation, DuPont de Nemours, Inc. has not owned, rented, or leased any real estate, including offices, factories, or warehouses outside of Delaware.

10. DuPont de Nemours, Inc.'s telephone number and mailing address are located in Delaware.

11. Since its incorporation, the entity DuPont de Nemours, Inc. has not designed, developed, manufactured, released, arranged for disposal or treatment of any products in Kansas.

12. I declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 13th day of August, 2025, in Wilmington, Delaware.

*Allison A. Schaper*
Allison A. Schaper