## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 2:25-cv-02195-TC-TJJ |
| v. | ) |
| | ) **ORAL ARGUMENT REQUESTED** |
| EXXON MOBIL CORPORATION, et al. | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| STATE OF KANSAS, *ex rel*. | ) |
| KRIS W. KOBACH, Attorney General, | ) |
| | ) |
| Defendant-Intervenor | ) |

## DEFENDANTS' MOTION TO STAY DISCOVERY

Defendants Exxon Mobil Corporation, Chevron Phillips Chemical Company LP, Chevron U.S.A. Inc., DuPont de Nemours, Inc., Celanese Corporation, Dow Inc., The Dow Chemical Company, Eastman Chemical Company, Equistar Chemicals, LP, and American Chemistry Council, Inc. (the "Defendants") respectfully move the Court for an order staying discovery until the Court rules on Defendants' pending motion to dismiss Plaintiffs' First Amended Class Action Complaint. Dkt. No. 247. As set out in the accompanying Memorandum in Support of this Motion, a stay is warranted because "[t]his is a complex civil case concerning antitrust and related claims," and Defendants' motion addresses a "multitude of issues that can be expected around a lawsuit concerning this level of complexity and this number of defendants." Dkt. No. 244 at 1. The motion to dismiss provides compelling grounds for dismissal that will dispose of or significantly narrow

the scope of burdensome discovery with no undue prejudice to Plaintiffs. Further, a stay of discovery will lead to the "just, speedy, and inexpensive" resolution of the matter. *Id.*

Defendants met and conferred with Plaintiffs and the Defendant-Intervenor State of Kansas regarding this Motion. The Defendant-Intervenor State of Kansas does not oppose this motion; Plaintiffs, however, do oppose this Motion.

WHEREFORE, for all these reasons, and as set forth in further detail in the accompanying Memorandum, Defendants respectfully request that the Court enter an order staying discovery until resolution of Defendants' pending motion to dismiss.

Dated:  September 8, 2025                    Respectfully Submitted,


                                            */s/ Forrest James Robinson, Jr.*

                                            Forrest James Robinson, Jr. (KS# #11589)
                                            **HITE, FANNING & HONEYMAN, LLP**
                                            100 N. Broadway, Suite 950
                                            Wichita, KS  67202-2209
                                            Tel:  (316) 265-7741
                                            Fax:  (316) 267-7803
                                            robinson@hitefanning.com

                                            Richard C. Godfrey (*pro hac vice*)
                                            R. Allan Pixton (*pro hac vice*)
                                            **QUINN EMANUEL URQUHART &
                                            SULLIVAN, LLP**
                                            191 N. Wacker Dr., Suite 2700
                                            Chicago, IL 60606
                                            Tel:  (312) 705-7400
                                            Fax:  (312) 705-7401
                                            richardgodfrey@quinnemanuel.com
                                            allanpixton@quinnemanuel.com

                                            ***Attorneys for Celanese Corporation***

                                            William F. Ford, Jr. (D. Kan. #70021)
                                            Richard N. Bien (D. Kan. #70101)
                                            Emma C. Halling (KS #27924)
                                            Grant A. Harse (KS #24666)

Brody Sabor (D. Kan. 79098)
**LATHROP GPM LLP**
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108
Tel:  (816) 292-2000
Fax:  (816) 292-2001
bill.ford@lathropgm.com
richard.bien@lathropgpm.com
emma.halling@lathropgpm.com
grant.harse@lathropgpm.com
brody.sabor@lathropgpm.com

David J. Lender (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Tel:  (212) 310-8000
Fax:  (212) 310-8007
david.lender@weil.com

David R. Singh (*pro hac vice*)
Morgan D. MacBride (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065
Tel:  (650) 802-3000
Fax:  (650) 802-3100
david.singh@weil.com
morgan.macbride@weil.com

***Attorneys for Defendant Exxon Mobil Corporation***

Thomas P. Schult (D. Kan. #70463)
Jeffrey D. Morris (KS #16123)
Lauren Tallent (KS# 28490)
Courtney A. Kroeger (KS #29324)
**BERKOWITZ OLIVER LLP**
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Tel:  (816) 561-7007
Fax:  (816) 561-1888
tschult@berkowitzoliver.com
jmorris@berkowitzoliver.com
ltallent@berkowitzoliver.com
ckroeger@berkowitzoliver.com

Joshua D. Dick (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Tel:  (415) 393-8200
jdick@gibsondunn.com

Theodore J. Boutrous Jr. (*pro hac vice*)
Christopher D. Dusseault (*pro hac vice*)
Perlette Michèle Jura (*pro hac vice*)
Bradley J. Hamburger (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Tel:  (213) 229-7000
tboutrous@gibsondunn.com
cdusseault@gibsondunn.com
pjura@gibsondunn.com
bhamburger@gibsondunn.com

*Attorneys for Defendant Chevron U.S.A. Inc.*

Tristan L. Duncan (KS #70481)
Holly Pauling Smith (KS #19984)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Tel:  816-474-6550
Fax:  816-421-5547
tlduncan@shb.com
hpsmith@shb.com

