UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, DANIEL ERWIN, MICHAEL B. ACKERMAN, KYLE FOREMAN, DREW SCRUGGS, MARY JANE MCQUEENY, EMILY THORPE, JENNIFER TRITT, and THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF FORD, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>EXXON MOBIL CORPORATION, CHEVRON USA, INC., CHEVRON PHILLIPS CHEMICAL COMPANY LP, DUPONT de NEMOURS INC., CELANESE CORPORATION, DOW INC., DOW CHEMICAL COMPANY, EASTMAN CHEMICAL COMPANY, LYONDELLBASELL INDUSTRIES N.V., and AMERICAN CHEMISTRY COUNCIL,<br><br>*Defendants,*<br><br>and<br><br>STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General,<br><br>*Defendant-Intervenor.* | Case No. 25-cv-02195-TC-TJJ |

**ENTRY OF APPEARANCE**

Comes now, Stephen R. McAllister of Dentons US LLP to enter his appearance on behalf of the Chamber of Commerce of the United States of America (the "Chamber") as local counsel in the above-captioned case.

1

September 10, 2025                                   Respectfully submitted,

                                                       */s/ Stephen R. McAllister*
Stephen R. McAllister (KS Bar No. 15845)
DENTONS US LLP
4520 Main St., Ste. 1100
Kansas City, MO 64111
Tel: (816) 460-2400
Fax: (816) 531-7525
Stephen.McAllister@dentons.com

*Counsel for the Chamber*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2025, a true and correct copy of this entry of appearance was filed and served electronically upon counsel of record registered with the Court's CM/ECF system.

/s/ *Stephen R. McAllister*
Stephen R. McAllister (KS Bar No. 15845)