# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, DANIEL ERWIN, MICHAEL B. ACKERMAN, KYLE FOREMAN, DREW SCRUGGS, MARY JANE MCQUEENY, EMILY THORPE, JENNIFER TRITT, and THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF FORD, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs,* <br><br> v. <br><br> EXXON MOBIL CORPORATION, CHEVRON USA, INC., CHEVRON PHILLIPS CHEMICAL COMPANY LP, DUPONT de NEMOURS INC., CELANESE CORPORATION, DOW INC., DOW CHEMICAL COMPANY, EASTMAN CHEMICAL COMPANY, LYONDELLBASELL INDUSTRIES N.V., and AMERICAN CHEMISTRY COUNCIL, <br><br> *Defendants,* <br><br> and <br><br> STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General, <br><br> *Defendant-Intervenor.* | Case No. 25-cv-02195-TC-TJJ |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local Rule 83.5.4, I move that Jeremy J. Broggi be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with Local Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by

said attorney.  I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to Local Rule 83.5.4 (a), I have attached the required affidavit in support of this motion.  I also have verified that the information contained in the affidavit is true and accurate.

September 10, 2025

/s/ *Stephen R. McAllister*
Stephen R. McAllister (KS Bar No. 15845)
DENTONS US LLP
4520 Main St., Ste. 1100
Kansas City, MO 64111
Tel: (816) 460-2400
Fax: (816) 531-7525
Stephen.McAllister@dentons.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2025, a true and correct copy of this motion was filed and served electronically upon counsel of record registered with the Court's CM/ECF system.

/s/ *Stephen R. McAllister*
Stephen R. McAllister (KS Bar No. 15845)

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, DANIEL ERWIN, MICHAEL B. ACKERMAN, KYLE FOREMAN, DREW SCRUGGS, MARY JANE MCQUEENY, EMILY THORPE, JENNIFER TRITT, and THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF FORD, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>EXXON MOBIL CORPORATION, CHEVRON USA, INC., CHEVRON PHILLIPS CHEMICAL COMPANY LP, DUPONT de NEMOURS INC., CELANESE CORPORATION, DOW INC., DOW CHEMICAL COMPANY, EASTMAN CHEMICAL COMPANY, LYONDELLBASELL INDUSTRIES N.V., and AMERICAN CHEMISTRY COUNCIL,<br><br>*Defendants,*<br><br>and<br><br>STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General,<br><br>*Defendant-Intervenor.* | Case No. 25-cv-02195-TC-TJJ |

**AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to Local Rule 83.5.4, I declare that the following facts are true, to the best of my knowledge, information, and belief:

1. My full name is: Jeremy J. Broggi

2. I practice under the following firm name or letterhead:

   Name: Wiley Rein LLP

Address: 2050 M Street
Washington, DC 20036

Telephone Number: (202) 719-7000

Fax Number: (202) 719-7000

Email Address: JBroggi@wiley.law

3. I have been admitted to practice in the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| Maryland | 12/16/2014 | 1412160107 |
| District of Columbia | 11/06/2015 | 1029427 |
| United States District Court for the District of Columbia | 07/19/2017 | 1191522 |
| United States District Court for the District of Maryland | 11/04/2015 | 14968 |
| United States District Court for the District of North Dakota | 02/17/2021 | |
| United States Court of Appeals for the District of Columbia Circuit | 10/15/2018 | 61260 |
| United States Court of Appeals for the Eighth Circuit | 03/07/2023 | |
| United States Court of Appeals for the Eleventh Circuit | 02/02/2022 | |
| United States Court of Appeals for the Federal Circuit | 10/02/2019 | |
| United States Court of Appeals for the Fifth Circuit | 04/21/2021 | |
| United States Court of Appeals for the Fourth Circuit | 03/20/2015 | |
| United States Court of Appeals for the Ninth Circuit | 07/26/2016 | |

| | | |
|---|---|---|
| United States Court of Appeals for the Second Circuit | 06/29/2015 | |
| United States Court of Appeals for the Seventh Circuit | 07/05/2024 | |
| United States Court of Appeals for the Sixth Circuit | 11/18/2021 | |
| United States Court of Appeals for the Tenth Circuit | 11/09/2018 | |
| United States Supreme Court | 05/15/2023 | 318607 |

4. I have reviewed Local Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

September 10, 2025

_____
Jeremy J. Broggi



# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
### Pro Hac Vice Electronic Filing Registration Form

Name: Jeremy J. Broggi

Office: Wiley Rein LLP

Address: 2050 M Street NW

Address:

City: Washington   State: DC   Zip: 20036

Office Phone: 202-719-7000   Ext.:   Fax:

State Bar #: District of Columbia, 1029427

Attorney's Internet E-mail Address: jbroggi@wiley.law

Additional email addresses that should receive Notices of Electronic Filing:

**PRO HAC VICE ATTORNEYS:** Each attorney applying for pro hac vice admission must complete and sign an Electronic Filing Registration Form and file it as an attachment to the motion for pro hac vice admission. You will receive system-generated notices of electronic filings and documents may be retrieved electronically through PACER. The District of Kansas does not permit attorneys admitted pro hac vice to file documents electronically. Local counsel is responsible for all filings.

By registering, I consent to electronic service of all documents. I certify that I am a member in good standing of the bar of all courts where I am admitted. I am applying for or have been granted admission pro hac vice and I have read and am familiar with the rules of practice and the administrative procedures guide governing electronic filing, both which may be found at www.ksd.uscourts.gov. I agree to abide by the rules and regulations in the most recent general order currently in effect and any changes or additions that may be made in the future to the general order, the administrative procedures guide or this court's local rules.

Attach completed form to motion for leave to appear pro hac vice.

Date: 9/9/2025

Applicant's Signature: *[signed]*

Note: You must sign this form with your original "wet" signature. The "s/ typed name" format is not allowed here.

If you have questions about this form or the pro hac vice admission process, please contact the Attorney Registration clerk at 913-735-2229 or ksd_attorney_registration@ksd.uscourts.gov.