# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, DANIEL ERWIN, MICHAEL B. ACKERMAN, KYLE FOREMAN, DREW SCRUGGS, MARY JANE MCQUEENY, EMILY THORPE, JENNIFER TRITT, and THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF FORD, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>EXXON MOBIL CORPORATION, CHEVRON USA, INC., CHEVRON PHILLIPS CHEMICAL COMPANY LP, DUPONT de NEMOURS INC., CELANESE CORPORATION, DOW INC., DOW CHEMICAL COMPANY, EASTMAN CHEMICAL COMPANY, LYONDELLBASELL INDUSTRIES N.V., and AMERICAN CHEMISTRY COUNCIL,<br><br>*Defendants,*<br><br>and<br><br>STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General,<br><br>*Defendant-Intervenor.* | Case No. 25-cv-02195-TC-TJJ |

**AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to Local Rule 83.5.4, I declare that the following facts are true, to the best of my knowledge, information, and belief:

1. My full name is: Jeremy J. Broggi

2. I practice under the following firm name or letterhead:

   Name: Wiley Rein LLP

      Address: 2050 M Street
              Washington, DC 20036

      Telephone Number: (202) 719-7000

      Fax Number: (202) 719-7000

      Email Address: JBroggi@wiley.law

3.     I have been admitted to practice in the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| Maryland | 12/16/2014 | 1412160107 |
| District of Columbia | 11/06/2015 | 1029427 |
| United States District Court for the District of Columbia | 07/19/2017 | 1191522 |
| United States District Court for the District of Maryland | 11/04/2015 | 14968 |
| United States District Court for the District of North Dakota | 02/17/2021 | |
| United States Court of Appeals for the District of Columbia Circuit | 10/15/2018 | 61260 |
| United States Court of Appeals for the Eighth Circuit | 03/07/2023 | |
| United States Court of Appeals for the Eleventh Circuit | 02/02/2022 | |
| United States Court of Appeals for the Federal Circuit | 10/02/2019 | |
| United States Court of Appeals for the Fifth Circuit | 04/21/2021 | |
| United States Court of Appeals for the Fourth Circuit | 03/20/2015 | |
| United States Court of Appeals for the Ninth Circuit | 07/26/2016 | |

| | | |
|---|---|---|
| United States Court of Appeals for the Second Circuit | 06/29/2015 | |
| United States Court of Appeals for the Seventh Circuit | 07/05/2024 | |
| United States Court of Appeals for the Sixth Circuit | 11/18/2021 | |
| United States Court of Appeals for the Tenth Circuit | 11/09/2018 | |
| United States Supreme Court | 05/15/2023 | 318607 |

4. I have reviewed Local Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

11. This affidavit is signed under the penalty of perjury pursuant to 28 U.S.C. § 1746.

September 10, 2025

/s/ Jeremy J. Broggi
_____
Jeremy J. Broggi