### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al., | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) CASE NO.  2:25-cv-02195-TC-TJJ |
| | ) |
| v. | ) |
| | ) |
| EXXON MOBIL CORPORATION, et al., | ) |
| | ) |
| Defendant(s). | ) |

### MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that **Sarah A. Hemmendinger** be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion. I have verified that the information contained in the affidavit is true and accurate.

Dated this 13 day of October, 2025.

Respectfully submitted,

/s/ *Zachary Parker*
Zachary Parker (SBN 79250)
zparker@sidley.com

SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

David L. Anderson (pro hac vice)
Sheila A.G. Armbrust (pro hac vice)
David A. Goldenberg (pro hac vice)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Tel: (415) 772-1200
Fax: (415) 772-7400
dlanderson@sidley.com
sarmbrust@sidley.com
dgoldenberg@sidley.com

**ATTORNEYS FOR DEFENDANT
AMERICAN CHEMISTRY COUNCIL, INC.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| BILLIE RODRIGUEZ, et al., | ) | |
| | ) | |
| Plaintiff(s), | ) | CASE NO. 2:25-cv-02195-TC-TJJ |
| v. | ) | |
| | ) | |
| EXXON MOBIL CORPORATION, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

**AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Sarah A. Hemmendinger

2. I practice under the following firm name or letterhead:

   Name: Sidley Austin, LLP

   Address: 555 California Street, Suite 2000, San Francisco, CA 94104

   Telephone Number: (415) 772-1200

   Fax: (415) 772-7400

   Email address: shemmendinger@sidley.com

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| California State Bar | 11/25/2014 | 298659 |
| New York State Bar | 03/11/2014 | |
| U.S. District Court, Northern District of California | 01/21/2015 | |
| U.S. Court of Appeals, 2nd Circuit | 10/12/2018 | |
| U.S. Court of Appeals, 8th Circuit | 03/27/2018 | |

| U.S. Court of Appeals, 9th Circuit | 11/24/2015 | |
|---|---|---|
| U.S. District Court, Central District of California | 08/06/2025 | |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

I declare under penalty of perjury of the laws of the United State of America in accordance with 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: October 13, 2025

Sarah A. Hemmendinger

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was filed with the Clerk of the Court using the CM/ECF system on this 13 day of October 2025, which will send notification of the same to all counsel of record.

/s/ *Zachary Parker*
Zachary Parker
Attorney for Defendant
American Chemistry Council, Inc.