IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>EXXON MOBIL CORPORATION, et al.,<br><br>*Defendants*,<br><br>and<br><br>STATE OF KANSAS, *ex rel.*, KRIS W. KOBACH, Attorney General,<br><br>*Defendant-Intervenor*. | Case No. 2:25-cv-02195-TC-TJJ |

**CERTIFICATE OF SERVICE OF
DEFENDANT-INTERVENOR STATE OF KANSAS'S
<u>INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)</u>**

Pursuant to D. Kan. Rule 26.3(b), Defendant-Intervenor State of Kansas ("State") hereby certifies that the State, by undersigned counsel, served DEFENDANT-INTERVENOR STATE OF KANSAS'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1) upon Plaintiffs by electronically mailing a copy of the same to their counsel of record, under Fed. R. Civ. P. 5(b)(1) and (b)(2)(E), on October 14, 2025.

1

Respectfully submitted,

**KRIS W. KOBACH**
**Attorney General of Kansas**

*/s/ Nicholas Smith*
Melanie S. Jack, Kan. Bar No. 13213
  *First Assistant Attorney General*
Nicholas C. Smith, Kan. Bar No. 29742
  *Assistant Attorney General*
Adam T. Steinhilber, Kan. Bar No. 30468
  *Assistant Solicitor General*
**OFFICE OF ATTORNEY GENERAL**
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Phone: (785) 296-3751
Fax:   (785) 291-3699
Email: Melanie.Jack@ag.ks.gov
       Nicholas.Smith@ag.ks.gov
       Adam.Steinhilber@ag.ks.gov

***Attorneys for State of Kansas***

### CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2025, I caused a true and correct copy of the foregoing to be filed and served electronically with the Clerk of Court in the CM/ECF system, which electronically serves the same upon all counsel of record.

*/s/ Nicholas Smith*
Nicholas Smith
Assistant Attorney General