**Reset Button**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Rodriguez et al.
_____
            Plaintiffs

Case No: 2:25-cv-02195
_____

vs.

Exxon Mobil Corporation et al.
_____
            Defendants,

**NOTICE OF WITHDRAWAL OF APPEARANCE**

COMES NOW Attorney David Goldenberg _____ and hereby withdraws as counsel of

record for American Chemistry Council, Inc. _____ pursuant to D. Kan. 83.5.5(b).  Said party/parties will

continue to be represented by Attorney David Anderson, Sheila Armbrust, Zachary Parker, Sarah Hemmendinger _____.  In addition to service of this

Notice on counsel of record and any *pro se* parties, a copy of this Notice has been mailed to, or otherwise

served pursuant to Fed. R. Civ. P. 5(b)(2) on, American Chemistry Council, Inc. _____.

Respectfully Submitted,

By:  s\ David Goldenberg
_____

Bar registration number: Pro Hac Vice

Address: 555 California St.
San Francisco, CA 94104

Contact information: dgoldenberg@sidley.com
415-772-1200

CERTIFICATE OF SERVICE

I certify that on this ___**14th**___ day of ___**October**___, 20__25__ , I electronically filed this Notice of Withdrawal of Appearance with the Court using the CM/ECF system, which sent notice of electronic filing to the following:

Counsel for all parties, who are registered with the CM/ECF system.

I also mailed a copy [or otherwise served pursuant to Fed. R. Civ. P. 5(b)(2)] to:

Enter Address ---> of Client Served

American Chemistry Council, Inc.
700 Second Street, NE Washington,
DC 20002

s/ David Goldenberg