# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 2:25-cv-02195-TC-TJJ |
| v. | ) |
| | ) |
| EXXON MOBIL CORPORATION, et al. | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| STATE OF KANSAS, *ex rel*. | ) |
| KRIS W. KOBACH, Attorney General, | ) |
| | ) |
| Defendant-Intervenor. | ) |

## CERTIFICATE OF SERVICE OF DEFENDANT CELANESE CORPORATION'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)

Pursuant to Local Rule 26.3(b), Defendant Celanese Corporation hereby certifies that it served initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) upon plaintiffs by emailing a copy of the same to their counsel, under Fed. R. Civ. P. 5(b)(1) and (b)(2)(E), on October 14, 2025.

Dated: October 14, 2025

Respectfully Submitted,

/s/ Forrest James Robinson, Jr.
Forrest James Robinson, Jr. (KS# #11589)
**HITE, FANNING & HONEYMAN, LLP**
100 N. Broadway, Suite 950
Wichita, KS  67202-2209
Tel:  (316) 265-7741
Fax:  (316) 267-7803
robinson@hitefanning.com

Richard C. Godfrey (*pro hac vice*)
R. Allan Pixton (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
191 N. Wacker Dr., Suite 2700
Chicago, IL 60606
Tel:  (312) 705-7400
Fax:  (312) 705-7401
richardgodfrey@quinnemanuel.com
allanpixton@quinnemanuel.com

*Attorneys for Celanese Corporation*

## CERTIFICATE OF SERVICE

The foregoing was electronically filed with the Court this 14th day of October, 2025, and served via the Court's ECF system upon all counsel of record.

/s/ Forrest James Robinson, Jr.
Forrest James Robinson, Jr.

2