## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| BILLIE RODRIGUEZ, DANIEL ERWIN, MICHAEL B. ACKERMAN, KYLE FOREMAN, DREW SCHRUGGS, MARY JANE MCQUEENY, EMILY THORPE, JENNIFER TRITT and THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF FORD, individually and on behalf of all others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>EXXON MOBIL CORPORATION, CHEVRON USA INC., CHEVRON PHILLIPS CHEMICAL CORPORATION, DUBPONT de NEMOURS, INC., DUPONT CORPORATION, DOW INC., DOW CHEMICAL COMPANY, EASTMAN CHEMICAL COMPANY, LYONDELLBASELL INDUSTRIES N.V., and AMERICAN CHEMISTRY COUNCIL,<br><br>**Defendants,**<br><br>and<br><br>STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General,<br><br>**Defendant-Intervenor.** | **Case No. 25-cv-02195-TC-TJJ** |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on October 14, 2025, Defendant Equistar Chemicals, LP ("Equistar"), by and through its undersigned counsel, served its Rule 26(a)(1) Initial Disclosures on all counsel of record.

Dated: October 14, 2025

Respectfully submitted,

JAMES SOBBA, LLC


*/s/ G. Edgar James*

| G. EDGAR JAMES | MO# 49585 |
|---|---|
| James M. Humphry IV | MO# 50200 |

4435 Main Street, Suite 910
Kansas City, MO 64111
Telephone:    +1.816.623.0544
Telephone:    +1.816.631.0669
ejames@jamessobba.com
jhumphrey@jamessobba.com


David C. Kiernan (*pro hac vice*)
Craig E. Stewart (*pro hac vice*)
Emily F. Knox (*pro hac vice*)
JONES DAY
555 California Street, 26th Flr.
San Francisco, CA 94104
Telephone:    +1.415.626.3939
Facsimile:    +1.415.875.5700
dkiernan@jonesday.com
cestewart@jonesday.com
egoldbergkknox@jonesday.com


Nicole M. Perry (*pro hac vice*)
Bruce J. McDonald (*pro hac vice*)
Andrew M. Ryngaert (*pro hac vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002.2712
Telephone:    +1.832.239.3939
Facsimile:    +1.832.239.3600
nmperry@jonesday.com
bmcdonald@jonesday.com


*Attorneys for Defendant Equistar Chemicals, LP*

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on October 14, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.


                                    */s/ G. Edgar James*
                                       *Attorney for Defendant Equistar Chemicals, LP*