UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al.<br><br>   Plaintiffs,<br><br>   v.<br><br>EXXON MOBIL CORPORATION, et al.<br><br>   Defendants,<br><br>and<br><br>STATE OF KANSAS, *ex rel.*<br>KRIS W. KOBACH, Attorney General,<br><br>   Defendant-Intervenor | Case No. 2:25-cv-02195-TC-TJJ |

**PLAINTIFFS' NOTICE OF RULE 26(a)(1) DISCLOSURES**

Plaintiffs file this Notice of Initial Disclosure in accordance with D. Kan. Rul 26.3(b). On October 14, 2025, Plaintiffs served their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) to Defendants and Defendant-Intervenor via email.

Dated: October 14, 2025.                    Respectfully submitted,

*/s/ Rex A. Sharp*
Rex A. Sharp, KS #12350
Isaac L. Diel, KS #14376
W. Greg Wright, KS #18352
Sarah T. Bradshaw, KS #26551
Hammons P. Hepner, KS #29138
**SHARP LAW, LLP**
4820 W. 75th Street
Prairie Village, KS 66208
(913) 901-0505
(913) 261-7564 Fax
rsharp@midwest-law.com
idiel@midwest-law.com
gwright@midwest-law.com
sbradshaw@midwest-law.com
hhepner@midwest-law.com

--and--

Dave Rebein, KS #10476
**REBEIN BROTHERS, PA**
1715 Central Ave.
Dodge City, KS 67801
Tel: (620) 227-08126

--and--

Glenn I. Kerbs, KS #09754
Samantha F. Sweley, KS #26833
**KERBS LAW OFFICE, LLC**
1715 Central Ave.
Dodge City, KS 67801
Tel: (620) 255-0238 gkerbs@kerbslaw.com
ssweley@kerbslaw.com

*Attorneys for Plaintiffs*
*and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 14, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Rex A. Sharp*
Rex A. Sharp