UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, DANIEL ERWIN, MICHAEL B. ACKERMAN, KYLE FOREMAN, DREW SCRUGGS, MARY KANE MCQUEENY, EMILY THORPE, JENNIFER TRITT, and THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF FORD, individually and on behalf of all others similarly situated, <br><br>*Plaintiffs*, <br><br>v. <br><br>EXXON MOBIL CORPORATION, CHEVRON USA INC., CHEVRON PHILLIPS CHEMICAL COMPANY LP, DUPONT de NEMOURS INC., CELANESE CORPORATION, DOW INC., DOW CHEMICAL COMPANY, EASTMAN CHEMICAL COMPANY, EQUISTAR CHEMICALS LP, and AMERICAN CHEMISTRY COUNCIL, <br><br>*Defendants*, <br><br>and <br><br>STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General, <br><br>*Defendant-Intervenor*. | **Civil Action No. 2:25-cv-02195-TC-TJJ** |

**CERTIFICATE OF SERVICE OF DEFENDANT CHEVRON PHILLIPS
CHEMICAL COMPANY LP'S RULE 26(a)(1) INITIAL DISCLOSURES**

Pursuant to D. Kan. Rule 26.3(b), Defendant Chevron Phillips Chemical Company LP ("CPChem") hereby certifies that CPChem, by undersigned counsel, served Defendant Chevron Phillips Chemical Company LP's Rule 26(a)(1) Initial Disclosures upon Plaintiffs by

1

electronically mailing a copy of the same to their counsel of record, under Fed. R. Civ. P. 5(b)(1) and (b)(2)(E), on October 14, 2025.

Dated:  October 14, 2025  Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ *Tristan L. Duncan*
Tristan L. Duncan
Steven D. Soden
Holly Pauling Smith
2555 Grand Blvd.
Kansas City, MO  64108
Tel:  (816) 474-6550
Fax:  (816) 421-5547
Email: tlduncan@shb.com
Email: ssoden@shb.com
Email: hpsmith@shb.com

Daniel B. Rogers (*pro hac vice*)
201 S. Biscayne Blvd., #3200
Miami, FL  33134
Tel:  (305) 358-5171
Fax: (305) 358-7470
Email: drogers@shb.com

*Attorneys for Defendant*
Chevron Phillips Chemical Company LP

### CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2025, the foregoing was electronically filed with this Court and served via the Court's ECF system upon all counsel of record.

*/s/ Tristan L. Duncan*
Tristan L. Duncan

2