# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

BILLIE RODRIGUEZ, et al.,

          *Plaintiffs*,

    v.

EXXON MOBIL CORPORATION, et al.,

          *Defendants*,

And

STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General,

          *Defendant-Intervenor*.

**Case No. 2:25-cv-02195-TC-TJJ**

## DEFENDANT'S CERTIFICATE OF SERVICE

Defendant Exxon Mobil Corporation ("Exxon"), by and through counsel, hereby certifies that on October 14, 2025, Exxon served its Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) by electronically mailing a copy of the same to all counsel of under Fed. R. Civ. P. 5(b)(1) and (b)(2)(E).

Respectfully submitted,

By: /s/ *Richard N. Bien*
    William F. Ford (D. Kan. #70021)
    Richard N. Bien (D. Kan. #70101)
    Emma C. Halling (KS #27924)
    Grant A. Harse (KS #24666)
    Brody Sabor (D. Kan. #79098)
    **LATHROP GPM LLP**
    2345 Grand Boulevard, Suite 2200
    Kansas City, Missouri 64108
    Telephone: (816) 292-2000
    bill.ford@lathropgpm.com
    richard.bien@lathropgpm.com
    emma.halling@lathropgpm.com
    grant.harse@lathropgpm.com
    brody.sabor@lathropgpm.com

David J. Lender (Pro Hac Vice)
david.lender@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000

David R. Singh (Pro Hac Vice)
david.singh@weil.com
Morgan MacBride (Pro Hac Vice)
Morgan.macbride@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000

Attorneys for Defendant
*Exxon Mobil Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 14, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ *Richard N. Bien*
An Attorney for Defendant
*Exxon Mobil Corporation*

81227315.v1