# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 2:25-cv-02195-TC-TJJ |
| v. | ) |
| | ) |
| EXXON MOBIL CORPORATION, et al. | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| STATE OF KANSAS, *ex rel.* | ) |
| KRIS W. KOBACK, Attorney General, | ) |
| | ) |
| Defendant-Intervenor | ) |

## CERTIFICATE OF SERVICE OF DEFENDANT AMERICAN CHEMISTRY COUNCIL, INC.'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)

Pursuant to Local Rule 26.3(b), Defendant American Chemistry Council, Inc. hereby certifies that it served initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) upon plaintiffs by emailing a copy of the same to their counsel, under Fed. R. Civ. P. 5(b)(1) and (b)(2)(E), on October 14, 2025.

Dated:  October 14, 2025                                   Respectfully Submitted,

                                                           */s/ Zachary J. Parker*

                                                           David L. Anderson (*pro hac vice*)
                                                           Sheila A.G. Armbrust (*pro hac vice*)
                                                           Sarah A. Hemmendinger (*pro hac vice*)
                                                           **SIDLEY AUSTIN LLP**
                                                           555 California Street, Suite 2000
                                                           San Francisco, CA 94104
                                                           Tel:  (415) 772-1200

Fax: (415) 772-7400
dlanderson@sidley.com
sarmbrust@sidley.com
shemmendinger@sidley.com

Zachary J. Parker
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, IL 60603
Tel: (312) 853-7000
zparker@sidley.com

*Attorneys for Defendant American Chemistry Council, Inc.*

## CERTIFICATE OF SERVICE

  The foregoing was electronically filed with the Court this 14th day of October, 2025, and served via the Court's ECF system upon all counsel of record.

               */s/ Zachary J. Parker*
               Zachary J. Parker