UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ et al.,<br>　　　*Plaintiffs,*<br>v.<br><br>EXXON MOBIL CORPORATION et al.,<br>　　　*Defendants.*<br>and<br><br>STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General,<br>　　　*Defendant-Intervenor.* | Civil Action No. 2:25-CV-02195-TC-TJJ |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 14, 2025, Defendant Eastman Chemical Company ("Eastman"), by and through its undersigned counsel, served its Rule 26(a)(1) Initial Disclosures on all counsel of record.

Dated: October 14, 2025

Respectfully submitted,

*/s/ Karrie J. Clinkinbeard*
Karrie J. Clinkinbeard (Bar ID 51413)
Brian M. Nye (Bar ID 69545)
**ARMSTRONG TEASDALE LLP**
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 54108-2617
Telephone: (816) 221-3420
Facsimile: (816) 221-0786
kclinkbinbeard@atllp.com
bnye@atllp.com

Michael E. Scoville (Admitted Pro Hac Vice)
**MCGUIREWOODS LLP**
188 16th Street, Suite 500
Black Lives Matter Plaza
Washington, DC 20006
Telephone: (202) 828-2812
Facsimile: (202) 828-2980

mscoville@mcguirewoods.com

Gregory J. DuBoff (Admitted Pro Hac Vice)
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-1154
Facsimile: (804) 775-2054
gduboff@mcguirewoods.com

*Counsel for Defendant Eastman Chemical Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 14, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                                             */s/ Karrie J. Clinkinbeard*