UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>EXXON MOBIL CORPORATION, et al.,<br><br>*Defendants.*<br><br>and<br><br>STATE OF KANSAS, *ex rel.*<br>KRIS W. KOBACH, Attorney General,<br><br>*Defendant-Intervenor.* | Case No. 2:25-cv-02195-TC-TJJ |

**CERTIFICATE OF SERVICE OF DEFENDANT CHEVRON U.S.A. INC.'S
INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)**

Pursuant to Local Rule 26.3(b), Defendant Chevron U.S.A. Inc. hereby certifies that it served Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) upon Plaintiffs by emailing a copy of the Disclosures to their counsel of record, under Fed. R. Civ. P. 5(b)(1) and (b)(2)(E), on October 14, 2025.

Dated:  October 14, 2025                     Respectfully submitted,

**BERKOWITZ OLIVER LLP**

By: /s/ *Thomas P. Schult*
    Thomas P. Schult, D. Kan. No. 70463
    Jeffrey D. Morris, KS Bar No. 16123
    Lauren Tallent, KS Bar No. 28490
    Courtney A. Kroeger, KS Bar No. 29324
    2600 Grand Boulevard, Suite 1200
    Kansas City, Missouri 64108
    Telephone:  (816) 561-7007
    Facsimile:   (816) 561-1888
    tschult@berkowitzoliver.com
    jmorris@berkowitzoliver.com
    ltallent@berkowitzoliver.com
    ckroeger@berkowitzoliver.com

    Joshua D. Dick (admitted pro hac vice)
    **GIBSON, DUNN & CRUTCHER LLP**
    One Embarcadero Center, Suite 2600
    San Francisco, California 94111
    Telephone: (415) 393-8200
    jdick@gibsondunn.com

    Theodore J. Boutrous Jr. (admitted pro hac vice)
    Christopher D. Dusseault (admitted pro hac vice)
    Perlette Michèle Jura (admitted pro hac vice)
    Bradley J. Hamburger (admitted pro hac vice)
    **GIBSON, DUNN & CRUTCHER LLP**
    333 South Grand Avenue
    Los Angeles, California 90071
    Telephone: (213) 229-7000
    tboutrous@gibsondunn.com
    cdusseault@gibsondunn.com
    pjura@gibsondunn.com
    bhamburger@gibsondunn.com

    **ATTORNEYS FOR DEFENDANT CHEVRON U.S.A. INC.**

## CERTIFICATE OF SERVICE

The foregoing was electronically filed with the Court this 14th day of October 2025, and served via the Court's ECF system upon all counsel of record.

>  */s/ Thomas P. Schult*
>  ***Attorney for Defendant Chevron U.S.A. Inc.***