# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EXXON MOBIL CORPORATION, et al. <br><br> Defendants, <br> *and* <br><br> STATE OF KANSAS, ex rel. KRIS W. KOBACH, Attorney General <br><br> Defendant-Intervenor. | Case No. 2:25-CV-02195-TC-TJJ |

## CERTIFICATE OF SERVICE OF DEFENDANTS THE DOW CHEMICAL COMPANY'S AND DOW, INC.'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)

Pursuant to Local Rule 26.3(b), Defendants The Dow Chemical Company and Dow, Inc. hereby certify that they served initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) upon plaintiffs by emailing a copy of the same to their counsel, under Fed. R. Civ. P. 5(b)(1) and (b)(2)(E), on October 14, 2025.

October 14, 2025   Respectfully submitted,

/s/ *Grace E. Martinez*

Nader R. Boulos, P.C. (*pro hac vice*)
Daniel E. Laytin, P.C. (*pro hac vice*)
Jonathan N. Adair (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Tel: 312-862-2000
Fax: 312-862-2200
Nader.boulos@kirkland.com
Daniel.laytin@kirkland.com
Jonathan.adair@kirkland.com

Robert J. Hoffman (KS #16453)
Robert M. Thompson (KS #14673)
Grace E. Martinez (KS #29120)
**BRYAN CAVE LEIGHTON PAISNER, LLP**
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105
Tel: (816) 374-3229
Fax: (816) 374-330
Bob.hoffman@bclplaw.com
Rmthompson@bclplaw.com
Grace.martinez@bclplaw.com

***Counsel for Defendants The Dow Chemical Company and Dow, Inc.***

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2025, the foregoing was served via the Court's electronic filing system, which will send electronic notice of this filing to all counsel of record.

/s/ Grace E. Martinez

**Counsel for Defendants The Dow Chemical Company and Dow, Inc.**