**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| BILLIE RODRIGUEZ, et al., | |
| Plaintiffs, | |
| v. | Case No. 2:25-CV-02195-TC-TJJ |
| EXXON MOBIL CORPORATION, et al. | |
| Defendants,<br>*and* | |
| STATE OF KANSAS, ex rel. KRIS W. KOBACH, Attorney General | |
| Defendant-Intervenor. | |

**CERTIFICATE OF SERVICE OF DEFENDANT DUPONT DE NEMOURS, INC.'S
INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)**

Pursuant to Local Rule 26.3(b), Defendant DuPont de Nemours, Inc. hereby certifies that it served initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) upon plaintiffs by emailing a copy of the same to their counsel, under Fed. R. Civ. P. 5(b)(1) and (b)(2)(E), on October 14, 2025.

October 14, 2025                     Respectfully submitted,

                                     /s/ *Kara T. Stubbs*

                                     Kara T. Stubbs              KS # 15805
                                     BAKER STERCHI COWDEN & RICE LLC
                                     2400 Pershing Road, Suite 500
                                     Kansas City, MO 64108
                                     Telephone:    (816) 471-2121
                                     Facsimile:    (816) 472-0288
                                     stubbs@bakersterchi.com

                                     and

                                     Nader R. Boulos, P.C. (*Pro hac vice*)
                                     Daniel E. Laytin, P.C. (*Pro hac vice*)
                                     Jonathan N. Adair (*Pro hac vice*)
                                     KIRKLAND & ELLIS LLP
                                     333 West Wolf Point Plaza
                                     Chicago, IL 60654
                                     Telephone:    (312) 862-2000
                                     Facsimile:    (312) 862-2200
                                     Nader.boulos@kirkland.com
                                     Daniel.laytin@kirkland.com
                                     Jonathan.adair@kirkland.com

                                     **COUNSEL FOR DEFENDANT**
                                     **DUPONT DE NEMOURS, INC.**


## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2025, DuPont de Nemours, Inc.'s Rule 26(a)(1)

initial disclosures were served by e-mail upon all counsel of record.


                                     /s/ *Kara T. Stubbs*

2