UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al._<br><br>   Plaintiffs,<br><br>   v.<br><br>EXXON MOBIL CORPORATION, et al.<br><br>   Defendants,<br><br>and<br><br>STATE OF KANSAS, *ex rel.*<br>KRIS W. KOBACH, Attorney General,<br><br>   Defendant-Intervenor | Case No. 2:25-cv-02195-TC-TJJ |

## **EXHIBIT INDEX**

Plaintiffs file the Exhibit Index to accompany their Opposition to Defendants' and Defendant-Intervenor's Motion to Dismiss Plaintiffs' First Amended Class Action Complaint (Doc. 247).

| Exhibit | Description |
|---|---|
| Exhibit A | Declaration of Roberta D. Ranes with letters to the Attorneys Generals |
| Exhibit B | Ford County, Kansas County Counselor Agreement |
| Exhibit C | Hearing Transcript on Motion to Intervene, *In re Shale Oil Antitrust Litig.*, No. 1:24-md-03119-MLG-LF (D.N.M. July 15, 2025) |