**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

BILLIE RODRIGUEZ, et al.

              Plaintiffs,

v.                                   Case No. 2:25-cv-02195-TC-TJJ

EXXON MOBIL CORPORATION, et al.

              Defendants,

and

STATE OF KANSAS, ex rel.
KRIS W. KOBACH, Attorney General,

              Defendant-Intervenor.


# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al. | |
| Plaintiffs, | |
| v. | Case No. 2:25-cv-02195-TC-TJJ |
| EXXON MOBIL CORPORATION, et al. | |
| Defendants, | |
| and | |
| STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General, | |
| Defendant-Intervenor. | |

**DECLARATION OF ROBERTA D. RANES IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

1.     I am a paralegal with Sharp Law, LLP, counsel for the Plaintiffs in the above-referenced action.

2.     I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss. I have personal knowledge of the matters stated herein and, if called upon, I could, and would competently testify thereto.

3.     Defendants' Motion to Dismiss says that Plaintiffs' did not provide notice to State Attorneys General as required under Arizona, Colorado, Connecticut, Hawaii, Nevada, New York, Oregon, Rhode Island, and Utah law.

4.     Plaintiffs did in fact send notice pursuant to Arizona, Colorado, Connecticut, Hawaii, Nevada, New York, Oregon, Rhode Island, and Utah law, among others.  Attached hereto as Exhibits A-I are notice letters that I caused to be sent on behalf of Plaintiffs in this matter to the

Attorneys General of Colorado, Connecticut, Hawaii, Nevada, New York, Oregon, Rhode Island, and Utah.

     5.     I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 3rd day of November, 2025.

                                 Roberta D. Ranes

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al. | |
| Plaintiffs, | |
| v. | Case No. 2:25-cv-02195-TC-TJJ |
| EXXON MOBIL CORPORATION, et al. | |
| Defendants, | |
| and | |
| STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General, | |
| Defendant-Intervenor. | |

# EXHIBIT A





US POSTAGE

quadient
PRIORITY MAIL
IMI
$012.50
01/03/2025 ZIP 66208
043M502868270

January

**VIA U**
Office
Attorn
2005 N
Phoen

To the

case r
the sp



SHARP LAW

4820 W. 75th Street
Prairie Village, KS 66208

Office of the Attorney General of Arizona
Attorney General Kris Mayes
2005 N. Central Avenue
Phoenix, AZ 85004-2926

482
913



Rex A. Sharp
Manager, Sharp Law, LLP
4820 W. 75th Street
Prairie Village, KS 66208
Ph: (913) 901-0505
Fx: (913) 261-7564
rsharp@midwest-law.com

January 3, 2025

**VIA U.S. MAIL**
Office of the Attorney General of Arizona
Attorney General Kris Mayes
2005 N. Central Avenue
Phoenix, AZ 85004-2926

      Re:    *Rodgriguez, et al. v. Exxon Mobil Corporation, et al.,*
                24-cv-00803-SRB (W.D. Mo.)

To the Attorney General of Arizona:

      Pursuant to Arizona Revised Statutes § 44-1415(A), Plaintiffs in the above-captioned case notify you of the above filed case. Attached please find a copy of the Complaint in which the specific allegations are presented in detail.

      Please do not hesitate to contact us if you have any questions.

                Sincerely,

                Rex A. Sharp

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al. | |
| Plaintiffs, | |
| v. | Case No. 2:25-cv-02195-TC-TJJ |
| EXXON MOBIL CORPORATION, et al. | |
| Defendants, | |
| and | |
| STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General, | |
| Defendant-Intervenor. | |

# EXHIBIT B







January 3, 202

**VIA U.S. MA**
Office of the A
Attorney Gene
Ralph L. Carr
1300 Broadwa
Denver, CO 8(

   Re:

To the Attorn

   Pursua
case notify yo
the specific al

   Please

4820 W. 75th
913.901.0505



4820 W. 75th Street
Prairie Village, KS 66208

**Office of the Attorney General of Colorado**
**Attorney General Phil Weiser**
**Ralph L. Carr Judicial Building**
**1300 Broadway, 10th Floor**
**Denver, CO 80203**



Rex A. Sharp
Manager, Sharp Law, LLP
4820 W. 75th Street
Prairie Village, KS 66208
Ph: (913) 901-0505
Fx: (913) 261-7564
rsharp@midwest-law.com

January 3, 2025

**VIA U.S. MAIL**
Office of the Attorney General of Colorado
Attorney General Phil Weiser
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203

      Re:    *Rodgriguez, et al. v. Exxon Mobil Corporation, et al.*,
            24-cv-00803-SRB (W.D. Mo.)

