UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BILLIE RODRIGUEZ, et al.

          Plaintiffs,

v.                                          Case No. 2:25-cv-02195-TC-TJJ

EXXON MOBIL CORPORATION, et al.

          Defendants,

and

STATE OF KANSAS, ex rel.
KRIS W. KOBACH, Attorney General,

          Defendant-Intervenor.

# EXHIBIT B

## COUNTY COUNSELOR AGREEMENT

**THIS AGREEMENT,** made and entered into effective the 21st day of January, 2025, by and between the Board of County Commissioners of Ford County, Kansas, hereinafter referred to as "the Board" and Glenn I. Kerbs, Attorney, hereinafter referred to as "Kerbs."

**WHEREAS,** the Board desires to appoint a County Counselor for Ford County, Kansas, as is provided for in K.S.A. 19-247 *et seq.*; and

**WHEREAS,** the Board decided on January 21, 2025, to reappoint Kerbs as County Counselor for Ford County, Kansas.

**NOW, THEREFORE,** in consideration of the mutual covenants, terms and conditions set forth in this agreement, the parties agree as follows:

1. Kerbs shall serve as Ford County Counselor and perform those duties set out in K.S.A. 19-247 *et seq.* and K.S.A. 19-716, except as otherwise provided herein.

2. Additionally, Kerbs will represent Ford County and handle all tax foreclosure actions initiated by Ford County.

3. The County Attorney of Ford County and not the County Counselor of Ford County will handle "Child in Need of Care," "Forfeiture, " "Determination of Habitual Traffic Offenders," "Mental Illness," "Alcoholism or Intoxication," and "Habeas Corpus" matters.

4. It is specifically understood and agreed that Kerbs is not an employee of Ford County and shall not be entitled to any rights or privileges associated with County employment, including insurance benefits, retirement benefits and compensation or indemnity for injury or

1

sickness arising out of the performance of legal services for the Board. It is further understood and agreed that Kerbs is acting as an independent contractor in rendering services as County Counselor for Ford County.

5. Kerbs shall be compensated for services provided at the rate of $220.00 per hour for all time incurred in providing legal services to Ford County. Further, Kerbs shall be reimbursed actual out-of-pocket expenses incurred in providing legal services for Ford County and will further bill paralegal work at $50.00 per hour. Billings shall be submitted with itemization of time, services performed and out-of-pocket expenses.

6. This agreement shall be effective commencing January 21, 2025, and shall continue until the organization meeting of the Board of County Commissioners in January, 2026, at which time the contract shall be reviewed by the parties. This contract may be terminated by either party upon 30 days written notice to the other.

7. Clayton I. Kerbs and Samantha F. Sweley will serve as Assistant Ford County Counselors and perform those duties set out in K.S.A. 19-247 *et seq.* and K.S.A. 19-716, except as otherwise provided herein. Clayton I. Kerbs and Samantha F. Sweley shall have all rights, obligations and duties provided for herein.

8. The parties agree that Kerbs may destroy hard copy files he generates as County Counselor after the work is completed. Kerbs will maintain electronic copies of files for five (5) years after work is completed.

IN WITNESS WHEREOF, we have executed this agreement effective the 21st day of January, 2025.

                                        **BOARD OF COUNTY COMMISSIONERS**
                                        **FORD COUNTY, KANSAS**

_Absent_
Shawn Tasset, Chairman

_[signature]_
Chris Boys, Commissioner

_[signature]_
Gary Thomas, Commissioner

**ATTEST:** [official seal: Ford County, Kansas]

_[signature]_
Debbie Cox, Ford County Clerk

3

*[signature]*

Glenn I. Kerbs
Ford County Counselor

*[signature]*

Clayton I. Kerbs
Assistant Ford County Counselor

*[signature]*

Samantha F. Sweley
Assistant Ford County Counselor

**APPROVED:**

*[signature]*

Kevin Salzman
Ford County Attorney

4