UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>EXXON MOBIL CORPORATION, et al.,<br><br>*Defendants*,<br><br>and<br><br>STATE OF KANSAS, *ex rel.*, KRIS W. KOBACH, Attorney General,<br><br>*Defendant-Intervenor*. | Civil Action No. 2:25-cv-02195-TC-TJJ<br><br>**ORAL ARGUMENT REQUESTED** |

**INDEX OF EXHIBITS TO AMERICAN CHEMISTRY COUNCIL, INC.'S REPLY IN SUPPORT OF ITS MOTIONS TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**

| Exhibit | Description |
|---|---|
| Exhibit A | *The Praxis Project v. The Coca-Cola Company*, No. 2017 CA 004801 B (D.C. Super. Ct. Jan. 22, 2019) |