IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al,<br><br>          Plaintiffs,<br><br>     v.<br><br>EXXON MOBIL CORPORATION, et al,<br><br>          Defendants,<br><br>and<br><br>STATE OF KANSAS, *ex rel.*<br>KRIS W. KOBACH, Attorney General,<br><br>          Defendant-Intervenor. | Civil Action No. 2:25-cv-02195-TC-TJJ |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that Craig E. Stewart of Jones Day, with offices located at 555 California Street, San Francisco, California 94104, hereby withdraws as counsel on behalf of Defendant Equistar Chemicals, LP in the above-captioned matter. Defendant continues to be represented in this matter by G. Edgar James of James Sobba, LLC and co-counsel of record at Jones Day. We respectfully request that Mr. Stewart be removed from the official docket.

Dated: December 19, 2025

Respectfully submitted,

*/s/ G. Edgar James*
G. Edgar James (KS #22407)
James M. Humphrey, IV (KS #29652)
JAMES SOBBA, LLC
4435 Main Street, Suite 910
Kansas City, MO 64111
Telephone: (816) 623-0544
ejames@jamessobba.com
jhumphrey@jamessobba.com

and

/s/ Craig E. Stewart
David C. Kiernan (*pro hac vice*)
Craig E. Stewart (SBN 129530)
Emily F. Knox (*pro hac vice*)
JONES DAY
555 California Street, 26th Flr.
San Francisco, CA 94104
Telephone:   +1.415.626.3939
Facsimile:   +1.415.875.5700
dkiernan@jonesday.com
cestewart@jonesday.com
egoldbergkknox@jonesday.com

Nicole M. Perry (*pro hac vice)*
J. Bruce McDonald (*pro hac vice*)
Andrew M. Ryngaert (*pro hac vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002.2712
Telephone:   +1.832.239.3939
Facsimile:   +1.832.239.3600
nmperry@jonesday.com
bmcdonald@jonesday.com
aryngaert@jonesday.com

*Attorneys for Defendant Equistar Chemicals, LP*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ G. Edgar James*
*Attorneys for Defendant Equistar Chemicals, LP.*

NAI-5008105907v1