## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> EXXON MOBIL CORPORATION, et al., <br><br> *Defendants*, <br><br> And <br><br> STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General, <br><br> *Defendant-Intervenor*. | Case No. 2:25-cv-02195-TC-TJJ |

## **DEFENDANTS' NOTICE OF FILING RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Exxon Mobil Corporation ("Exxon"), by and through counsel, and on behalf of all Defendants files Defendants' Response to Plaintiffs' Notice of Supplemental authority, Ex. 1 attached.

        Respectfully submitted,

By: /s/ *Richard N. Bien*
William F. Ford (D. Kan. #70021)
Richard N. Bien (D. Kan. #70101)
Emma C. Halling (KS #27924)
Grant A. Harse (KS #24666)
Brody Sabor (D. Kan. #79098)
**LATHROP GPM LLP**
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108
Telephone: (816) 292-2000
bill.ford@lathropgpm.com
richard.bien@lathropgpm.com
emma.halling@lathropgpm.com
grant.harse@lathropgpm.com
brody.sabor@lathropgpm.com

81773098v1

        David J. Lender (Pro Hac Vice)
        david.lender@weil.com
        **WEIL, GOTSHAL & MANGES LLP**
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000

        David R. Singh (Pro Hac Vice)
        david.singh@weil.com
        Morgan MacBride (Pro Hac Vice)
        Morgan.macbride@weil.com
        **WEIL, GOTSHAL & MANGES LLP**
        201 Redwood Shores Parkway
        Redwood Shores, California 94065
        Telephone: (650) 802-3000

        Attorneys for Defendant
        *Exxon Mobil Corporation*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 12, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

        /s/ *Richard N. Bien*
        An Attorney for Defendant
        *Exxon Mobil Corporation*

81773098v1