UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>EXXON MOBIL CORPORATION, et al.,<br><br>*Defendants*,<br><br>And<br><br>STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General,<br><br>*Defendant-Intervenor*. | Civil Action No. 2:25-cv-02195-TC-TJJ |

**WITHDRAWAL OF COUNSEL AND ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL FOR DEFENDANT AMERICAN CHEMISTRY COUNSEL, INC.**

Pursuant to Local Rule 83.5.5, Zachary J. Parker of the law firm Sidley Austin LLP respectfully gives notice of his withdrawal as counsel for Defendant American Chemistry Council, Inc. ("ACC") in the above-captioned matter, and Jeffrey S. Nichols of the Wallace Saunders law firm enters his appearance both as new counsel of record for ACC and the sponsor of pro hac vice petitions for David L. Anderson, Sheila A.G. Armbrust, and Sarah A. Hemmendinger.[1] *See* ECF Nos. 51, 52, 57, 260, 261. The office address, telephone, facsimile, and email address for the substituted counsel is:

---

[1] Mr. Nichols is aware the local rules of this court require that he participate meaningfully in the preparation and trial of the case or proceedings to the extent the court requirements, including signing pleadings or other papers signed by attorneys admitted pro hac vice.

Further, Mr. Anderson, Ms. Armbrust, and Ms. Hemmendinger understand the same and continue to consent to the exercise of disciplinary jurisdiction by this court over any alleged misconduct that occurs during the progress of the above-captioned case.

4910-0647-7195v.2

Jeffrey S. Nichols

WALLACE SAUNDERS

10111 West 87th Street

Overland Park, KS 66212

Telephone: (913) 888-1000

Facsimile: (913) 888-1065

jnichols@wallacesaunders.com

Local Rule 83.5.5(c) provides that "[s]ubstitution of counsel admitted to practice in this court is authorized without an order of the court." As such, the filing and service of this notice effectuates the withdrawal of Zachary J. Parker and substitutes Jeffrey S. Nichols as counsel for ACC.

Dated: January 30, 2026

Respectfully submitted,
By: /s/ Zachary Parker
    Zachary Parker (D. Kan. #79250)
    **SIDLEY AUSTIN LLP**
    One S. Dearborn Street
    Chicago, IL 60603
    Telephone: (312) 853-7000
    zparker@sidley.com

    *Former Attorney for Defendant American Chemistry Council, Inc.*

By: /s/ David L. Anderson
    David L. Anderson (pro hac vice)
    Sheila A.G. Armbrust (pro hac vice)
    David A. Goldenberg (pro hac vice)
    **SIDLEY AUSTIN LLP**
    555 California Street, Suite 2000
    San Francisco, CA 94104
    Telephone: (415) 772-1200
    dlanderson@sidley.com
    sarmbrust@sidley.com
    dgoldenberg@sidley.com

*Attorneys for Defendant American Chemistry Council, Inc.*

By: /s/ Jeffrey S. Nichols
Jeffrey S. Nichols (KS #19399)
jnichols@wallacesaunders.com
**WALLACE SAUNDERS**
10111 West 87th Street
Overland Park, KS 66212
(913) 888-1000 (phone)
(913) 888-1065 (facsimile)

*Attorney for Defendant American Chemistry Council, Inc.*

## CERTIFICATE OF SERVICE

The foregoing was electronically filed with the Court this 30th day of January, 2026, and served via the Court's ECF system upon all counsel of record.

/s/ Jeffrey S. Nichols
An Attorney for Defendant American Chemistry Council, Inc.