## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> EXXON MOBIL CORPORATION, et al., <br><br> *Defendants*, <br><br> And <br><br> STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General, <br><br> *Defendant-Intervenor*. | Civil Action No. 2:25-cv-02195-TC-TJJ |

## NOTICE OF ADDRESS CHANGE

TO THE CLERK OF THE COURT AND ALL INTERESTED PARTIES. Please take notice that David L. Anderson, Sheila A.G. Armbrust, and Sarah A. Hemmendinger of the law firm Sidley Austin LLP, have changed addresses to 101 California Street, Suite 3500, San Francisco, California 94111. Telephone number, fax number, and email addresses remain the same.

Dated: February 2, 2026

Respectfully submitted,

By: */s/ Sheila A.G. Armbrust*
David L. Anderson (pro hac vice)
Sheila A.G. Armbrust (pro hac vice)
Sarah A. Hemmendinger (pro hac vice)
**SIDLEY AUSTIN LLP**
101 California Street, Suite 3500
San Francisco, CA 94111
Telephone: (415) 772-1200
dlanderson@sidley.com
sarmbrust@sidley.com

4910-0647-7195v.2
130068598.V1

shemmendinger@sidley.com
*Attorneys for Defendant American Chemistry Council, Inc.*

By: */s/ Jeffrey S. Nichols*
Jeffrey S. Nichols (KS #19399)
jnichols@wallacesaunders.com
**WALLACE SAUNDERS**
10111 West 87th Street
Overland Park, KS 66212
(913) 888-1000 (phone)
(913) 888-1065 (facsimile)

*Attorney for Defendant American Chemistry Council, Inc.*

## CERTIFICATE OF SERVICE

The foregoing was electronically filed with the Court this 2nd day of February, 2026, and served via the Court's ECF system upon all counsel of record.

*/s/ Jeffrey S. Nichols*
An Attorney for Defendant American Chemistry Council, Inc.

130068598.V1