# IN THE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BILLIE RODRIGUEZ, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>EXXON MOBIL CORPORATION, et al.,<br><br>*Defendants*,<br><br>And<br><br>STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General,<br><br>*Defendant-Intervenor*. | Civil Action No. 2:25-cv-02195-TC-TJJ |

## NOTICE OF WITHDRAWAL OF APPEARANANCE

Please take notice that Adam T. Steinhilber of the Office of the Kansas Attorney General hereby withdraws his appearance in this matter on behalf of Defendant-Intervenor State of Kansas *ex rel.* Kris W. Kobach, Attorney General. Defendant-Intervenor will continue to be represented by counsel who have already appeared: Melanie Jack and Nicholas Smith.

**Dated:** March 12, 2026

Respectfully submitted,

**KRIS W. KOBACH**
**Attorney General of Kansas**

*/s/ Adam T. Steinhilber*
Adam T. Steinhilber, Kan. Bar No. 30468
*Assistant Solicitor General*
**OFFICE OF ATTORNEY GENERAL**
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Phone: (785) 296-3751
Fax:    (785) 291-3699
Email: Adam.Steinhilber@ag.ks.gov

### CERTIFICATE OF SERVICE

     I hereby certify that on this 12th day of March 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have entered an appearance.

     I further certify that a copy of the foregoing was served on Kansas Attorney General Kris Kobach.

                                  */s/ Adam T. Steinhilber*
                                  Adam T. Steinhilber