## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

BILLIE RODRIGUEZ, *et al.*,

        *Plaintiffs,*

    v.

EXXON MOBIL CORPORATION, *et al.*,

        *Defendants,*

And

STATE OF KANSAS, *ex rel.* KRIS W. KOBACH, Attorney General,

        *Defendant-Intervenor.*

Case No. 2:25-cv-02195-TC-BGS

### SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT
### ON BEHALF OF EXXON MOBIL CORPORATION

Pursuant to Federal Rule of Civil Procedure 7.1(b)(2), Defendant Exxon Mobil Corporation respectfully submits the following supplemental corporate disclosure statement:

Effective July 1, 2026, Exxon Mobil Corporation is a wholly owned subsidiary of ExxonMobil Holdings Corporation, a publicly traded corporation. No publicly held corporation owns 10% or more of ExxonMobil Holdings Corporation's stock.

Dated: July 7, 2026

Respectfully submitted,


By: /s/ *Richard N. Bien*
William F. Ford (D. Kan. #70021)
Richard N. Bien (D. Kan. #70101)
Emma C. Halling (KS #27924)
Grant A. Harse (KS #24666)
Brody Sabor (D. Kan. #79098)
**LATHROP GPM LLP**
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108
Telephone: (816) 292-2000
bill.ford@lathropgpm.com
richard.bien@lathropgpm.com
emma.halling@lathropgpm.com
grant.harse@lathropgpm.com
brody.sabor@lathropgpm.com

David J. Lender (Pro Hac Vice)
david.lender@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000

David R. Singh (Pro Hac Vice)
david.singh@weil.com
Morgan MacBride (Pro Hac Vice)
morgan.macbride@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000

*Attorneys for Defendant*
*Exxon Mobil Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 7, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ *Richard N. Bien*
An Attorney for Defendant
Exxon Mobil Corporation