**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| BILLIE RODRIGUEZ, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>EXXON MOBIL CORPORATION, et al.,<br><br>*Defendants*,<br><br>and<br><br>STATE OF KANSAS, *ex rel.*<br>KRIS W. KOBACH, Attorney General,<br><br>*Defendant-Intervenor*. | **Civil Action No. 2:25-cv-02195-TC-BGS** |

## <u>DEFENDANTS' NOTICE OF FILING SUPPLEMENTAL AUTHORITY</u>
**[Relates to Dkt. No. 247]**

Defendants, by and through counsel, file Defendants' Notice of Supplemental Authority,

which is attached as Exhibit A.

Dated: July 15, 2026

Respectfully submitted,


<u>**/s/ Tristan L. Duncan**</u>
 Tristan L. Duncan (KS #70481)
 Holly Pauling Smith (KS #19984)
 **SHOOK, HARDY & BACON L.L.P.**
 2555 Grand Blvd.
 Kansas City, MO 64108
 Tel:  816-474-6550
 Fax:  816-421-5547
 tlduncan@shb.com
 hpsmith@shb.com

1

Daniel B. Rogers (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
201 South Biscayne Blvd., Suite 3200
Miami, Florida  33131
Tel:  305-358-5171
Fax:  305-358-7470
drogers@shb.com
*Attorneys for Defendant Chevron Phillips Chemical Company LP*

Forrest James Robinson, Jr. (KS# #11589)
**HITE, FANNING & HONEYMAN, LLP**
100 N. Broadway, Suite 950
Wichita, KS  67202-2209
Tel:  (316) 265-7741
Fax:  (316) 267-7803
robinson@hitefanning.com

Richard C. Godfrey (*pro hac vice*)
R. Allan Pixton (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
191 N. Wacker Dr., Suite 2700
Chicago, IL 60606
Tel:  (312) 705-7400
Fax:  (312) 705-7401
richardgodfrey@quinnemanuel.com
allanpixton@quinnemanuel.com

*Attorneys for Celanese Corporation*

William F. Ford, Jr. (D. Kan. #70021)
Richard N. Bien (D. Kan. #70101)
Emma C. Halling (KS #27924)
Grant A. Harse (KS #24666)
Brody Sabor (D. Kan. 79098)
**LATHROP GPM LLP**
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108
Tel:  (816) 292-2000
Fax:  (816) 292-2001
bill.ford@lathropgm.com
richard.bien@lathropgm.com
emma.halling@lathropgm.com
grant.harse@lathropgm.com
brody.sabor@lathropgm.com

2

David J. Lender (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Tel:  (212) 310-8000
Fax:  (212) 310-8007
david.lender@weil.com

David R. Singh (*pro hac vice*)
Morgan D. MacBride (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065
Tel:  (650) 802-3000
Fax:  (650) 802-3100
david.singh@weil.com
morgan.macbride@weil.com

***Attorneys for Defendant Exxon Mobil Corporation***

Thomas P. Schult (D. Kan. #70463)
Jeffrey D. Morris (KS #16123)
Lauren Tallent (KS# 28490)
Courtney A. Kroeger (KS #29324)
**BERKOWITZ OLIVER LLP**
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Tel:  (816) 561-7007
Fax:  (816) 561-1888
tschult@berkowitzoliver.com
jmorris@berkowitzoliver.com
ltallent@berkowitzoliver.com
ckroeger@berkowitzoliver.com

Joshua D. Dick (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Tel:  (415) 393-8200
jdick@gibsondunn.com

Theodore J. Boutrous Jr. (*pro hac vice*)
Christopher D. Dusseault (*pro hac vice*)
Perlette Michèle Jura (*pro hac vice*)
Bradley J. Hamburger (*pro hac vice*)

3

**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Tel:  (213) 229-7000
tboutrous@gibsondunn.com
cdusseault@gibsondunn.com
pjura@gibsondunn.com
bhamburger@gibsondunn.com

