**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF KANSAS**

BILLIE RODRIGUEZ, *et al.,*

*Plaintiffs,*

v.

EXXON MOBIL CORPORATION, *et al.,*

Civil Action No. 2:25-cv-02195-TC-TJJ

And

STATE OF KANSAS, *ex rel.*
KRIS W. KOBACH, Attorney General,

*Defendant-Intervenor.*

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Take notice that Melanie Jack, Office of Kansas Attorney General, hereby withdraws her appearance in this matter on behalf of Defendant-Intervenor State of Kansas *ex rel.* Kris W. Kobach, Attorney General. Defendant-Intervenor will continue to be represented by counsel Nicholas Smith and Dwight Carswell.

**Dated:** August 31, 2026

Respectfully submitted,

**Kris W. Kobach**
**Kansas Attorney General**

/s/ *Melanie S. Jack*
Melanie S. Jack
Kansas Bar No. 13213
First Assistant Attorney General
Office of the Kansas Attorney General
120 SW 10th Ave., 4th Floor
Topeka, Kansas 66612-1597
(785) 296-3751
Melanie.Jack@ag.ks.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was filed with the Court's electronic filing system, on this 31st day of August, 2026, which will send notification of the same to all counsel of record.

*/s/ Melanie S. Jack*
Melanie S. Jack