**In the United States District Court**
**for the District of Kansas**

---

Case No. 2:25-cv-02195-TC-BGS

---

BILLIE RODRIGUEZ,
DANIEL ERWIN, MICHAEL ACKERMAN,
KYLE FOREMAN, EMILY THORPE,
FORD COUNTY, KANSAS, BOARD OF COMMISSIONERS,
JENNIFER TRITT, DREW SCRUGGS,
MARY JANE MCQUEENY,

*Plaintiffs*

v.

EXXON MOBIL CORPORATION,
CHEVRON U.S.A., INC.,
CHEVRON PHILLIPS CHEMICAL COMPANY, LP
DUPONT DE NEMOURS, INC., DUPONT CORPORATION,
CELANESE CORPORATION, DOW, INC.,
DOW CHEMICAL COMPANY, EASTMAN CHEMICAL COMPANY,
AMERICAN CHEMISTRY COUNCIL,
STATE OF KANSAS ATTORNEY GENERAL,
EQUISTAR CHEMICALS, L.P.,
CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA,

*Defendants*

---

**JUDGMENT IN A CIVIL CASE**

☐ Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒ Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

**Pursuant to the Memorandum and Order filed on September 29, 2026, judgment is entered in favor of Defendants. This case is dismissed.**

Date: September 29, 2026

SKYLER B. O'HARA
CLERK OF THE DISTRICT COURT

By: s/ Traci Anderson
Deputy Clerk