Daniel B. Rogers (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
201 South Biscayne Blvd., Suite 3200
Miami, Florida  33131
Tel:  305-358-5171
Fax:  305-358-7470
drogers@shb.com

*Attorneys for Defendant Chevron Phillips Chemical Company LP*

Kara T. Stubbs (KS #15805)

BAKER STERCHI COWDEN & RIC
LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108
Tel: 816-471-2121
Fax: 816-472-0288
stubbs@bakersterchi.com

Nader R. Boulos, P.C. (*pro hac vice*)
Daniel E. Laytin, P.C. (*pro hac vice*)
Jonathan N. Adair (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Tel: 312-862-2000
Fax: 312-862-2200
Nader.boulos@kirkland.com
Daniel.laytin@kirkland.com
Jonathan.adair@kirkland.com

*Attorneys    for    Defendant    DuPont
de Nemours, Inc.*

Robert J. Hoffman (KS #16453)
Robert M. Thompson (KS #14673)
Grace E. Martinez (KS #29120)
**BRYAN CAVE LEIGHTON PAISNER,
LLP**
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105
Tel: (816) 374-3229
Fax: (816) 374-330
Bob.hoffman@bclplaw.com
Rmthompson@bclplaw.com
Grace.martinez@bclplaw.com

Nader R. Boulos, P.C. (*pro hac vice*)
Daniel E. Laytin, P.C. (*pro hac vice*)
Jonathan N. Adair (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Tel:  (312) 862-2000
Fax:  (312) 862-2200
Nader.boulos@kirkland.com
Daniel.laytin@kirkland.com
Jonathan.adair@kirkland.com

*Attorneys for Defendants Dow Inc. and The Dow Chemical Company Inc.*

Gregory J. DuBoff (*pro hac vice*)
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Tel:  (804) 775-1154
Fax:  (804) 775-2054
gduboff@mcguirewoods.com

Michael E. Scoville (*pro hac vice*)
**MCGUIREWOODS LLP**
888 16th Street NW
Washington, D.C. 20006
Tel: (202) 857-1700
mscoville@mcguirewoods.com

Karrie J. Clinkinbeard (KS#19583)
Brian M. Nye (KS #24094)
**ARMSTRONG TEASDALE LLP**
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 54108-2617
Tel:  (816) 221-3420
Fax:  (816) 221-0786
kclinkbinbeard@atllp.com
bnye@atllp.com

*Attorneys for Defendant Eastman Chemical Company*

G. Edgar James (KS #22407)
James M. Humphrey, IV (KS #29652)
**JAMES SOBBA, LLC**

4435 Main Street, Suite 910
Kansas City, MO 64111
Tel: (816) 623-0544
Fax: (816) 623- 0508
ejames@jamessobba.com
jhumphrey@jamessobba.com

David C. Kiernan (*pro hac vice*)
Craig E. Stewart (*pro hac vice*)
Emily F. Knox (*pro hac vice*)
**JONES DAY**
555 California Street, 26th Flr.
San Francisco, CA 94104
Tel: (415) 626-3939
Fax: (415) 875-5700
dkiernan@jonesday.com
cestewart@jonesday.com
egoldbergknox@jonesday.com

Nicole M. Perry (*pro hac vice*)
J. Bruce McDonald (*pro hac vice*)
Andrew M. Ryngaert (*pro hac vice*)
**JONES DAY**
717 Texas, Suite 3300
Houston, TX 77002
Tel: (832) 239-3939
Fax: (832) 239-3600
nmperry@jonesday.com
bmcdonald@jonesday.com
aryngaert@jonesday.com

*Attorneys for Equistar Chemicals, LP*

David L. Anderson (*pro hac vice*)
Sheila A.G. Armbrust (*pro hac vice*)
David A. Goldenberg (*pro hac vice*)
**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, CA 94104
Tel:  (415) 772-1200
Fax:  (415) 772-7400
dlanderson@sidley.com
sarmbrust@sidley.com
dgoldenberg@sidley.com

Zachary J. Parker (KS #79250)
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, IL 60603
Tel:  (312) 853-7000
zparker@sidley.com

***Attorneys for Defendant American Chemistry Council, Inc.***

## <u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 37.2</u>

I, R. Allan Pixton, an attorney for Defendant Celanese Corporation, certify that on July 15, 2025, I met and conferred via video conference—together with Tristan Duncan (counsel for Defendant Chevron Phillips Chemical Company LP) and David Lender (counsel for Defendant Exxon Mobil Corporation)—with counsel for Plaintiffs Rex Sharp and Hammons Hepner regarding Defendants' Motion to Stay. I further certify that we explained the bases for Defendants' Motion to Stay, and that despite our best efforts, we were unable to reach agreement with Plaintiffs.

I further certify that on August 15, 2025, I conferred via telephone with Nicholas C. Smith, counsel for Defendant-Intervenor State of Kansas, ex rel., Kris W. Kobach, Attorney General, who indicated that Defendant-Intervenor does not oppose Defendants' Motion to Stay.

<u>/s/ R. Allan Pixton</u>

**<u>CERTIFICATE OF SERVICE</u>**

The foregoing was electronically filed with the Court this 8th day of September, 2025, and served via the Court's ECF system upon all counsel of record.

*/s/ Forrest James Robinson, Jr.*