To the Attorney General of Colorado:

      Pursuant to Colorado Revised Statutes § 6-4-116, Plaintiffs in the above-captioned case notify you of the above filed case. Attached please find a copy of the Complaint in which the specific allegations are presented in detail.

      Please do not hesitate to contact us if you have any questions.

                        Sincerely,

                        Rex A. Sharp

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al. <br><br> ~~Plaintiffs,~~ <br><br> v. <br><br> EXXON MOBIL CORPORATION, et al. <br><br>     Defendants, <br><br> and <br><br> STATE OF KANSAS, ex reZ <br> KRIS W  KOBACH, Attorney General, <br><br>     Defendant-Intervenor. | Case No. 2:25-cv-02195-TC-TJJ |

# EXHIBIT C







**SH**

January 3, 2

<u>**VIA U.S. M**</u>
Office of th
Attorney G
165 Capitol
Hartford, C

Re:

To the Atto

Pur
case notify
the specific

Ple

**SHARP LAW**

4820 W. 75th Street
Prairie Village, KS 66208

**Office of the Attorney General of
Connecticut
Attorney General William Tong
165 Capitol Avenue
Hartford, CT 06106**

4820 W. 7
913.901.0



Rex A. Sharp
Manager, Sharp Law, LLP
4820 W. 75th Street
Prairie Village, KS 66208
Ph: (913) 901-0505
Fx: (913) 261-7564
rsharp@midwest-law.com

January 3, 2025

**VIA U.S. MAIL**
Office of the Attorney General of Connecticut
Attorney General William Tong
165 Capitol Avenue
Hartford, CT 06106

      Re:    *Rodriguez, et al. v. Exxon Mobil Corporation, et al.*,
              24-cv-00803-SRB (W.D. Mo.)

To the Attorney General of Connecticut:

      Pursuant to Connecticut General Statutes § 35-37, Plaintiffs in the above-captioned case notify you of the above filed case. Attached please find a copy of the Complaint in which the specific allegations are presented in detail.

      Please do not hesitate to contact us if you have any questions.

                             Sincerely,

                             Rex A. Sharp

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al. | |
| Plaintiffs. | |
| v. | Case No. 2:25-cv-02195-TC-TJJ |
| EXXON MOBIL CORPORATION, et al. | |
| Defendants, | |
| and | |
| STATE OF KANSAS, ex reZ KRIS W  KOBACH, Attorney General, | |
| Defendant-Intervenor. | |

# EXHIBIT D



US POSTAGE

quadient

PRIORITY MAIL
IMI $014.35 ²
01/03/2025 ZIP 66208
043M30286270

**SHARP LAW**

4820 W. 75th Street
Prairie Village, KS 66208

Department of the Attorney General of Hawaii
Attorney General Anne E. Lopez
425 Queen Street
Honolulu, HI 96813



Rex A. Sharp
Manager, Sharp Law, LLP
4820 W. 75th Street
Prairie Village, KS 66208
Ph: (913) 901-0505
Fx: (913) 261-7564
rsharp@midwest-law.com

January 3, 2025

**VIA U.S. MAIL**
Department of the Attorney General of Hawaii
Attorney General Anne E. Lopez
425 Queen Street
Honolulu, HI 96813

      Re:   *Rodgriguez, et al. v. Exxon Mobil Corporation, et al.*,
           24-cv-00803-SRB (W.D. Mo.)

To the Attorney General of Hawaii:

      Pursuant to Hawaii Revised Statutes § 480-13.3(1), Plaintiffs in the above-captioned case notify you of the above filed case. Attached please find a copy of the Complaint in which the specific allegations are presented in detail.

      Please do not hesitate to contact us if you have any questions.