*Attorneys for Defendant Chevron U.S.A. Inc.*

Kara T. Stubbs (KS #15805)
**BAKER STERCHI COWDEN & RIC LLC**
2400 Pershing Road, Suite 500
Kansas City, MO 64108
Tel: 816-471-2121
Fax: 816-472-0288
stubbs@bakersterchi.com

Nader R. Boulos, P.C. (*pro hac vice*)
Daniel E. Laytin, P.C. (*pro hac vice*)
Jonathan N. Adair (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Tel: 312-862-2000
Fax: 312-862-2200
Nader.boulos@kirkland.com
Daniel.laytin@kirkland.com
Jonathan.adair@kirkland.com

*Attorneys for Defendant DuPont de Nemours, Inc.*

Robert J. Hoffman (KS #16453)
Robert M. Thompson (KS #14673)
Grace E. Martinez (KS #29120)
**BRYAN CAVE LEIGHTON PAISNER, LLP**
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105
Tel: (816) 374-3229
Fax: (816) 374-330
Bob.hoffman@bclplaw.com
Rmthompson@bclplaw.com
Grace.martinez@bclplaw.com

4

Nader R. Boulos, P.C. (*pro hac vice*)
Daniel E. Laytin, P.C. (*pro hac vice*)
Jonathan N. Adair (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Tel:  (312) 862-2000
Fax:  (312) 862-2200
Nader.boulos@kirkland.com
Daniel.laytin@kirkland.com
Jonathan.adair@kirkland.com

*Attorneys for Defendants Dow Inc. and The Dow Chemical Company Inc.*

Gregory J. DuBoff (*pro hac vice*)
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Tel:  (804) 775-1154
Fax:  (804) 775-2054
gduboff@mcguirewoods.com

Michael E. Scoville (*pro hac vice*)
**MCGUIREWOODS LLP**
888 16th Street NW
Washington, D.C. 20006
(202) 857-1700
mscoville@mcguirewoods.com

Karrie J. Clinkinbeard (KS#19583)
Brian M. Nye (KS #24094)
**ARMSTRONG TEASDALE LLP**
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 54108-2617
Tel:  (816) 221-3420
Fax:  (816) 221-0786
kclinkbinbeard@atllp.com
bnye@atllp.com

*Attorneys for Defendant Eastman Chemical Company*

G. Edgar James (KS #22407)
James M. Humphrey, IV (KS #29652)
**JAMES SOBBA, LLC**

5

4435 Main Street, Suite 910
Kansas City, MO 64111
Tel: (816) 623-0544
Fax: (816) 623- 0508
ejames@jamessobba.com
jhumphrey@jamessobba.com

David C. Kiernan (*pro hac vice*)
Emily F. Knox (*pro hac vice*)
**JONES DAY**
555 California Street, 26th Flr.
San Francisco, CA 94104
Tel: (415) 626-3939
Fax: (415) 875-5700
dkiernan@jonesday.com
egoldbergknox@jonesday.com

Nicole M. Perry (*pro hac vice*)
J. Bruce McDonald (*pro hac vice*)
Andrew M. Ryngaert (*pro hac vice*)
**JONES DAY**
717 Texas, Suite 3300
Houston, TX 77002
Tel: (832) 239-3939
Fax: (832) 239-3600
nmperry@jonesday.com
bmcdonald@jonesday.com
aryngaert@jonesday.com

***Attorneys for Equistar Chemicals, LP***

David L. Anderson (*pro hac vice*)
Sheila A.G. Armbrust (*pro hac vice*)
**SIDLEY AUSTIN LLP**
101 California Street, Suite 3500
San Francisco, CA 94111
Tel:  (415) 772-1200
Fax:  (415) 772-7400
dlanderson@sidley.com
sarmbrust@sidley.com

Jeffrey S. Nichols (KS #19399)
jnichols@wallacesaunders.com
**WALLACE SAUNDERS**
10111 West 87th Street
Overland Park, KS 66212

(913) 888-1000 (phone)
(913) 888-1065 (facsimile)

***Attorneys for Defendant American Chemistry Council, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have entered an appearance.

*/s/ Tristan L. Duncan*
Tristan L. Duncan