                    Sincerely,

                    Rex A. Sharp

**4820 W. 75th Street, Prairie Village, Kansas 66208**
**913.901.0505**
                                    **www.sharplawllp.com**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al.<br><br>    ~~Plaintiffs.~~<br><br>    v.<br><br>EXXON MOBIL CORPORATION, et al.<br><br>    Defendants,<br><br>and<br><br>STATE OF KANSAS, ex reZ<br>KRIS W  KOBACH, Attorney General,<br><br>    Defendant-Intervenor. | Case No. 2:25-cv-02195-TC-TJJ |

# EXHIBIT E



US POSTAGE

quadient
PRIORITY MAIL
IMI
$012.50 º
01/03/2025 ZIP 66208
043M302R6270



SHARP LAW

4820 W. 75ᵗʰ Street
Prairie Village, KS 66208

Office of the Attorney General of Nevada
Attorney General Aaron D. Ford
100 North Carson Street
Carson City, NV 89701



Rex A. Sharp
Manager, Sharp Law, LLP
4820 W. 75th Street
Prairie Village, KS 66208
Ph: (913) 901-0505
Fx: (913) 261-7564
rsharp@midwest-law.com

January 3, 2025

**VIA U.S. MAIL**
Office of the Attorney General of Nevada
Attorney General Aaron D. Ford
100 North Carson Street
Carson City, NV 89701

   Re: *Rodgriguez, et al. v. Exxon Mobil Corporation, et al.*,
      24-cv-00803-SRB (W.D. Mo.)

To the Attorney General of Nevada:

  Pursuant to Nevada Revised Statutes § 598A.210(3), Plaintiffs in the above-captioned case notify you of the above filed case. Attached please find a copy of the Complaint in which the specific allegations are presented in detail.

  Please do not hesitate to contact us if you have any questions.

        Sincerely,

        Rex A. Sharp

---

**4820 W. 75th Street, Prairie Village, Kansas 66208**      www.sharplawllp.com
**913.901.0505**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al.<br><br>Plaintiffs,<br><br>v.<br><br>EXXON MOBIL CORPORATION, et al.<br><br>Defendants,<br><br>and<br><br>STATE OF KANSAS, ex reZ<br>KRIS W  KOBACH, Attorney General,<br><br>Defendant-Intervenor. | Case No. 2:25-cv-02195-TC-TJJ |

# EXHIBIT F



US POSTAGE

quadient
PRIORITY MAIL
IMI
$012.50 ⁰
01/03/2025 ZIP 66208
043M3C266270





**SHARP LAW**

4820 W. 75th Street
Prairie Village, KS 66208

Office of the New York State Attorney General
Attorney General Letitia James
The Capitol
Albany NY 12224-0341



Rex A. Sharp
Manager, Sharp Law, LLP
4820 W. 75th Street
Prairie Village, KS 66208
Ph: (913) 901-0505
Fx: (913) 261-7564
rsharp@midwest-law.com

January 3, 2025

**VIA U.S. MAIL**
Office of the New York State Attorney General
Attorney General Letitia James
The Capitol
Albany NY 12224-0341

   Re: *Rodgriguez, et al. v. Exxon Mobil Corporation, et al.*,
     24-cv-00803-SRB (W.D. Mo.)

To the Attorney General of New York:

  Pursuant to New York General Business Law § 340(5), Plaintiffs in the above-captioned case notify you of the above filed case. Attached please find a copy of the Complaint in which the specific allegations are presented in detail.

  Please do not hesitate to contact us if you have any questions.

       Sincerely,

       Rex A. Sharp

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al. <br><br> Plaintiffs. <br><br> v. <br><br> EXXON MOBIL CORPORATION, et al. <br><br> Defendants, <br><br> and <br><br> STATE OF KANSAS, ex reZ <br> KRIS W  KOBACH, Attorney General, <br><br> Defendant-Intervenor. | Case No. 2:25-cv-02195-TC-TJJ |

# EXHIBIT G

US POSTAGE

quadient
PRIORITY MAIL
IMI
**$013.35** ⁰
01/03/2025 ZIP 66208
043M30266270





**SHARP LAW**

4820 W. 75ᵗʰ Street
Prairie Village, KS 66208

Office of the Attorney General of Oregon
Attorney General Dan Reyfield
Oregon Department of Justice
1162 Court St. NE
Salem, OR 97301-4096



Rex A. Sharp
Manager, Sharp Law, LLP
4820 W. 75th Street
Prairie Village, KS 66208
Ph: (913) 901-0505
Fx: (913) 261-7564
rsharp@midwest-law.com

January 3, 2025

**VIA U.S. MAIL**
Office of the Attorney General of Oregon
Attorney General Dan Reyfield
Oregon Department of Justice
1162 Court St. NE
Salem, OR 97301-4096

   Re: *Rodgriguez, et al. v. Exxon Mobil Corporation, et al.*,
     24-cv-00803-SRB (W.D. Mo.)

To the Attorney General of Oregon:

   Pursuant to Oregon Revised Statutes Ann. § 646.780(5)(b), Plaintiffs in the above-captioned case notify you of the above filed case. Attached please find a copy of the Complaint in which the specific allegations are presented in detail.

   Please do not hesitate to contact us if you have any questions.

        Sincerely,

        Rex A. Sharp

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al.<br><br>    Plaintiffs.<br><br>    v.<br><br>EXXON MOBIL CORPORATION, et al.<br><br>    Defendants,<br><br>and<br><br>STATE OF KANSAS, ex reZ<br>KRIS W  KOBACH, Attorney General,<br><br>    Defendant-Intervenor. | Case No. 2:25-cv-02195-TC-TJJ |

# EXHIBIT H







**SHARP LAW**

4820 W. 75th Street
Prairie Village, KS 66208

Rhode Island Office of the Attorney General
Attorney General Peter F. Neronha
150 South Main Street
Providence, RI 02903



Rex A. Sharp
Manager, Sharp Law, LLP
4820 W. 75th Street
Prairie Village, KS 66208
Ph: (913) 901-0505
Fx: (913) 261-7564
rsharp@midwest-law.com

January 3, 2025

**VIA U.S. MAIL**
Rhode Island Office of the Attorney General
Attorney General Peter F. Neronha
150 South Main Street
Providence, RI 02903

      Re:    *Rodgriguez, et al. v. Exxon Mobil Corporation, et al.*,
               24-cv-00803-SRB (W.D. Mo.)

To the Attorney General of Rhode Island:

      Pursuant to Rhode Island General Law § 6-36-21, Plaintiffs in the above-captioned case notify you of the above filed case. Attached please find a copy of the Complaint in which the specific allegations are presented in detail.

      Please do not hesitate to contact us if you have any questions.

               Sincerely,

               Rex A. Sharp

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al. | |
| Plaintiffs, | |
| v. | Case No. 2:25-cv-02195-TC-TJJ |
| EXXON MOBIL CORPORATION, et al. | |
| Defendants, | |
| and | |
| STATE OF KANSAS, ex reZ KRIS W KOBACH, Attorney General, | |
| Defendant-Intervenor. | |

# EXHIBIT I



US POSTAGE

quadient

PRIORITY MAIL
IMI
$011.65
01/03/2025 ZIP 66208
043M30266270



**SHARP LAW**

4820 W. 75th Street
Prairie Village, KS 66208

Office of the Attorney General of Utah
Attorney General Sean D. Reyes
Utah State Capitol Complex
350 North State Street, Suite 230
Salt Lake City, UT 84114-2320

# SHARP LAW

Rex A. Sharp
Manager, Sharp Law, LLP
4820 W. 75th Street
Prairie Village, KS 66208
Ph: (913) 901-0505
Fx: (913) 261-7564
rsharp@midwest-law.com

January 3, 2025

**VIA U.S. MAIL**
Office of the Attorney General of Utah
Attorney General Sean D. Reyes
Utah State Capitol Complex
350 North State Street, Suite 230
Salt Lake City, UT 84114-2320

Re:    *Rodgriguez, et al. v. Exxon Mobil Corporation, et al.,*
       24-cv-00803-SRB (W.D. Mo.)

To the Attorney General of Utah:

Pursuant to Utah Code Annotated § 76-10-3109(9), Plaintiffs in the above-captioned case notify you of the above filed case. Attached please find a copy of the Complaint in which the specific allegations are presented in detail.

Please do not hesitate to contact us if you have any questions.

Sincerely,

Rex A. Sharp